# EXHIBIT B

# JOSEPH ABRUZZO
## CLERK OF THE CIRCUIT COURT & COMPTROLLER
### PALM BEACH COUNTY

**CASE NUMBER:** 50-2024-CA-000592-XXXA-MB
**CASE STYLE:** JTC SKYWAVE INVESTMENTS LTD V MART, ANDREW N
ACCESS LEVEL: D

Search Criteria    Search Results    Case Info    Party Names    **Dockets & Documents**    Case Fees    Court Events

View documents and order certified copies*. See our eCaseView FAQ for step-by-step guidance and information about what documents are available online.

**Document Icons**

Document available. Click icon to view.

Add a certified copy of the document to your shopping cart.

Document is Viewable on Request (VOR). Click to request.

VOR document is being reviewed. Click to be notified when available.

**0**

Public =      VOR =      In Process =      Page Size: 25

| | DIN | Effective Date | Description | Notes |
|---|---|---|---|---|
| | 2 | 01/22/2024 | CIVIL COVER SHEET | |
| | 3 | 01/22/2024 | COMPLAINT | F/B PLT |
| | 1 | 01/23/2024 | DIVISION ASSIGNMENT | AE: Circuit Civil Central - AE (Civil) |
| | 4 | 01/23/2024 | PAID $401.00 ON RECEIPT 5186768 | $401.00 5186768 Fully Paid |
| | 5 | 01/24/2024 | DCM DESIGNATION TO THE STREAMLINE TRACK WITH NON-JURY TRIAL ORDER | BRADLEY G. HARPER 01/24/2024 |
| | 6 | 01/30/2024 | SUMMONS ISSUED | mark.levy@brinkleymorgan.com;sandra.gonzalez@brinkleymorgan.com AS TO DFT ANDREW N MART AKA ANDREV NATHAN MART |
| | 7 | 01/30/2024 | SUMMONS ISSUED | mark.levy@brinkleymorgan.com;sandra.gonzalez@brinkleymorgan.com AS TO DFT DEANNA BOIES |
| | 8 | 01/30/2024 | SUMMONS ISSUED | mark.levy@brinkleymorgan.com;sandra.gonzalez@brinkleymorgan.com AS TO DFT LUMINESCENCE LLC A FLORIDA LIMITED LIABILITY COMPANY |
| | 9 | 01/30/2024 | SUMMONS ISSUED | mark.levy@brinkleymorgan.com;sandra.gonzalez@brinkleymorgan.com AS TO DFT LUMINESCENCE AN ILLINOIS LIMITED LIABILITY COMPANY |
| | 10 | 01/30/2024 | SUMMONS ISSUED | mark.levy@brinkleymorgan.com;sandra.gonzalez@brinkleymorgan.com AS TO DFT LUMINASTRA LLC |
| | 11 | 01/31/2024 | PAID $50.00 ON RECEIPT 5197106 | $50.00 5197106 Fully Paid |

| | | | | |
|---|---|---|---|---|
| | 12 | 01/31/2024 | VERIFIED MOTION | FOR ADMISSION TO APPEAR PRO HAC VICE F/B GREGORY A BLUE |
| | 13 | 02/02/2024 | PAID $100.00 ON RECEIPT 5199534 | $100.00 5199534 Fully Paid |
| | 14 | 02/06/2024 | ORDER B. HARPER DTD 2/6/24: GREGORY A. BLUE'S VERIFIED MOTION FOR ADMISSION TO APPEAR PRO HAC VICE - GRANTED. GREGORY A. BLUE IS ADMITTED TO APPEAR PRO HAC VICE AS CO-COUNSEL FOR PLAINTIFFS IN THIS ACTION. | B. HARPER DTD 2/6/24: GREGORY A. BLUE'S VERIFIED MOTION FOR ADMISSION TO APPEAR PRO HAC VICE - GRANTED. GREGORY A. BLUE IS ADMITTED TO APPEAR PRO HAC VICE AS CO-COUNSEL FOR PLAINTIFFS IN THIS ACTION. |
| | 15 | 02/13/2024 | SERVICE RETURNED (NUMBERED) | PLAINTIFFS' NOTICE OF FILING VERIFIED RETURN OF SERVICE AS TO DEFENDANT DEANNA BOIES SERVED DEANNA BOIES - 02/03/2024 |
| | 16 | 03/13/2024 | SERVICE RETURNED (NUMBERED) | PLAINTIFFS' NOTICE OF FILING VERIFIED RETURN OF SERVICE AS TO DEFENDANT LUMINASTRA LLC SERVED DEFENDANT LUMINASTRA LLC - 02/14/2024 |
| | 17 | 03/13/2024 | SERVICE RETURNED (NUMBERED) | PLAINTIFFS' NOTICE OF FILING VERIFIED RETURN OF SERVICE AS TO DEFENDANT LUMINESCENCE LLC, A FLORIDA LIMITED LIABILITY COMPANY SERVED DEFENDANT LUMINESCENCE LLC - 02/14/2024 |
| | 18 | 03/13/2024 | SERVICE RETURNED (NUMBERED) | PLAINTIFFS' NOTICE OF FILING VERIFIED RETURN OF SERVICE AS TO DEFENDANT LUMINESCENCE LLC, AN ILLINOIS LIMITED LIABILITY COMPANY SERVED DEFENDANT LUMINESCENCE LLC - 02/20/2024 |
| | 19 | 03/21/2024 | NOTICE OF FILING | PLAINTIFFS' NOTICE OF FILING DEFENDANT ANDREW N. MART'S ACCEPTANCE AND WAIVER OF SERVICE OF PROCESS |
| | 20 | 03/21/2024 | MOTION FOR EXTENSION OF TIME | PLAINTIFFS' AND DEFENDANTS' JOINT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO SERVE THEIR RESPONSES TO PLAINTIFF'S COMPLAINT |
| | 22 | 03/21/2024 | NOTICE OF APPEARANCE CIVIL | AND DESIGNATION OF PRIMARY AND SECONDARY EMAIL ADDRESSES FOR SERVICE OF PLEADINGS AND PAPERS F/B ATTY JEFFREY GILBERT OBO DFTS ANDREW N MART DEANNA BOIES LUMINESCENCES LLC A FLORIDA LIMITED LIABILITY COMPANY LUMINESCENCE LLC AN ILLINOIS LIMITED LIABILITY COMPANY AND LUMINASTRA LLC |
| | 21 | 03/22/2024 | ORDER EXTENDING TIME | HARPER; TO DFTS TO SERVE THEIR RESPONSES TO PLTFS' COMPLAINT IS GRANTED; DEADLINE FOR DFTS TO SERVE THEIR RESPONSES TO PLTFS' COMPLAINT IS EXTENDED TO 5/7/2024 DTD 3/22/2024 |

# D.E. 2

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>FIFTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>PALM BEACH</u>   COUNTY, FLORIDA

<u>JTC Skywave Investments Ltd, Harald McPike</u>
Plaintiff                                              Case # _____
                                                       Judge _____

vs.

<u>Andrew N Mart, Deanna Boies, Luminescence LLC, Luminescence LLC, Luminastra LLC</u>
 Defendant

---

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

### III.    TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK, 01/22/2024 03:37:56 PM

**CIRCUIT CIVIL**

☐ Condominium
☒ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

NOT A CERTIFIED COPY

☐ Replevins
☐ Evictions
    ☐  Residential Evictions
    ☐  Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  2

**VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☐ yes
    ☒ no

**IX.**    **DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Mark A Levy            Fla. Bar # 121320
      Attorney or party                  (Bar # if attorney)

Mark A Levy             01/22/2024
 (type or print name)             Date

# D.E. 3

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,
and HARALD McPIKE,

    Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

    Defendants.

_____/

## COMPLAINT

  Plaintiffs JTC Skywave Investments LTD. ("JTC") and Harald McPike ("McPike" and,

together with JTC, "Plaintiffs") hereby sue defendants Andrew N. Mart a/k/a Andrev Nathan Mart

("Mart"), an individual; Deanna Boies ("Boies"), an individual; Luminescence LLC, a Florida

limited liability company; Luminescence LLC, an Illinois limited liability company; and

Luminastra LLC, an Illinois limited liability company ("Luminastra LLC" and collectively,

"Defendants"), and alleges as follows:

### Nature of the Action

  1.  Plaintiff JTC, an entity in which Plaintiff McPike is the ultimate beneficial owner,

was the owner of a 48% interest in non-party Luminastra Ltd., and entity that was intended to

provide services exclusively to QuantRes Asset Management Ltd. ("QuantRes"), a trading firm

1

affiliated with Plaintiff McPike. Defendant Mart, through a company called Iridescence Ltd. ("Iridescence"), owned the majority interest in Luminastra Ltd.

2.     In 2019, Mart proposed that Plaintiffs make substantial investments in Luminastra Ltd., tied to specific business milestones, and, in so doing, increase JTC's ownership interest in Luminastra Ltd. from 48% to 56% and, concomitantly, proportionately reduce Iridescence's ownership interest to a minority stake.

3.     Mart further represented to Plaintiffs that Luminastra Ltd. directly owned 100% of the equity interests in: (i) "Luminescence Ltd.," which Mart represented was based in Boca Raton, Florida; (ii) Kokopelli LLC, a Delaware limited liability company ("Kokopelli"), and (iii) UAB „Litronika", a Lithuanian corporation ("Litronika"). Mart represented that Litronika, in turn, owned 100% of the equity interests in: (i) Dialucent Ltd., a United Kingdom private company ("Dialucent"); (ii) QuantumRoot OÜ, an Estonian private company ("QuantumRoot"); and (iii) Luxonics GmbH, a German private company ("Luxonics").

4.     Mart used this purported corporate structure, along with almost identical corporate names of entities formed in this State and in other jurisdictions, to deceive Plaintiffs about the nature of the investment and Luminastra Ltd.'s operations and, in so doing, to perpetrate an international shell game designed and executed to facilitate Mart's and Boise's diversion of millions of dollars from Plaintiffs.

5.     Upon information and belief, the purported Luminastra Ltd. subsidiaries were and are owned not by Luminastra Ltd. but by Mart and/or Boies, who diverted Plaintiffs' money to other entities while never delivering shares evidencing JTC's increased equity interest in Luminastra Ltd.

6.     Mart, with Boies' assistance, fraudulently induced Plaintiffs to send more than $10 million to accounts in the name "Luminastra" based on Mart's and Boies' false representations. This action seeks to recover the money that Mart misappropriated, with Boies' assistance and knowing participation.

**Parties, Personal Jurisdiction, and Venue**

*Plaintiffs*

7.     Plaintiff JTC is a British Virgin Islands Corporation.

8.     Plaintiff McPike is a citizen of the Republic of Austria with his domicile in the Commonwealth of the Bahamas. McPike is the ultimate beneficial owner of JTC.

*Defendants*

9.     Defendant Mart is an individual who, upon information and belief, has an address at 12081 SW Marigold Avenue, Port St. Lucie, Florida 34987.

10.    Mart is subject to personal jurisdiction in this state because, at all relevant times, Mart was operating, conducting, engaging in, or carrying on a business or business venture in this state or having an office or agency in this state, § 48.193(1)(a)(1), Fla. Stat.; and committed a tortious act within this state, § 48.193(1)(a)(2), Fla. Stat.

11.    Mart also in subject to personal jurisdiction because he is engaged in substantial and not isolated activity within this state. § 48.193(2), Fla. Stat.

12.    Defendant Boies is an individual who, upon information and belief, currently resides at 5S662 Radcliff Road, Naperville, Illinois 60536.

13.    Boies is subject to personal jurisdiction in this state because, at all relevant times, Boies was operating, conducting, engaging in, or carrying on a business or business venture in this

state or having an office or agency in this state, F.S.A. § 48.193(1)(a)(1), Fla. Stat.; and committed a tortious act within this state, § 48.193(1)(a)(2), Fla. Stat

14.     Boies also is subject to personal jurisdiction in this state because at all relevant times Boies was engaged in substantial and not isolated activity within this State. § 48.193(2), Fla. Stat.

15.     Upon information and belief, Defendant Luminescence FL is a Florida limited liability company with a principal place of business at 5550 Glades Road, Suite 1007, Boca Raton, Florida 33532.

16.     Defendant Luminescence IL is an Illinois limited liability company. Luminescence IL is subject to personal jurisdiction in this state because, at relevant times, Luminescence IL was operating, conducting, engaging in, or carrying on a business or business venture in this state and had an office or agency in this state, F.S.A. § 48.193(1)(a)(1), committed a tortious act within this state. F.S.A. § 48.193(1)(a)(2), and used and possessed real property in this state. F.S.A. § 48.193(1)(a)(3).

17.     Luminastra LLC is an Illinois limited liability company. Luminastra LLC is subject to personal jurisdiction in this state because, at relevant times, Luminastra LLC was operating, conducting, engaging in, or carrying on a business or business venture in this state and had an office or agency in this state, F.S.A. § 48.193(1)(a)(1) and committed a tortious act within this state. F.S.A. § 48.193(1)(a)(2).

18.     Venue is proper in this county because Luminescence FL has, or usually keeps, an office for transaction of its customary business in this county. § 47.051, Fla. Stat.

### Facts Common to All Causes of Action

19.   In or about 2019, Mart proposed that McPike make substantial investments in Luminastra Ltd. to increase JTC's ownership stake from 48% to 56%.

20.   Mart further represented that Luminastra Ltd. in turn wholly owned Luminescence Ltd., Litronika, and Kokopelli.

21.   Mart further represented that Litronika wholly owned Dialucent, QuantumRoot OÜ, and Luxonics GmbH.

22.   The purported corporate structure is represented in the following organization chart, which Mart provided to Plaintiffs and which Mart represented to be accurate:



23.     Mart proposed to Plaintiffs an investment in which JTC would own a majority interest in Luminastra Ltd., with JTC's equity increasing with additional rounds of funding.

24.     JTC's investment was memorialized through a purported *Call Option Agreement* dated as of September 27, 2019, between Luminastra Ltd and JTC (the "JTC Option Agreement"), signed by Boies as Manager of Luminastra Ltd.

25.     Pursuant to the JTC Option Agreement, Luminastra Ltd. granted JTC an option to purchase equity in Luminastra Ltd. as follows:

| Date | Investment | JTC Equity in Luminastra Ltd. |
|------|-----------|-------------------------------|
| October 2019 | $3 million | 51% |
| August 2020 | $2.5 million | 52% |
| March 2021 | $3.25 million | 54% |
| October 2021 | $3.25 million | 56% |

26.     Mart represented to Plaintiff that those equity investments were tied to specific development milestones:

6





Exclusively for QuantRes, Luminastra provides customized high frequency automated trading services, strategy development, and data collection and distribution. Luminastra designs, builds, and operates bespoke hardware and software infrastructure including directional market making-and-taking trading algorithms, execution services utilizing low-latency networking, FPGA accelerated computing, and liquidity aggregation. Additionally, Luminastra provides certification and exchange/broker relationship management, daily execution, research and development of the QuantRes N system, live streaming market tick data, historic back testing simulation environments, and FX aggregation.

**OCTOBER 2019** — 3M USD — JTC equity 51%
- Matching engine simulator for Eurex
- Basic Eurex Market Maker strategy
- Supervised learning cancellation model
- Reinforcement learning with nonlinear costs

**AUGUST 2020** — 2.5M USD — JTC equity 52%
- Matching engine simulator for CME
- Eurex/ETI low latency exchange interface
- Capponi Cont order flow indicator
- Supervised learning mean and variance ensemble

**MARCH 2021** — 3.25M USD — JTC equity 54%
- ILQ knowledge extraction and transfer, including bug fixes for inherited Chronicle race condition overfill design flaw
- ILQ test environment including redundant production environment
- ILQ FX Spot operations including daily trading, and data collection and delivery, and data visibility UI
- Low latency LGBM forecaster
- Supervised learning slippage ensemble
- Multi-period cross-validated predictor optimizer

**OCTOBER 2021** — 3.25M USD — JTC equity 56%
- ILQ FX Spot Swaps/FWD/NDF operations including daily trading, data collection and delivery, and UI data visibility and trading interface
- HF Eurex Market Making trading for STXE
- Slippage reduction and analysis
- Supervised learning cancellation model
- Development of matching engine simulator for FX

27.     Mart and Boies furthered their scheme by creating two separate "Call Option Agreements" each dated as of September 27, 2019, the same date as the JTC Option Agreement, purporting to show Luminastra Ltd.'s interest in Kokopelli and Luminescence IL:

    a. a *Call Option Agreement* by and among Kokopelli and Luminastra Ltd., signed by Mart as Manager of Kokopelli (the "Kokopelli Option Agreement"); and

    b. a *Call Option Agreement* by and among Luminescence IL and Luminastra Ltd., signed by Boies as Manager of Luminescence IL (the "Luminescence Option Agreement").

28.    The JTC Option Agreement provides that JTC had the right to exercise its option based on specific funding levels. Based on Mart's representations concerning the corporate structure, progress on the business, and its related technology, Plaintiff provided funding according to Mart's direction.

29.    Mart acknowledged JTC's payment of $12 million for, and exercise of, its option for 56% of the equity in Luminastra Ltd. Specifically, the JTC Option Agreement provides that "'Schedule A' [of the JTC Option Agreement] shall be amended and initialed by the Company as the Option Holder exercises its right to the Call Option." Mart, on behalf of Luminastra Ltd., initialed Schedule A of the JTC Option Agreement as follows, indicating that JTC was entitled to, and already had exercised, its right to 56% of the equity in Luminastra Ltd.:

**SCHEDULE A**
**AS AMENDED**

| Funding Round | Option Amount | Total Equity | Date of Contribution | Initial |
|---|---|---|---|---|
| 0 | Initial Condition | 48% | 2019-09 | AΛ |
| 1 | $3,000,000.00 | 51% | 2019-10 | Am |
| 2 | $2,500,000.00 | 52% | 2020-08 | Am |
| 3 | $3,250,000.00 | 54% | 2021-03 | Am |
| 4 | $3,250,000.00 | 56% | 2021-10 | A Am |
| 5 | $3,250,000.00 | 57% | 2022-04 | |

30.    In addition, on March 9, 2022, McPike transferred $2,392,800 to Luminastra LLC at Mart's direction.

31.     In 2022, Plaintiff's representatives began pressing Mart for information concerning the investment, the status of the entities, and to provide documents evidencing Plaintiff's ownership interest in Luminastra.

32.     In response to these demands, Mart provided what turned out to be incomplete, inaccurate, and false information concerning the entities' structure, finances, and business. Moreover, Mart presented false and contradictory historical financial results which were, upon information and belief, fabricated to conceal the true use of Plaintiffs' funds and the status of the investment.

33.     Increasingly concerned that Mart had misled Plaintiffs, on November 7, 2022, Plaintiffs' representative sent instructions to Bolder Corporate Services (Nevis) Limited ("BCS"), to execute the JTC Call Option and to have shares representing JTC's 56% equity interest in Luminastra Ltd. issued to JTC.

34.     On November 10, 2022, BCS acknowledged receipt of the instructions and, the following day, stated that BCS was "just waiting to hear from [its] client of record."

35.     On November 11, 2022, Plaintiffs again emailed BCS to inquire concerning the status of share transfer. In response, BCS stated that it was "waiting for approval from [BCS's] client of record (the law firm] Greenspoon Marder) to proceed" and instructed that Plaintiffs should contact a paralegal at that firm "to resolve this matter so that we can proceed."

36.     On November 22, 2022, the paralegal emailed to state that, "With respect to the call option, we were contacted by the registered agent who requires full due diligence in order to formalize the transfer. Please provide full due diligence."

37.     On November 23, 2023, in response to a follow-up email concerning the capacity in which Greenspoon Marder was acting with respect to the transaction, an attorney at the firm

stated that the firm "represent[s] the current stockholder of 100% of the issued shares in Luminastra." That representation was not true because, as Mart acknowledged in the September 2019 JTC Option Agreement, the "initial condition" was that JTC was a 48% owner of Luminastra, even without any additional investment after that date. By reason of Plaintiffs' additional investments, JTC was the majority owner of Luminastra. Nevertheless, the firm demanded certain "KYC" (know your customer) information before authorizing the issuance of Luminastra Ltd. stock to its undisputed majority owner, JTC.

38.     Following a series of communications in which Plaintiffs' representatives demanded reciprocal information concerning Mart, Luminastra, the purported Luminastra subsidiaries, and Mart-controlled entities, and in which Mart's attorneys refused to provide such information, it became apparent that Mart, together with Boies, had deceived and defrauded Plaintiffs into making these investments.

39.     For example, while Mart represented that Litronika was wholly owned by Luminastra, upon information and belief based on available records, Litronika's sole shareholder is "Andrev Nathan Mart."

40.     Upon information and belief, Mart's representation that Dialucent was wholly owned by Litronika also is false. Upon information and belief, Mart was the sole shareholder of Dialucent until at least late 2020, when Mart purportedly transferred his interest to Luminastra Ltd., although available records indicate that Mart later transferred his entire interest to Iridescence. Upon information and belief, Iridescence is owned and controlled by Mart.

41.     It also became apparent that Mart misdirected funds so that Plaintiffs' investment in Luminastra Ltd. was diverted to Luminastra LLC.

42.     Mart instructed Plaintiffs to make the October 2019 investment of $3 million to Luminastra, with the registered address for Luminastra Ltd. at Hunkins Waterfront Jewels, Charles Town, Nevis, but the account information was actually for Luminastra LLC with a United States account at Citibank. Similarly, Mart directed Plaintiffs' August 2020 $2.5 million payment and March 2021 $3.25 million payment to Luminastra LLC (not Luminastra Ltd.), also at a Citibank account with a New York address.

43.     Upon information and belief based on Mart's misdirection of Plaintiffs' funds to Luminastra LLC, Plaintiffs' investments were diverted from Luminastra Ltd., an entity in which JTC should own 56% of the equity, to Luminastra LLC, the Illinois limited liability company owned and controlled by Mart and/or Boies.

44.     Mart and Boies also misrepresented the nature and existence of "Luminescence Ltd." Although Mart represented that an entity called "Luminescence Ltd." with a corporate address in Boca Raton is a direct wholly-owned subsidiary of Luminastra Ltd., that appears not to be true. Instead, there are two entities named "Luminescence," both connected to Mart and Boies, and which they fraudulently used to make Mart's investment scheme appear legitimate.

45.     In 2018 and again in 2019, Mart convinced McPike to invest $2 million, for a total of $4 million in "Luminescence", directing that payments be made to Luminescence LLC, with an address of 2503 Dundee Drive, Tallahassee, Florida, which was at that time Boies' home address. While Mart represented that "Luminescence" was engaged in legitimate business pursuits, upon information and belief Mart diverted the payments to his and/or Boies' own use through Luminescence FL or Luminescence IL.

46.     In an attempt to show that Luminastra Ltd. had an ownership interest in an entity called "Luminescence," Mart presented a *Call Option Agreement* dated as of September 27, 2019, purportedly granting Luminastra Ltd. an option to purchase a membership interest in Luminescence. The entity that granted the option, however, was not Luminescence Ltd., but rather Luminescence LLC, an Illinois limited liability company that was formed in 2015 within days of Luminescence FL, an entity also called Luminescence LLC.

47.     Upon information and belief based on public records, Luminescence IL is the owner of real property located in Naperville, Illinois that appears to be used as Boies' personal residence.

48.     Boies, along with Mart, is also a "Manager" of Luminescence FL. Thus, whether funds were delivered to an account owned by Luminescence IL or Luminescence FL, they ultimately fell into the hands of Mart and Boies, neither of whom appear to be operating any legitimate Florida-based business known as Luminescence Ltd. that is a wholly-owned subsidiary of Luminastra Ltd.

49.     With Mart's representations concerning Plaintiffs' investments and Mart's far-flung entities unravelling, Quantres determined to sever its existing business relationship with QuantumRoot, which Mart had represented to be a wholly-owned subsidiary of Litronika, a wholly-owned subsidiary of Luminastra Ltd. Specifically, QuantRes directed Mart and QuantumRoot to disentangle its operations from QuantRes' trading operations and to transfer a certain project known as "ILQ" to QuantumRoot.

50.     Mart's response to those demands, including through legal counsel, revealed further that Mart had misrepresented the nature of the entities and their relationships.

51.     In response to requests for detailed financial information concerning the status of Plaintiffs' investments and the use of their funds, Mart deflected and demanded even more money.

On December 20, 2022, Mart told McPike that "provisional funding of 400K USD is required by the end of this week to cover past due salary and invoices and to maintain operational capabilities." Mart again instructed that Plaintiffs transfer those funds to Luminastra LLC with an address in Nevis but with the same New York Citibank account that Mart used to receive Plaintiff's investments in Luminastra Ltd.

52.     In an email dated February 6, 2023, an attorney purporting to be "advising Luxonics GmbH since its foundation" and also to have "consulted with regards to the activities by Dialucent Ltd. in the UK," wrote to Plaintiffs' representatives concerning the termination and transfer of QuantumRoot's work for QuantRes. Although Plaintiffs already had provided more than $10 million in funding for JTC's interest in Luminastra, which Mart had represented to be the indirect parent of QuantumRoot, the German attorney threatened that, unless QuantRes paid even more money to QuantumRoot and the other Mart-related entities, ""there might be the risk that— if the funding is not secured—these entities would be obligated to start insolvency proceedings." The German attorney then demanded what in essence was ransom for the ILQ that Mart was holding hostage, stating that, unless even more money was sent to Mart's entities, "the process of transferring all components of ILQ might not be able to be completed."

53.     The invoices presented with that threat revealed that Mart was purporting to charge QuantRes for every aspect of their operations and that those entities were not structured as Mart claimed.

54.     Mart's January 1, 2023 QuantumRoot invoice itself claimed that QuantRes owed 412,260 Euros.  In a purported February 10, 2023 "Summary of Charges" from QuantumRoot, Mart included fees for QuantumRoot's "EU Subsidiaries" among total fees of more than $422,142:

## QuantumRoot OÜ

10.02.2023

| Summary of Charges | EUR/ USD |
| --- | --- |
| | 1 EUR/ 1,07 USD  10.02.2023 |
| | GBP/ USD |
| | 1 GBP/ 1,21 USD 10.02.2023 |

| Detailed cost breakup: | |
| --- | --- |
| Data Centre Carges, including power, connectivity, room rent etc. | 6,181.00 EUR/ 6,614.00 USD |
| Virtual office | 35.00 EUR/ 38.00 USD |
| Domain | 56.00 EUR / 60.00 USD |
| Subcontractors (programming and system development, research) | 12,076.00EUR / 12,921.00 USD |
| Legal Services | 5,928.00 EUR/ 6,343.00 USD |
| Accounting, (flat rate, including taxes) | 360.00 EUR/ 385.00 USD |
| Management fee, (flat rate, including taxes) | 1,200.00 EUR/ 1,284.00 USD |

| EU Subsidiaries: | |
| --- | --- |
| Litronika UAB: | 83,600.00 EUR/89,452.00 USD |
| | Past due 192,095.00 EUR/ 205,542.00 USD |
| Luxonics GmbH: | 40,000.00 EUR/ 42,800.00 USD |
| Dialucent Ltd: | 10,000.00 GBP/ 11,300.00 EUR /12,100.00 USD |
| Kokopelli LLC | 41,685.00 EUR/ 44,603.00 USD |
| Total fees | 394,516.00 EUR / 422,142.00 USD |

55.     Luxonics, the purported subsidiary of Litronika, rendered an invoice that did not appear to list any actual services rendered to QuantumRoot, let alone to QuantRes, which Mart was demanding pay the invoice. Instead, the Luxonics invoice listed what appear to be only ordinary business overhead, including salaries, office space, and storage:

**Summary of charges**                               **EUR**

Detailed cost breakup:

| | |
|---|---|
| Data Center charges incl. microwave space | 10,987.66 |
| Connectivity: Tier1 internet IPAC service at site and data center + dark fiber | 6,011.48 |
| Legal expenses and consulting flat rate | 4,760.00 |
| Salaries, Health insurance & social securities for 3 employees | 8,275.00 |
| Site lease for main site and reservation of upgrade site with pre planning permit | 5,962.00 |
| Annual liability insurance | 1,520.82 |
| Office space | 811.40 |
| Software | 19.99 |
| Storage | 175.00 |
| | |
| **Sum of expenses** | **38,523.35** |
| Management fee | 1,476,65 |
| | |
| **Total charges before tax** | **40,000.00** |
| Tax 0% | **0.00** |
| | |
| **Invoice Total** | **40,000.00** |

Payment is required in the primary invoice currency by the due date shown.
For any enquiries regarding your invoice or credit note, please do not hesitate to contact us on e-mail: contact@luxonics.com
No VAT applicable – reverse charge system. VAT number QUANTUMROOT OÜ: EE102184361 Invoice issued without German VAT according to § 3a Abs.2, Satz 1 UStG

56.     Kokopelli, the Delaware LLC and purported direct wholly-owned subsidiary of Luminastra Ltd., rendered an invoice to QuantumRoot in the amount of $44,603. The address on the Kokopelli invoice is, upon information and belief, not a business address but that of a corporate registered agent. The Kokopelli invoice directed payment to "Luminastra LLC" with a purported address in Nevis, but with the same United States bank account at Citibank. Upon information and belief, Mart was attempting to direct payments not to Kokopelli's purported parent, Luminastra

Ltd., in which JTC has a majority interest, but to Luminastra LLC, the Illinois limited liability company.

57.     Mart also presented an invoice from Luxonics to QuantumRoot in the amount of 40,000 Euros and from Dialucent in the amount of 10,000 British Pounds.

58.     Mart's demand for funding for QuantumRoot, and indirectly for each of these "EU Subsidiaries," showed further that his representations about Luminastra were false. Specifically, each of the services purportedly provided by QuantumRoot and the other entities was, Mart expressly claimed, to be performed by Luminastra in exchange for the millions of dollars in funding that Plaintiffs had provided to Luminastra.

59.     As of the date of this Complaint, Mart has failed and refused to respond to further inquiries concerning ownership and corporate structure of Luminastra Ltd. and its purported direct and indirect subsidiaries, and has failed to deliver to JTS shares representing its 56% equity ownership interest in Luminastra Ltd.

**First Cause of Action:**
**Fraud and Fraudulent Inducement**

60.     Plaintiffs reallege the allegations in paragraphs 1 through 59 as if set forth in full herein.

61.     As set forth above, Mart expressly represented to Plaintiffs: (i) the nature and corporate structure of entities purportedly owned directly and indirectly by Luminastra; (ii) the business operations of those entities; and (iii) that Plaintiffs, by providing funding to Luminastra, would acquire specified equity interests in Luminastra and, in so doing, indirect ownership of the subsidiaries.

62.     Plaintiffs reasonably relied upon Mart's false representations.

63.     Such reliance proximately caused damage to Plaintiffs.

16

64.     The fraudulent scheme perpetrated by Mart, with the assistance of the other Defendants was continuing in nature. Furthermore, Mart and the other Defendants concealed information by which Plaintiffs might have discerned the true nature of the fraudulent scheme.

65.     By reason of the foregoing, Plaintiffs have been damaged in an amount to be determined at trial in excess of $10 million.

66.     By reason of the foregoing, Plaintiffs are entitled to judgment against Defendants in an amount to be determined at trial in excess of $10 million.

WHEREFORE, Plaintiffs demand judgment against Mart in an amount to be determined at trial in excess of $10 million, plus prejudgment interest, costs, and for such other relief as this Court deems just and proper.

### Second Cause of Action:
### Civil Conspiracy

67.     Plaintiffs reallege the allegations in paragraphs 1 through 66 as if set forth in full herein.

68.     Defendants combined, agreed, and conspired with each other to do an unlawful act or to do a lawful act by unlawful means. Specifically, the Defendants conspired to induce Plaintiffs to transfer money purportedly as an investment in Luminastra Ltd., with legitimate business operations and direct and indirect corporate subsidiaries, and to divert those funds to other similarly-named entities owned and controlled by Mart and Boies.

69.     Mart actively participated in this scheme, and took overt acts in furtherance of the scheme, by, among other things, falsely representing to Plaintiffs that McPike's funds would be for Luminastra Ltd.'s business purposes and in connection with the direct and indirect subsidiaries that Mart represented were part of the corporate structure.

70.     Boies actively participated in this scheme and took an overt act in furtherance of the conspiracy by signing the JTC Option Agreement as Director of Luminastra Ltd. for the purpose and with the effect of fraudulently inducing Plaintiffs to invest in Luminastra Ltd. and to transfer money intended as an investment in Luminsatra Ltd. to Luminastra LLC.

71.     Boies and Luminescence IL, though Boies, actively participated in this scheme and took an overt act in furtherance of the conspiracy by signing the Luminescence Option Agreement as Manager of Luminescence IL for the purpose and with the effect of misrepresenting to Plaintiffs that Luminastra had, or was entitled to have, a 100% equity interest in an entity called "Luminescence" and, in so doing, fraudulently inducing Plaintiffs to invest in Luminastra Ltd. and to transfer money to Luminastra LLC.

72.     Boies' intent to enter into the conspiracy with Mart is evident from the fact that the Luminescence Option Agreement signed by Boies is identical to, and has the same date as, the Kokopelli Option Agreement signed by Mart. Like the Luminescence Option Agreement, the Kokopelli Option Agreement was created by Mart for the purpose and with the effect of misrepresenting to Plaintiffs that Luminastra had, or was entitled to have, a 100% equity interest in Kokopelli and, in so doing, fraudulently inducing Plaintiffs to invest in Luminastra Ltd. and to transfer money to Luminastra LLC.

73.     Luminastra LLC actively participated in this scheme to defraud Plaintiffs and took an overt act in furtherance of the scheme by, among other things, through Mart, directing the transfer of Plaintiffs' investment to Luminastra LLC and retaining Plaintiffs' funds.

74.     Luminescence FL, through its Manager, Mart, actively participated in this scheme, and took overt acts in furtherance of the scheme, by, among other things, falsely representing to Plaintiffs that a Florida-based entity with the name "Luminescence" was a direct wholly-owned

subsidiary of Luminastra Ltd. and in so doing falsely inducing Plaintiffs to invest in Luminastra Ltd.

75.    As a result of Defendants' acts, Plaintiffs have been damaged in an amount to be determined at trial in excess of $10 million.

76.    By reason of the foregoing, Plaintiffs are entitled to judgment against Defendants in an amount to be determined at trial in excess of $10 million.

WHEREFORE, Plaintiffs demand judgment against Defendants in an amount to be determined at trial in excess of $10 million, plus prejudgment interest, costs, and for such other relief as this Court deems just and proper.

BRINKLEY MORGAN
Attorneys for Plaintiff
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, Florida  33394
Telephone:  954-522-2200
Facsimile:  954-522-9123

By:   /s/ Mark A. Levy
       MARK A. LEVY
       Florida Bar No. 121320
       Primary:  mark.levy@brinkleymorgan.com
       Secondary:  sandra.gonzalez@brinkleymorgan.com


/s/ Gregory A. Blue
GREGORY A. BLUE
(motion to appear pro hac vice forthcoming)
New York Bar No. 2745115
LACHTMAN COHEN & BELOWICH P.C.
245 Main Street, 2nd Floor
White Plains, NY 10601
Telephone: (914) 505-6654
Email: gblue@lcb-law.com

# D.E. 4



**JOSEPH ABRUZZO**

**RECEIPT**
5186768

CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

Printed On:
01/23/2024 11:45
Page 1 of 1

| Receipt Number: 5186768 - Date 01/23/2024  Time 11:45AM | | | |
|---|---|---|---|
| **Received of:** | Brinkley Morgan<br>100 SE Third Avenue<br>23rd Floor<br>Fort Lauderdale, FL 33394 | | |
| **Cashier Name:** | ADMIN | **Balance Owed:** | 401.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 401.00 |
| **Receipt ID:** | 11585812 | **Remaining Balance:** | 0.00 |
| **Division:** | AE: Circuit Civil Central - AE(Civil) | | |

| Case# 50-2024-CA-000592-XXXA-MB -- PLAINTIFF/PETITIONER: JTC SKYWAVE INVESTMENTS LTD | | | |
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 401.00 | 401.00 | 0.00 |
| **Case Total** | **401.00** | **401.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFiling_CREDITCARD | 10087703 | **401.00** |
| **Total Received** | | **401.00** |
| **Total Paid** | | **401.00** |



**How was your service today?**  Please visit www.mypalmbeachclerk.com/survey or send your feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.

# D.E. 5

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION: "AE"
CASE NO.: 502024CA000592XXXAMB

JTC SKYWAVE INVESTMENTS LTD,
HARALD MCPIKE,
      Plaintiff/Petitioners

vs.

ANDREW N MART,
DEANNA BOIES,
LUMINESCENCE LLC, A FLORIDA LIMITED LIABILITY COMPANY,
et al.,
      Defendant/Respondents.

_____/

### ORDER IMPLEMENTING DIFFERENTIATED CASE MANAGEMENT PLAN, DESIGNATING CASE TO THE STREAMLINED TRACK, ORDER SETTING CALENDAR CALL AND CASE MANAGEMENT CONFERENCE AND DIRECTING PRETRIAL AND MEDIATION PROCEDURES (DCMSNT)

**THIS MATTER** is a Circuit Civil case calling for a non-jury trial. Accordingly, it is:

**ORDERED AND ADJUDGED** that pursuant to Administrative Order 3.110 (as amended), this case is designated to the **STREAMLINED TRACK**. The deadlines established by this Order are to ensure the case is **disposed of within 12 months from the date of filing.** To that end, the following procedures and deadlines shall be strictly observed:

I. **SERVICE OF THIS ORDER, ACTIVE CASE MANAGEMENT AND NON-COMPLIANCE**

**Plaintiff/Petitioner is directed to serve this Order** upon each Defendant/Respondent with the Initial Complaint/Petition and Summons. The deadlines and procedures set forth herein are firm and may be modified only upon a showing of a good faith attempt to comply with the deadlines or demonstration of a significant change of circumstances and through the process established in the 15th Circuit's Administrative Order 3.110 (as amended).

The parties are expected to actively manage the case and to confer early and often to ensure compliance with this order and timely resolution of the case. The parties and counsel are expected to govern themselves at all times with a spirit of cooperation, professionalism, and civility. They are expected to accommodate each other whenever reasonably possible and eliminate disputes by reasonable agreements.

**Self-Represented/Pro se litigants** (i.e. those without counsel) are held to the same obligations imposed upon counsel.

**Motions to extend deadlines** must be filed *prior* to the deadline. Untimely motions will be denied absent compelling circumstances and showing of good cause.

*** FILED: PALM BEACH COUNTY, FL  JOSEPH ABRUZZO, CLERK. 01/24/2024 07:05:25 AM ***

**NONCOMPLIANCE WITH THIS ORDER, ABSENT A SHOWING OF GOOD CAUSE, MAY RESULT IN DISMISSAL OF THE ACTION, THE STRIKING OF PLEADINGS, WITNESSES, OR EXHIBITS, REMOVAL OF THE CASE FROM THE DOCKET, DEFAULT OR ANY OTHER APPROPRIATE SANCTION.**

The failure to act in good faith and comply with this order must be reported, if not resolved through a conference of the parties and good faith conferral, by filing a **"Suggestion of Non-Compliance with Pre-Trial Order"** that must be set for hearing in a timely manner. The Suggestion must name the non-compliant person, describe the act of non-compliance, be served upon all parties and sent to the Court's chambers. Responses may only be submitted upon request of the Court. Failure to correct any non-compliance before the hearing may result in sanctions as described above. The parties will notify the Court immediately if non-compliance is cured; if cured more than 7 days before the hearing, the hearing may be cancelled.

II.  <u>**SCHEDULING, CONTINUANCES AND PRETRIAL DEADLINES**</u>

**A CASE MANAGEMENT CONFERENCE and CALENDAR CALL will be held on January 24, 2025**. The parties must be ready to try the case by that day. The specific time of Case Management Conference, and procedures for conducting Calendar Call can be found on the Division's webpages at www.15theircuit.com. The Calendar Call may be conducted in-person or by e-calendar.

The trial period begins the first business day of the immediately following week after the above-listed Case Management Conference and Calendar Call, unless otherwise described in the divisional instructions or by court order.

**TRIAL CONTINUANCES:** If a case cannot be ready for trial by the Calendar Call despite all good faith efforts, a motion to continue trial must be set for a Differentiated Case Management (DCM) Conference as described in the 15th Circuit's Administrative Order 3.110 (as amended) and the next paragraph. Any motion to continue the trial must comply with Fla. R. Civ. P. Rule 1.460, including that they are signed by the client. The Motion must be filed and the DCM Conference set no more than **30 DAYS** from the last defendant being served or as soon as circumstances giving rise to the need for a continuance becomes known and only for good cause. Every motion for a continuance must include a proposed Amended DCMO resetting each pretrial deadline that remains applicable and indicating the month the case can be ready for trial.

**DCM CONFERENCES:** DCM conferences are scheduled through the Circuit's Online Scheduling System under DCM- Case Management Conference Scheduling. No less than ten (10) days in advance of the DCM Conference the parties must file with the Clerk a Joint Status Report that:

1. Concisely updates the Court on the status of the case,
2. Identifies pending motions and other matters the Court needs to address, and
3. If applicable, provides a proposed revised pretrial schedule.

The parties must upload the Joint Status report at least 7 days in advance of a DCM Conference through the e-courtesy feature of the Circuit's Online Scheduling System. The parties are to be prepared at the DCM Conference to address the topics listed in Rule 1.200(a) and for the court, at its discretion, to hear or set for hearing any pending motions.

Case No. 50-2024-CA-000592-XXXA-MB

**The following deadlines (discussed in detail below) apply unless otherwise modified by the Court:**

| | EVENTS | DESCRIPTION | COMPLETION DEADLINE |
|---|---|---|---|
| 1. | Service of Complaint | See Part III.A, infra | May 21, 2024 Service under extension is only by court order. |
| 2. | Pleading Amendments/ Adding parties | See Part III.B, infra | July 20, 2024 |
| 3. | Resolution of all motions/objections directed to the pleadings *(i.e. to dismiss or strike)* and pleadings closed * | See Part III.B, infra | July 20, 2024 |
| 4. | Expert Witnesses and Compulsory Examinations | See Part III.D, infra | December 10, 2024 |
| 5. | Witness & Exhibit Lists | See Part III.C, infra | December 10, 2024 |
| 6. | Rebuttal Witness Lists | See Part III.E, infra | December 20, 2024 |
| 7. | Filing Summary Judgment & *Daubert* Motions | See Part III.J, infra | December 25, 2024 |
| 8. | Discovery Cut-Off | See Part III.H, infra | December 25, 2024 |
| 9. | Pre-trial Meet & Confer | See Part III.I, infra | January 9, 2025 |
| 10. | Deposition Designations | See Part III.G, infra | January 14, 2025 |
| 11. | Deadline for Mediation | See Part IV, infra | January 14, 2025 |
| 12. | Deadline to hear ALL Motions | See Part III.J, infra | January 19, 2025 |
| 13. | Trial Ready Date ** | See Part II, supra | January 24, 2025 |

**Fla. R. Gen. Prac. & Jud. Admin. Rule 2.514 governs if any deadlines falls on a weekend or holiday.**

　　*The parties must expeditiously address any motions directed to the pleadings. Defensive motions under Rule 1.140 of the Fla. R. Civ. P., motions to extend time to file a defensive motion or pleading, and any other motion preventing the matter from being at issue shall be set for hearing within **five (5) days** of filing. The motion should be scheduled for hearing at the earliest date that the Court and parties are available.

　　**The Court reserves the authority to expedite the trial setting and amend the pretrial deadlines accordingly.

III.  **UNIFORM PRE-TRIAL PROCEDURE**

　　A.  **Timely Service and Defaults:**

　　　　Parties must make reasonable efforts to ensure speedy service. Each return of service must be separately filed for each defendant. If service is not completed within 90 days, an Order will be issued directing service by the **120 DAY DEADLINE**. Failure to comply will result in dismissal of the case or party for lack of service. Any motions to extend the deadline for service must specify why

Case No. 50-2024-CA-000592-XXXA-MB

service could not have been effectuated, what is being done to effectuate service and request only that amount of additional time necessary.

If all defendants become defaulted, a Motion for Default Final Judgment along with supporting documentation must be filed within **30 days** of the last default and set for hearing at the next available hearing time.

B. **Amendment of Pleadings, Motions Directed at Pleadings and Notice for Trial:**

Any Motions to Amend Pleadings to add parties must be filed no later than the first business day **180 DAYS AFTER THE CASE IS FILED**.

The parties must expeditiously address any other motions directed to the pleadings. Defensive motions under Rule 1.140 of the Fla. R. Civ. P., motions to extend time to file a defensive motion or pleading, and any other motion preventing the matter from being at issue must be set for hearing within **5 days** of filing to be heard at the earliest date that the Court and parties are available.

If the pleadings are not closed and the case not at issue **180 DAYS AFTER FILING**, the parties must appear for a DCM Conference to be noticed and held in accordance within the 15th Circuit's Administrative Order 3.110 (as amended) and Divisional Instructions located on the Circuit's website for the Division to which the case is assigned.

C. **Exhibits and Witnesses.** On the last business day no later than **45 DAYS PRIOR TO CALENDAR CALL**, the parties must exchange lists of all trial exhibits, names and addresses of all trial witnesses.

D. **Expert Witnesses and Compulsory Medical Examinations.** If Expert Witnesses or Compulsory Medical Examinations are anticipated, the Parties must confer and establish a schedule for completing related discovery, including deadlines for disclosures, written discovery, depositions and motions directed at Experts or Compulsory Medical Examiners that will result in the completion of Expert/CME Discovery and resolution of Motions directed at them at least **45 DAYS BEFORE TRIAL**.

If agreed, the parties must submit a proposed Expert/CME Scheduling Order for entry by the Court. If not, the parties must appear for a DCM Case Management Conference.

**Expert Disclosures:** In addition to names and addresses of each expert retained to formulate an expert opinion with regard to this cause, both on the initial listing and on rebuttal, the parties must provide:

1. The subject matter about which the expert will testify;
2. The substance of facts and opinions to which the expert will testify;
3. A summary of the grounds for each opinion;
4. A copy of any written reports issued by the expert; and
5. A copy of the expert's curriculum vitae.

**One Expert Per Specialty:** The parties will be limited to one expert witness per specialty unless they obtain leave of Court to list and call more than one expert witness per specialty, no later than 60 days prior to calendar call.

E. **Rebuttal Witnesses and Exhibits.** On the last business day no later than **35 DAYS PRIOR TO CALENDAR CALL**, the parties must exchange lists of names and addresses of all rebuttal witnesses and lists of any rebuttal exhibits.

F. **Additional Exhibits, Witnesses Or Objections.** At trial, the parties will be strictly limited to exhibits and witnesses disclosed and objections reserved on the schedules attached to the Pre-Trial Stipulation prepared in accordance with paragraphs D and E, absent agreement specifically stated in the Pre-Trial Stipulation or order of the Court upon good cause shown. Failure to reserve objections constitutes a waiver. A party desiring to use an exhibit or witness discovered after counsel have conferred pursuant to paragraph D must immediately furnish the Court and other counsel with a description of the exhibit or with the witness' name and address and the expected subject matter of the witness' testimony, together with the reason for the late discovery of the exhibit or witness. Use of the exhibit or witness may be allowed by the Court for good cause shown or to prevent manifest injustice.

G. **Deposition Designations.** No later than **10 DAYS PRIOR TO CALENDAR CALL**, each party must serve designation of depositions, or portions of depositions, each intends to offer as testimony. No later than **8 DAYS PRIOR TO CALENDAR CALL**, each opposing party is to serve any counter (or "fairness") designations to portions of depositions designated, together with objections to the depositions, or portions thereof, originally designated. No later than **5 DAYS BEFORE** calendar call, each party must serve any objections to counter designations served by an opposing party.

H. **Discovery Cutoff**. Unless otherwise agreed in the Pre-Trial Stipulation, all discovery must be completed no later than **30 DAYS PRIOR TO CALENDAR CALL** absent agreement for later discovery specifically stated in the Pre-Trial Stipulation or for other good cause shown. Absent unforeseeable, exigent circumstances, the failure to complete discovery is not grounds for a continuance.

I. **Pre-Trial Meet and Confer**. On the last business day no later than **15 DAYS PRIOR TO CALENDAR CALL**, the parties must confer and:

1. Discuss settlement;
2. Simplify the issues and stipulate, in writing, as to as many facts and issues as possible;
3. Prepare a Pre-Trial Stipulation in accordance with paragraph K; and
4. List all objections to trial exhibits.

J. **Motions:** The Parties must plan for, file and timely set hearings for any motions they expect the Court to address in advance of trial. **No motions will be heard the day of trial**. Few are appropriate after Calendar Call. The parties must confer early in the case and coordinate briefing and discovery schedules, as necessary, to ensure motions are timely heard.

While motion practice is critical to the advancement and streamlining of a case, the Parties are reminded they **DO NOT have an absolute right to most motions being heard**. Failure to timely file and set motions for hearing in advance of Calendar Call will likely result in the Court denying a request for hearing. Failure to file and have a motion heard is not grounds for a trial continuance.

Summary Judgment and *Daubert* Motions must be filed at least **30 DAYS prior to Calendar Call**. The parties shall confer regarding summary judgment motions to ensure discovery necessary for those motions is completed in advance of their filing.

**ALL MOTIONS** (including dispositive motions to motions in limine), must be heard no less than **5 days before Calendar Call**. Parties must plan and seek hearing time sufficiently in advance to ensure this deadline is met.

The Court reminds the parties that unless an advance ruling will assist in preparation and reduction of hearing time, Motions in Limine and Daubert Motions at bench trials typically duplicate judicial effort.

K. **Filing of Pre-Trial Stipulation.** It is the duty of counsel for the Plaintiff to see that the Pre-Trial Stipulation is drawn, executed by counsel for all parties, and filed with the Clerk no later than **15 DAYS PRIOR TO CALENDAR CALL**. Unilateral pretrial statements are disallowed, unless approved by the Court, after notice and hearing showing good cause. Counsel for all parties are charged with good faith cooperation in this regard. The Pre-Trial Stipulation must contain in separately numbered paragraphs:

1. A list of all pending motions including *Motions in Limine* and *Daubert* Motions requiring action by the Court and the dates those motions are set for hearing. **Motions not listed are deemed waived**.

2. Stipulated facts requiring no proof at trial which may be read to the trier of fact;

3. A statement of all issues of fact for determination at trial;

4. Lists of exhibits itemized as follows:

   a. Exhibits to be admitted by Plaintiff without objection;
   b. Exhibits to be admitted by Defendant without objection;
   c. Objected to Exhibits, with the specific basis for the objection stated

   Note: Reasonably specific description of each exhibit is required. Non-specific descriptions like "all documents produced in discovery" will be stricken. Moreover, Objections may not be "reserved." Failure to specify an objection constitutes its waiver.

5. Each party's numbered list of trial witnesses with addresses (including all known rebuttal witnesses); the list of witnesses must be on separate schedules attached to the Stipulation;

6. A statement of total estimated time for trial, including the time needed per side for (1) opening arguments, (2) each case in chief, and (3) closing arguments.

7. Names of attorneys to try case and their contact information.

   Failure to file the Pre-Trial Stipulation or a Court Approved Unilateral Stipulation as provided above may result in the case being stricken from the Court's calendar or other sanctions, including dismissal or default.

L. **Pre-Trial Conference pursuant to Fla. R. Civ. P. 1.200** If a pre-trial conference

is set upon motion of a party or by the Court, counsel must meet and prepare a stipulation pursuant to paragraph K, infra, and file the stipulation no later than **5 DAYS BEFORE THE CONFERENCE**. Failure to request a pre-trial conference in a timely fashion constitutes a waiver of the notice of requirement of Rule 1.200. Absent prior approval, Motions for Summary Judgment will not be heard at any pre-trial conference.

M. **Pre-Marking Exhibits.** Prior to trial, each party is to mark for identification all exhibits, as directed by the clerk. (instructions and templates found at www.mypalmbeachclerk.com/departments/courts/evidence-guidelines/civil-evidence)

N. **Unique Questions Of Law.** Prior to calendar call, counsel for the parties are directed to exchange and simultaneously submit to the Court appropriate memoranda with citations to legal authority in support of any unique legal questions that may reasonably be anticipated to arise during the trial.

## IV. **MEDIATION**

A. All parties are required to participate in mediation as follows:

1. The attendance of counsel who will try the case and representatives of each party with full authority to enter into a complete compromise and settlement is mandatory. If insurance is involved, an adjuster with authority up to the policy limits must attend.

2. At least one week prior to a scheduled mediation conference, all parties are to file with the mediator a brief, written summary of the case containing a list of issues as to each party.

3. All communications at the mediation conference are privileged consistent with Florida Statutes sections 44.102 and 90.408.

4. The mediator has no power to compel or enforce a settlement agreement. If a settlement is reached, it is a responsibility of the attorneys or parties to reduce the agreement to writing and to comply with Florida Rule of Civil Procedure 1.730(b), unless waived.

B. The Plaintiff's attorney is responsible for scheduling mediation. The parties should agree on a mediator. If they are unable to agree, any party may apply to the Court for appointment of a mediator in conformity with Rule 1.720 (j), Fla. R. Civ. P. The lead attorney or party must file and serve on all parties and the mediator a Notice of Mediation giving the time, place, and date of the mediation and the mediator's name.

C. **Completion of mediation prior to calendar call is a prerequisite to trial and must be completed no later than 10 DAYS PRIOR TO CALENDAR CALL.** If mediation is not conducted, or if a party fails to participate in mediation, the case, at the Court's discretion, may be stricken from the trial calendar, pleadings may be stricken, and other sanctions may be imposed.

D. Any party opposing mediation may proceed under Florida Rule of Civil Procedure 1.700(b).

Case No. 50-2024-CA-000592-XXXA-MB

**DONE AND ORDERED** in West Palm Beach, Palm Beach County, Florida.



50-2024-CA-000592-XXXA-MB     01/24/2024
Bradley G. Harper
Circuit Judge

A copy of this Order has been furnished to the Plaintiff. The Plaintiff shall serve this Order to the Defendant(s) in compliance with Administrative Order 3.110 (amended).

This notice is provided pursuant to Administrative Order No. 2.207-7/22

**"If you are a <u>person with a disability</u> who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway, West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

**"Si usted es una <u>persona minusválida</u> que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**"Si ou se yon <u>moun ki enfim</u> ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si**

Case No. 50-2024-CA-000592-XXXA-MB

**ou gen pwoblèm pou w tande oubyen pale, rele 711.”**



# D.E. 6

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,        CASE NO. 50-2024-CA-000592-XXA-MB
and HARALD McPIKE,

      Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

      Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the (1)
Complaint and (2) Court's Order Implementing Differentiated Case Management Plan,
Designating Case to the Streamlined Track, Order Setting Calendar Call and Case Management
Conference and Directing Pretrial and Mediation Procedures, in this action on Defendant:

      ANDREW N. MART, a/k/a Andrev Nathan Mart
      12081 SW Marigold Avenue
      Port St. Lucie, FL 34987

      Each defendant is required to serve written defenses to the complaint or petition on
Plaintiff's attorney, Mark A. Levy, whose address is Brinkley Morgan, 100 SE Third Avenue, 23rd
Floor, Fort Lauderdale, FL 33394, within 20 days after service of this summons on that defendant,
exclusive of the day of service, and to file the original of the defenses with the clerk of this court
either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so,
a default will be entered against that defendant for the relief demanded in the complaint or petition.

CASE NO. 50-2024-CA-000592-XXA-MB

DATED on **Jan 31**, 2024.

**JOSEPH ABRUZZO**
CLERK OF CIRCUIT COURT



By: _____
Deputy Clerk **JOSIE LUCCE**

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached compliant with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe preentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, it vous faudra egalement, en meme temps que cette formalite, faire parvenir or expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

NOT A CERTIFIED COPY

2

This notice is provided pursuant to Administrative Order No. 2.207-6/22

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

**"Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."**

[87]020821-23001

# D.E. 7

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,
and HARALD McPIKE,

      CASE NO. 50-2024-CA-000592-XXA-MB

      Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

      Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the (1) Complaint and (2) Court's Order Implementing Differentiated Case Management Plan, Designating Case to the Streamlined Track, Order Setting Calendar Call and Case Management Conference and Directing Pretrial and Mediation Procedures, in this action on Defendant:

      DEANNA BOIES
      5S662 Radcliff Road
      Naperville, IL 60536

      Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, Mark A. Levy, whose address is Brinkley Morgan, 100 SE Third Avenue, 23rd Floor, Fort Lauderdale, FL 33394, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

NOT A CERTIFIED COPY

CASE NO. 50-2024-CA-000592-XXA-MB

DATED on ___Jan 31___, 2024.

**JOSEPH ABRUZZO**

CLERK OF CIRCUIT COURT



By: _____

Deputy Clerk   **JOSIE LUCCE**

NOT A CERTIFIED COPY

**IMPORTANT**

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached compliant with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe preentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, it vous faudra egalement, en meme temps que cette formalite, faire parvenir or expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

2

This notice is provided pursuant to Administrative Order No. 2.207-6/22

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

**"Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."**

[88]020821-23001

# D.E. 8

Case 9:24-cv-80499-RLR  Document 1-2  Entered on FLSD Docket 04/22/2024  Page 49 of 107

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,
and HARALD McPIKE,

CASE NO. 50-2024-CA-000592-XXA-MB

     Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

     Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

     YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the (1)
Complaint and (2) Court's Order Implementing Differentiated Case Management Plan,
Designating Case to the Streamlined Track, Order Setting Calendar Call and Case Management
Conference and Directing Pretrial and Mediation Procedures, in this action on Defendant:

     LUMINESCENCE LLC, a Florida limited liability company
     Attn:  Northwest Registered Agent LLC, Registered Agent
     7901 4 Street N Suite 300
     St. Petersburg, FL 33702

     Each defendant is required to serve written defenses to the complaint or petition on
Plaintiff's attorney, Mark A. Levy, whose address is Brinkley Morgan, 100 SE Third Avenue, 23rd
Floor, Fort Lauderdale, FL 33394, within 20 days after service of this summons on that defendant,
exclusive of the day of service, and to file the original of the defenses with the clerk of this court
either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so,
a default will be entered against that defendant for the relief demanded in the complaint or petition.

CASE NO. 50-2024-CA-000592-XXA-MB

DATED on _____**Jan 31**_____, 2024.

**JOSEPH ABRUZZO**
CLERK OF CIRCUIT COURT





By. _____

Deputy Clerk **JOSIE LUCCE**

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached compliant with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe preentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, it vous faudra egalement, en meme temps que cette formalite, faire parvenir or expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

This notice is provided pursuant to Administrative Order No. 2.207-6/22

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

**"Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."**

[90]020821-23001

# D.E. 9

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,          CASE NO. 50-2024-CA-000592-XXA-MB
and HARALD McPIKE,

       Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

       Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

     YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the (1)
Complaint and (2) Court's Order Implementing Differentiated Case Management Plan,
Designating Case to the Streamlined Track, Order Setting Calendar Call and Case Management
Conference and Directing Pretrial and Mediation Procedures, in this action on Defendant:

     LUMINESCENCE LLC, an Illinois limited liability company
     Attn:  Illinois Registered Agent, Inc., Registered Agent
     5405 W. Margaret Street
     Monee, IL 60449-8087

     Each defendant is required to serve written defenses to the complaint or petition on
Plaintiff's attorney, Mark A. Levy, whose address is Brinkley Morgan, 100 SE Third Avenue, 23rd
Floor, Fort Lauderdale, FL 33394, within 20 days after service of this summons on that defendant,
exclusive of the day of service, and to file the original of the defenses with the clerk of this court
either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so,
a default will be entered against that defendant for the relief demanded in the complaint or petition.

CASE NO. 50-2024-CA-000592-XXA-MB

DATED on **Jan 31**, 2024.

**JOSEPH ABRUZZO**
CLERK OF CIRCUIT COURT





By: _____

Deputy Clerk **JOSIE LUCCE**

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached compliant with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe preentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, it vous faudra egalement, en meme temps que cette formalite, faire parvenir or expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

This notice is provided pursuant to Administrative Order No. 2.207-6/22

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

**"Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."**

[91]020821-23001

# D.E. 10

Filing # 190829709 E-Filed 01/30/2024 12:19:33 PM

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,
and HARALD McPIKE,

CASE NO. 50-2024-CA-000592-XXA-MB

       Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

       Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the (1)
Complaint and (2) Court's Order Implementing Differentiated Case Management Plan,
Designating Case to the Streamlined Track, Order Setting Calendar Call and Case Management
Conference and Directing Pretrial and Mediation Procedures, in this action on Defendant:

      LUMINASTRA LLC, an Illinois limited liability company
      Attn: Northwest Registered Agent Ser, Registered Agent
      2501 Chatham Road, Suite N
      Springfield, IL 62704

      Each defendant is required to serve written defenses to the complaint or petition on
Plaintiff's attorney, Mark A. Levy, whose address is Brinkley Morgan, 100 SE Third Avenue, 23rd
Floor, Fort Lauderdale, FL 33394, within 20 days after service of this summons on that defendant,
exclusive of the day of service, and to file the original of the defenses with the clerk of this court
either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so,
a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on **Jan 31**_____, 2024.

**JOSEPH ABRUZZO**
CLERK OF CIRCUIT COURT



By: _____
Deputy Clerk **JOSIE LUCCE**

NOT A CERTIFIED COPY

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached compliant with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe preentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, it vous faudra egalement, en meme temps que cette formalite, faire parvenir or expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

CASE NO. 50-2024-CA-000592-XXA-MB

This notice is provided pursuant to Administrative Order No. 2.207-6/22

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

**"Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."**

[93]020821-23001

# D.E. 11



**JOSEPH ABRUZZO**

# RECEIPT
5197106

CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

Printed On:
01/31/2024 02:44
Page 1 of 1

| Receipt Number: 5197106 - Date 01/31/2024  Time 2:44PM | | | |
|---|---|---|---|
| **Received of:** | Brinkley Morgan<br>100 SE Third Avenue<br>23rd Floor<br>Fort Lauderdale, FL 33394 | | |
| **Cashier Name:** | ADMIN | **Balance Owed:** | 50.00 |
| **Cashier Location:** | E-Filing | **Total Amount Paid:** | 50.00 |
| **Receipt ID:** | 11596703 | **Remaining Balance:** | 0.00 |
| **Division:** | AE: Circuit Civil Central - AE(Civil) | | |

**Case# 50-2024-CA-000592-XXXA-MB -- PLAINTIFF/PETITIONER: JTC SKYWAVE INVESTMENTS LTD**

| Item | Balance | Paid | Bal Remaining |
|---|---|---|---|
| Fees | 50.00 | 50.00 | 0.00 |
| **Case Total** | **50.00** | **50.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFiling_CREDITCARD | 10178500 | **50.00** |
| **Total Received** | | **50.00** |
| **Total Paid** | | **50.00** |

**How was your service today?**  Please visit www.mypalmbeachclerk.com/survey or send your feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.


NOT A CERTIFIED COPY

# D.E. 12

Filing # 190939600 E-Filed 01/31/2024 01:13:59 PM

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,
and HARALD McPIKE,

        Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

        Defendants.

CASE NO. 50-2024-CA-000592-XXA-MB

_____/

### GREGORY A. BLUE'S VERIFIED MOTION FOR ADMISSION TO APPEAR _PRO HAC VICE_ PURSUANT TO FLORIDA RULE OF GENERAL PRACTICE AND JUDICIAL ADMINISTRATION 2.510

Comes now Gregory A. Blue, Movant herein, and respectfully represents the following:

1.     Movant resides in Briarcliff Manor, New York.  Movant is not a resident of the State of Florida.

2.     Movant is an attorney and a member of the law firm of Lachtman Cohen & Belowich P.C., with offices at 245 Main Street, 2nd Floor, White Plains, NY 10601, (914) 505-6654.

3.     Movant has been retained personally or as a member of the above-named law firm on or about October 11, 2023, by Plaintiffs to provide legal representation in connection with the above-styled matter now pending before the above-named court of the State of Florida.

1

4.      Movant is an active member in good standing and currently eligible to practice law in the following jurisdiction(s):

| JURISDICTION | ATTORNEY/BAR NUMBER |
|---|---|
| New York | 2745115 |
| New Jersey | 020071995 |
| California | 275668 |

5.      A judicial officer or the entity responsible for attorney regulation has neither initiated disciplinary, suspension, disbarment or contempt proceedings or disciplined, suspended, disbarred or held Movant in contempt in the preceding five (5) years.

6.      Movant, either by resignation, withdrawal, or otherwise, never has terminated or attempted to terminate Movant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

7.      Movant is not an inactive member of The Florida Bar.

8.      Movant is not now a member of The Florida Bar.

9.      Movant is not a suspended member of The Florida Bar.

10.     Movant is not a disbarred member of The Florida Bar nor has Movant received a disciplinary resignation or disciplinary revocation from The Florida Bar.

11.     Movant has not previously been disciplined or held in contempt by reason of misconduct committed while engaged in representation pursuant to Florida Rule of General Practice and Judicial Administration 2.510.

CASE NO. 50-2024-CA-000592-XXA-MB

12.      Movant has filed a motion to appear as counsel in Florida state courts during the past five (5) years in only one prior case:

Date of Motion ............August 4, 2021

Case Name...................Tikal Real Estate Holding I, LLC v. Diamonds Intl. of Florida, Inc.

Case Number ..............2020-CA-448-K

Court...........................Circuit Court of the 16th Judicial Circuit, Monroe County

Date Motion Granted...August 4, 2021

13.      Local counsel of record associated with Movant in this matter is Mark A. Levy, Florida Bar No. 121320, who is an active member in good standing of The Florida Bar and has offices at Brinkley Morgan, 100 SE Third Avenue, 23rd Floor, Fort Lauderdale, FL 33394, (954) 522-2200.

14.      Movant has read the applicable provisions of Florida Rule of General Practice and Judicial Administration 2.510 and Rule 1-3.10 of the Rules Regulating The Florida Bar and certifies that this verified motion complies with those rules.

15.      Movant agrees to comply with the provisions of the Florida Rules of Professional Conduct and consents to the jurisdiction of the courts and the Bar of the State of Florida.

WHEREFORE, Movant respectfully requests permission to appear in this court for this cause only.

DATED this 31st day of January, 2024.

 /s/ Gregory A. Blue
GREGORY A. BLUE, Movant
LACHTMAN COHEN & BELOWICH P.C.
245 Main Street, 2nd Floor
White Plains, NY 10601
Telephone: (914) 505-6654
Email: gblue@lcb-law.com

## VERIFICATION

I, Gregory A. Blue, do hereby swear or affirm under penalty of perjury that I am the Movant in the above-styled matter, that I have read the foregoing Motion and know the contents thereof, and the contents are true of my own knowledge and belief.

/s/ Gregory A. Blue
GREGORY A. BLUE, Movant

I hereby consent to be associated as local counsel of record in this cause pursuant to Florida Rule of General Practice and Judicial Administration 2.510.

DATED this 31st day of January, 2024.

/s/ Mark A. Levy
MARK A. LEVY
Local Counsel of Record for Plaintiffs
Florida Bar No. 121320
BRINKLEY MORGAN
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394
Telephone 954-522-2200
Facsimile: 954-522-9123
Email: mark.levy@brinkleymorgan.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was furnished on this 31st day of January, 2024 by Federal Express to The Florida Bar, PHV Admissions, 651 East Jefferson Street, Tallahassee, Florida 32399-2333 accompanied by payment of the $250.00 filing fee made payable to The Florida Bar.

/s/ Mark A. Levy
MARK A. LEVY

# D.E. 13



**JOSEPH ABRUZZO**

# RECEIPT
5199534

CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY, FLORIDA

Printed On:
02/02/2024 10:17
Page 1 of 1

| Receipt Number: 5199534 - Date 02/02/2024  Time 10:17AM | | | |
|---|---|---|---|
| **Received of:** Brinkley Morgan<br>100 SE Third Avenue<br>23rd Floor<br>Fort Lauderdale, FL 33394 | | | |
| **Cashier Name:** ADMIN | | **Balance Owed:** | 100.00 |
| **Cashier Location:** E-Filing | | **Total Amount Paid:** | 100.00 |
| **Receipt ID:** 11599224 | | **Remaining Balance:** | 0.00 |
| **Division:** AE: Circuit Civil Central - AE(Civil) | | | |
| **Case# 50-2024-CA-000592-XXXA-MB -- PLAINTIFF/PETITIONER: JTC SKYWAVE INVESTMENTS LTD** | | | |
| Item | Balance | Paid | Bal Remaining |
| Fees | 100.00 | 100.00 | 0.00 |
| **Case Total** | **100.00** | **100.00** | **0.00** |

| Payments | | |
|---|---|---|
| **Type** | **Ref#** | **Amount** |
| EFiling_CREDITCARD | 10178710 | **100.00** |
| **Total Received** | | **100.00** |
| **Total Paid** | | **100.00** |

**How was your service today?** Please visit www.mypalmbeachclerk.com/survey or send your feedback to clerkweb@mypalmbeachclerk.com.
**For office locations and information about Clerk & Comptroller services:**
Visit www.mypalmbeachclerk.com or call (561) 355-2996.



NOT A CERTIFIED COPY

# D.E. 14

Filing # 191329486 E-Filed 02/06/2024 10:38:17 AM

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,          CASE NO. 50-2024-CA-000592-XXXA-MB
and HARALD McPIKE,

     Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

     Defendants.

_____/

## ORDER ON GREGORY A. BLUE'S VERIFIED MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*

THIS CAUSE having come before the Court to be considered on Gregory A. Blue's

Verified Motion for Admission to Appear *Pro Hac Vice*, and the Court being otherwise advised in

the Premises, it is hereupon, ORDERED AND ADJUDGED that the Motion is hereby

GRANTED, and Gregory A. Blue is admitted to appear *pro hac vice* as co-counsel for Plaintiffs

in this action.

DONE AND ORDERED in Chambers, Palm Beach County, Florida.

502024CA000592XXXAMB      02/06/2024
Bradley G. Harper
Circuit Judge

_____
Circuit Court Judge

FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK, 02/06/2024 10:38:17 AM

CASE NO. 50-2024-CA-000592-XXXA-MB

Copies provided to:

Mark A. Levy, Brinkley Morgan, 100 SE Third Avenue, 23rd Floor, Fort Lauderdale, FL 33394
Email:  mark.levy@brinkleymorgan.com; sandra.gonzalez@brinkleymorgan.com
Attorney for Plaintiffs

Gregory A. Blue, Lachtman Cohen & Belowich P.C., 245 Main Street, 2nd Floor, White Plains,
NY 10601, Email: gblue@lcb-law.com
Attorney for Plaintiffs

2

# D.E. 15

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,          CASE NO. 50-2024-CA-000592-XXXA-MB
and HARALD McPIKE,

        Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

        Defendants.

_____/

<u>PLAINTIFFS' NOTICE OF FILING VERIFIED RETURN OF SERVICE
AS TO DEFENDANT DEANNA BOIES</u>

        Plaintiffs, JTC Skywave Investments LTD. and Harald McPike, by and through their

undersigned counsel, hereby give notice of filing the attached Verified Return of Service, which

reflects that service of process was effectuated on Defendant Deanna Boies on February 3, 2024.

                        BRINKLEY MORGAN
                        Attorney for Plaintiffs
                        100 SE Third Avenue, 23rd Floor
                        Fort Lauderdale, Florida  33394
                        Telephone:  954-522-2200
                        Facsimile:  954-522-9123

                        By:_ /s/ Mark A. Levy_____
                            MARK A. LEVY
                            Florida Bar No. 121320
                            Primary:  mark.levy@brinkleymorgan.com
                            Secondary:  sandra.gonzalez@brinkleymorgan.com

NOT A CERTIFIED COPY

## AFFIDAVIT OF SPECIAL PROCESS SERVER

| Case:<br>50-2024-<br>CA-0100592-<br>XXA-MB | Court:<br>In the Circuit Court of the 15th Judicial<br>Circuit in and for Palm Beach County,<br>Florida | County:<br>Palm Beach, FL | Job:<br>10352149 (88888) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>JTC Skywave Investments LTD., and Harald McPike | | Defendant / Respondent:<br>Andrew N. Mart, a/k/a Andrew Nathan Mart, an<br>individual; Luminescence LLC, a Florida limited<br>liablity company; Luminescence LLC, an Illinois<br>limited liablity company; and Luminastra LLC, an<br>Illinois limited liablity company | |
| Received by:<br>Search Investigations, Inc. | | For:<br>Cross County Investigative Services | |
| To be served upon:<br>Deanna Boies | | | |

I, Michael Lynch, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Deanna Boies, 5S662 Radcliff Road, Naperville, IL 60536

**Manner of Service:** Personal/Individual, Feb 3, 2024, 2:59 pm CST

**Documents:** Summons, Order Implementing Differentiated Case Management Plan, Designating Case to the Streamlined Track, Order Setting Calendar Call and Case Management Conference and Directing Pretrial and Mediation Proceedures, and Complaint

**Additional Comments:**
1) Unsuccessful Attempt: Feb 2, 2024, 4:36 pm CST at 5S662 Radcliff Road, Naperville, IL 60536
Service is unattainable and we observed no answer at the door. Lights on, could see someone inside. Heard dog barking on and off. Avoiding service.
2) Successful Attempt: Feb 3, 2024, 2:59 pm CST at 5S662 Radcliff Road, Naperville, IL 60536 received by Deanna Boies. Age: 60; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'5"; Hair: Gray; Other: Wears glasses.

_signature_                           02/05/2024

Michael Lynch 129.320840              **Date**

_Subscribed and sworn to before me by the affiant who is personally known to me._

_signature_

**Notary Public**

02/05/2024

**Date**

```
OFFICIAL SEAL
MARK GRENA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/27/24
```

NOT CERTIFIED COPY

Filing # 190829709 E-Filed 01/30/2024 12:19:33 PM

**RUSH** ✓ ✗


CROSS COUNTY   954.963.7751
CCIS@BELLSOUTH.NET

F   2/01

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,
and HARALD McPIKE,

CASE NO. 50-2024-CA-000592-XXA-MB

Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

Deanna Boies
2/03/2024
2:59 pm

Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the (1)
Complaint and (2) Court's Order Implementing Differentiated Case Management Plan,
Designating Case to the Streamlined Track, Order Setting Calendar Call and Case Management
Conference and Directing Pretrial and Mediation Procedures, in this action on Defendant:

DEANNA BOIES
5S662 Radcliff Road
Naperville, IL 60536

Each defendant is required to serve written defenses to the complaint or petition on
Plaintiff's attorney, Mark A. Levy, whose address is Brinkley Morgan, 100 SE Third Avenue, 23rd
Floor, Fort Lauderdale, FL 33394, within 20 days after service of this summons on that defendant,
exclusive of the day of service, and to file the original of the defenses with the clerk of this court
either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so,
a default will be entered against that defendant for the relief demanded in the complaint or petition.

FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK, 01/30/2024 12:19:33 PM

CASE NO. 50-2024-CA-000592-XXA-MB

DATED on **Jan 31**, 2024.

**JOSEPH ABRUZZO**
CLERK OF CIRCUIT COURT



By: _____
Deputy Clerk **JOSIE LUCCE**

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached compliant with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe preentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir or expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

CASE NO. 50-2024-CA-000592-XXA-MB

This notice is provided pursuant to Administrative Order No. 2.207-6/22

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

**"Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."**

[88]020821-2300]

NOT A CERTIFIED COPY

3

# D.E. 16

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,            CASE NO. 50-2024-CA-000592-XXXA-MB
and HARALD McPIKE,

            Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

            Defendants.

_____/

### PLAINTIFFS' NOTICE OF FILING VERIFIED RETURN OF SERVICE
### AS TO DEFENDANT LUMINASTRA LLC

    Plaintiffs, JTC Skywave Investments LTD. and Harald McPike, by and through their

undersigned counsel, hereby give notice of filing the attached Verified Return of Service, which

reflects that service of process was effectuated on Defendant Luminastra LLC on February 14,

2024.

                        BRINKLEY MORGAN
                        Attorney for Plaintiffs
                        100 SE Third Avenue, 23rd Floor
                        Fort Lauderdale, Florida  33394
                        Telephone:  954-522-2200
                        Facsimile:  954-522-9123

                        By:   /s/ Mark A. Levy
                            MARK A. LEVY
                            Florida Bar No. 121320
                            Primary:  mark.levy@brinkleymorgan.com
                            Secondary:  sandra.gonzalez@brinkleymorgan.com

BRINKLEY MORGAN | ATTORNEYS AT LAW
100 SE Third Avenue | 23rd Floor | Fort Lauderdale, Florida 33394

NOT A CERTIFIED COPY

ClientCaseID:   88957              73691              CaseReturnDate:   2/14/24

Affidavit of  A PRIVATE INVESTIGATOR

## 15TH JUDICIAL CIRCUIT COURT FOR PALM BEACH COUNTY FLORIDA

Case Number **50-2024-CA-592**

I, JOHN  PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND
LICENSED AS A PRIVATE DETECTIVE (LICENSE # 115.002074) UNDER THE PRIVATE DETECTIVE ACT OF 2004.

### CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS COMPLAINT AND ORDER
ON THE WITHIN NAMED  DEFENDANT  LUMINASTRA, LLC.
PERSON SERVED ERIN BRADSHAW, NORTHWEST REG AGENT SERVICE, REG AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 2/14/24

That the sex, race and approximate age of the whom I left the   SUMMONS COMPLAINT AND ORDER
are as follow:

Sex  FEMALE  Race   WHITE        Age   26    Height   5'3"        Build   120#       Hair   BRN

LOCATION OF SERVICE    **2501   CHATHAM RD STE.N**
                       **SPRINGFIELD, IL, 62704**

Date Of Service    2/14/24            Time of Service      12:40 PM

JOHN  PENNELL                    2/16/2024

A PRIVATE INVESTIGATOR

PRIVATE DECTECTIVE # 115.002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned
certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such
matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

NOT A CERTIFIED COPY

Filing # 190829709 E-Filed 01/30/2024 12:19:33 PM

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,
and HARALD McPIKE,

        Plaintiffs,

CASE NO. 50-2024-CA-000592-XXA-MB

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,



CROSS COUNTY   954.963.7751
CCIS@BELLSOUTH.NET

2/13

        Defendants.

## SUMMONS

2-14-24 12:40 Pm
J. PENNELL

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the (1)
Complaint and (2) Court's Order Implementing Differentiated Case Management Plan,
Designating Case to the Streamlined Track, Order Setting Calendar Call and Case Management
Conference and Directing Pretrial and Mediation Procedures, in this action on Defendant:

    LUMINASTRA LLC, an Illinois limited liability company
    Attn: Northwest Registered Agent Ser, Registered Agent
    2501 Chatham Road, Suite N
    Springfield, IL 62704

    Each defendant is required to serve written defenses to the complaint or petition on
Plaintiff's attorney, Mark A. Levy, whose address is Brinkley Morgan, 100 SE Third Avenue, 23rd
Floor, Fort Lauderdale, FL 33394, within 20 days after service of this summons on that defendant,
exclusive of the day of service, and to file the original of the defenses with the clerk of this court
either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so,
a default will be entered against that defendant for the relief demanded in the complaint or petition.

CASE NO. 50-2024-CA-000592-XXA-MB

DATED on **Jan 31**_____, 2024.

**JOSEPH ABRUZZO**
CLERK OF CIRCUIT COURT



By: _____
Deputy Clerk **JOSIE LUCCE**

### IMPORTANT

   A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached compliant with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

   If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

   Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe preantar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

   Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

   Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

   Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir or expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

This notice is provided pursuant to Administrative Order No. 2.207-6/22

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

**"Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."**

[93]020821-23001

# D.E. 17

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,
and HARALD McPIKE,

CASE NO. 50-2024-CA-000592-XXXA-MB

    Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

    Defendants.

_____/

**PLAINTIFFS' NOTICE OF FILING VERIFIED RETURN OF SERVICE
AS TO DEFENDANT LUMINESCENCE LLC,
A FLORIDA LIMITED LIABILITY COMPANY**

Plaintiffs, JTC Skywave Investments LTD. and Harald McPike, by and through their

undersigned counsel, hereby give notice of filing the attached Verified Return of Service, which

reflects that service of process was effectuated on Defendant Luminescence LLC, a Florida limited

liability company, on February 14, 2024.

BRINKLEY MORGAN
Attorney for Plaintiffs
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, Florida  33394
Telephone:  954-522-2200
Facsimile:  954-522-9123

By:  /s/ Mark A. Levy_____
    MARK A. LEVY
    Florida Bar No. 121320
    Primary:  mark.levy@brinkleymorgan.com
    Secondary:  sandra.gonzalez@brinkleymorgan.com

NOT A CERTIFIED COPY

# VERIFIED RETURN OF SERVICE

Job # 344797

**Client Info:**

BRIKLEY MORGAN ATTORNEYS AT LAW
MARK A.LEVY
ONE FINANCIAL PLAZA
100 SE 3RD AVENUE, 23RD FLOOR
FORT LAUDERDALE, FL 33394
PHONE: (954)522-2200/FACSIMILE: (954)522-9123

**Case Info:**

PLAINTIFFS:                                                CIRCUIT COURT
JTC SKYWAVE INVESTMENTS LTD., and HARALD McPIKE         Court Division: CIVIL
     -versus-                                       County of Palm Beach, Florida
DEFENDANTS:                              Court Case # **50-2024-CA-000592-XXA-MB**
ANDREW N. MART, a/k/a Andrev Nathan Mart, an individual;
DEANNA BOIES, an individual; LUMINESCENCE LLC, a Florida limited
liability company; LUMINESCENCE LLC, an Illinois limited liability
company; and LUMINASTRA LLC, an Illinois limited liability company

**Service Info:**

**Date Received: 2/13/2024 at 03:18 PM**
**Service: I Served LUMINESCENCE LLC, a Florida limited liability company Attn: Northwest Registered Agent LLC, Registered Agent**
With: **SUMMONS; ORDER IMPLEMENTING DIFFERENTIATED CASE MANAGEMENT PLAN, DESIGNATING CASE TO THE STREAMLINED TRACK, ORDER SETTING CALENDAR CALL AND CASE MANAGEMENT CONFERENCE AND DIRECTING PRETRIAL AND MEDIATION PROCEDURES; COMPLAINT**
by leaving with **Kory Frank, EMPLOYEE OF REGISTERED AGENT COMPANY**

**At Business 7901 4 STREET N SUITE 300 SAINT PETERSBURG, FL 33702**
Latitude: **27.844513**,  Longitude: **-82.638077**

On **2/14/2024 at 11:04 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

**Served Description:  (Approx)**

Age: **25**, Sex: **Male**, Race: **White-Caucasian**, Height: **6' 4"**, Weight: **170**, Hair: **Brown** Glasses:  **No**

I **Brett Pokorny** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. F.S.92.525(2).

_____

**Brett Pokorny**
Lic # **APS 59364**

**CROSS COUNTY INVESTIGATIVE SERVICES**
P.O. BOX 245715
PEMBROKE PINES, FL 33024

Client # 88956
Job # 344797




1 of 1

**Filing # 190829709 E-Filed 01/30/2024 12:19:33 PM**

INITIALS: BP  ID # APS 59364
DATE: 2/14/2024 TIME: 11:04 AM
MILITARY: NA
MARITAL STATUS: NA

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,          CASE NO. 50-2024-CA-000592-XXA-MB
and HARALD McPIKE,

        Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

        Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

      YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the (1)
Complaint and (2) Court's Order Implementing Differentiated Case Management Plan,
Designating Case to the Streamlined Track, Order Setting Calendar Call and Case Management
Conference and Directing Pretrial and Mediation Procedures, in this action on Defendant:

      LUMINESCENCE LLC, a Florida limited liability company
      Attn: Northwest Registered Agent LLC, Registered Agent
      7901 4 Street N Suite 300
      St. Petersburg, FL 33702

      Each defendant is required to serve written defenses to the complaint or petition on
Plaintiff's attorney, Mark A. Levy, whose address is Brinkley Morgan, 100 SE Third Avenue, 23rd
Floor, Fort Lauderdale, FL 33394, within 20 days after service of this summons on that defendant,
exclusive of the day of service, and to file the original of the defenses with the clerk of this court
either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so,
a default will be entered against that defendant for the relief demanded in the complaint or petition.

**FILED: PALM BEACH COUNTY, FL, JOSEPH ABRUZZO, CLERK, 01/30/2024 12:19:33 PM**

CASE NO. 50-2024-CA-000592-XXA-MB

DATED on ____**Jan 31**____, 2024.

**JOSEPH ABRUZZO**
CLERK OF CIRCUIT COURT





By. _____
Deputy Clerk **JOSIE LUCCE**

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached compliant with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe preentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir or expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

CASE NO. 50-2024-CA-000592-XXA-MB

This notice is provided pursuant to Administrative Order No. 2.207-6/22

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

"Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."

"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."

[90]020821-23001

# D.E. 18

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,
and HARALD McPIKE,

CASE NO. 50-2024-CA-000592-XXXA-MB

      Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

      Defendants.

_____/

## PLAINTIFFS' NOTICE OF FILING VERIFIED RETURN OF SERVICE
## AS TO DEFENDANT LUMINESCENCE LLC,
## AN ILLINOIS LIMITED LIABILITY COMPANY

      Plaintiffs, JTC Skywave Investments LTD. and Harald McPike, by and through their

undersigned counsel, hereby give notice of filing the attached Verified Return of Service, which

reflects that service of process was effectuated on Defendant Luminescence LLC, an Illinois

limited liability company, on February 20, 2024.

BRINKLEY MORGAN
Attorney for Plaintiffs
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, Florida 33394
Telephone: 954-522-2200
Facsimile: 954-522-9123

By:  /s/ Mark A. Levy
     MARK A. LEVY
     Florida Bar No. 121320
     Primary:  mark.levy@brinkleymorgan.com
     Secondary:  sandra.gonzalez@brinkleymorgan.com

*** FILED: PALM BEACH COUNTY, FL  JOSEPH ABRUZZO, CLERK. 03/13/2024 11:23:22 AM ***

**IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA**

**CASE NUMBER 50-2024-CA-00592-XXA-MB**

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, WILLIAM J. MERCER, being first duly sworn on oath, deposes and says that he served process on   LUMINESCENCE LLC, an Illinois Limited Liability Company, by:

<u>Manner of Service</u>

☒ Corporate Service: Leaving a copy of the Summons and Complaint with the Registered Agent, Authorized person or partner of the named party.

<u>Place, Date and Time of Service</u>
Name of Person Served: NANCY WARNER- PRINCIPLE
Location of Service: Illinois Registered Agent Inc.- 5405 W. Margaret St, Monee, IL 60449
Date: 02-20-2024      Time: 2:15  PM
Sex: Female   Race:  Caucasian   App. Age: 62  Height: 5'06 Weight: 175  Hair: White

_____
William J. Mercer  115-001355

Notary Public:
STATE OF ILLINOIS
Subscribed and sworn to before me this 21ST
day of February 2024

_____
(Notary Public)                          *SEAL*

PATRICIA GERDES
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires Mar 15, 2024

NOT A CERTIFIED COPY

Filing # 190829709 E-Filed 01/30/2024 12:19:33 PM

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,
and HARALD McPIKE,

        Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

        Defendants.

_____/

CASE NO. 50-2024-CA-000592-XXA-MB

2-20-2024
2:15 PM



CROSS COUNTY  954.963.7771

8  8  9  5  4

CCIS@BELLSOUTH.NET

## SUMMONS

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the (1)
Complaint and (2) Court's Order Implementing Differentiated Case Management Plan,
Designating Case to the Streamlined Track, Order Setting Calendar Call and Case Management
Conference and Directing Pretrial and Mediation Procedures, in this action on Defendant:

    LUMINESCENCE LLC, an Illinois limited liability company
    Attn: Illinois Registered Agent, Inc., Registered Agent
    5405 W. Margaret Street
    Monee, IL 60449-8087

    Each defendant is required to serve written defenses to the complaint or petition on
Plaintiff's attorney, Mark A. Levy, whose address is Brinkley Morgan, 100 SE Third Avenue, 23rd
Floor, Fort Lauderdale, FL 33394, within 20 days after service of this summons on that defendant,
exclusive of the day of service, and to file the original of the defenses with the clerk of this court
either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so,
a default will be entered against that defendant for the relief demanded in the complaint or petition.

CASE NO. 50-2024-CA-000592-XXA-MB

DATED on _____**Jan 31**_____, 2024.

**JOSEPH ABRUZZO**
CLERK OF CIRCUIT COURT



By: _____
Deputy Clerk **JOSIE LUCCE**

### IMPORTANT

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached compliant with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

    Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe prentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

    Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

    Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

    Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir or expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

2

CASE NO. 50-2024-CA-000592-XXA-MB

This notice is provided pursuant to Administrative Order No. 2.207-6/22

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact William Hutchings, Jr., Americans with Disabilities Act Coordinator, Palm Beach County Courthouse, 205 North Dixie Highway West Palm Beach, Florida 33401; telephone number (561) 355-4380 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

**"Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con William Hutchings, Jr., 205 N. Dixie Highway, West Palm Beach, Florida 33401; teléfono número (561) 355-4380, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

**"Si ou se yon moun ki enfim ki bezwen akomodasyon pou w ka patisipe nan pwosedi sa, ou kalifye san ou pa gen okenn lajan pou w peye, gen pwovizyon pou jwen kèk èd. Tanpri kontakte William Hutchings, Jr., kòòdonatè pwogram Lwa pou ameriken ki Enfim yo nan Tribinal Konte Palm Beach la ki nan 205 North Dixie Highway, West Palm Beach, Florida 33401; telefòn li se (561) 355-4380 nan 7 jou anvan dat ou gen randevou pou parèt nan tribinal la, oubyen imedyatman apre ou fin resevwa konvokasyon an si lè ou gen pou w parèt nan tribinal la mwens ke 7 jou; si ou gen pwoblèm pou w tande oubyen pale, rele 711."**

[91]020821-23001

# D.E. 19

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,         CASE NO. 50-2024-CA-000592-XXXA-MB
and HARALD McPIKE,

        Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

        Defendants.

_____/

### PLAINTIFFS' NOTICE OF FILING DEFENDANT ANDREW N. MART'S ACCEPTANCE AND WAIVER OF SERVICE OF PROCESS

    Plaintiffs, JTC Skywave Investments LTD. and Harald McPike, by and through their

undersigned counsel, hereby give notice of filing Defendant Andrew N. Mart's Acceptance and

Waiver of Service of Process.

                        BRINKLEY MORGAN
                        Attorney for Plaintiffs
                        100 SE Third Avenue, 23rd Floor
                        Fort Lauderdale, Florida 33394
                        Telephone:  954-522-2200
                        Facsimile:  954-522-9123


                By:  /s/ Mark A. Levy_____
                    MARK A. LEVY
                    Florida Bar No. 121320
                     Primary:  mark.levy@brinkleymorgan.com
                    Secondary:  sandra.gonzalez@brinkleymorgan.com

NOT A CERTIFIED COPY

CASE NO. 50-2024-CA-000592-XXXA-MB

## **CERTIFICATE OF SERVICE**

I CERTIFY that the foregoing Notice has been served via the Florida Courts Efiling

Portal on this 21st day of March, 2024 to the counsel of record:

Gregory A. Blue
Lachtman Cohen & Belowich P.C.
245 Main Street, 2nd Floor
White Plains, NY 10601
Email: gblue@lcb-law.com
Attorney for Plaintiffs

Jeffrey Gilbert
Greenspoon Marder LLP
600 Brickell Avenue, 36 Floor
Miami, FL 33131
Email: jeffrey.gilbert@gmlaw.com
Secondary: alejandra.albuerne@gmlaw.com
Attorney for Defendants

> BRINKLEY MORGAN
> Attorney for Plaintiffs
> 100 SE Third Avenue, 23rd Floor
> Fort Lauderdale, Florida  33394
> Telephone:  954-522-2200
> Facsimile:  954-522-9123
>
>
> By: /s/ Mark A. Levy
>       MARK A. LEVY
>       Florida Bar No. 121320
>       Primary:  mark.levy@brinkleymorgan.com
>       Secondary:  sandra.gonzalez@brinkleymorgan.com

[263] 020821-23001

NOT A CERTIFIED COPY

2

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,          CASE NO. 50-2024-CA-000592-XXXA-MB
and HARALD McPIKE,

      Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

      Defendants.

_____/

### DEFENDANT ANDREW N. MART'S ACCEPTANCE AND WAIVER OF SERVICE OF PROCESS

Defendant, Andrew N. Mart ("Mart"), by and through his undersigned counsel and pursuant to Fla. R. Civ. P. 1.070, hereby waives formal service of process and accepts service of process of the Summons, Complaint and Court's Order Implementing Differentiated Case Management Plan, Designating Case to the Streamlined Track, Order Setting Calendar Call and Case Management Conference and Directing Pretrial and Mediation Procedures in this action.

Mart shall retain all defenses or objections to the Complaint, other than any such defense relating to insufficient service of process. Mart agrees to file his response to the Complaint by May 7, 2024.

GREENSPOON MARDER LLP
Attorney for Defendants
600 Brickell Avenue, 36 Floor
Miami, FL 33131
Telephone:  305-789-2761


By: _/s/ Jeffrey Gilbert_____
JEFFREY GILBERT
Florida Bar No. 375411
Email:  jeffrey.gilbert@gmlaw.com
Secondary: alejandra.albuerne@gmlaw.com

[236] 020821-23001

NOT A CERTIFIED COPY

# D.E. 20

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,         CASE NO. 50-2024-CA-000592-XXXA-MB
and HARALD McPIKE,

       Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

       Defendants.

_____/

**PLAINTIFFS' AND DEFENDANTS' JOINT MOTION FOR ENLARGEMENT
OF TIME FOR DEFENDANTS TO SERVE THEIR RESPONSES
TO PLAINTIFF'S COMPLAINT**

       Plaintiffs, JTC Skywave Investments Ltd. and Harald McPike, and Defendants, Andrew

N. Mart, Deanna Boies, Luminescence LLC, a Florida limited liability company, Luminescence

LLC, an Illinois limited liability company, and Luminastra LLC, an Illinois limited liability

company, hereby file their Joint Motion for Enlargement of Time for Defendants to Serve their

Responses to Plaintiffs' Complaint, as follows:

       1.     The Complaint was filed on January 22, 2024.

       2.     Because Defendant Andrew Mart has executed a Waiver of Service, and in order

to coordinate the responses for all Defendants, the parties agree that the deadline for Defendants'

responses to the Complaint be extended to May 7, 2024.

NOT A CERTIFIED COPY

3.      This Motion is brought in good faith and is not intended to unduly delay proceedings in the above styled action.

WHEREFORE, Plaintiffs, JTC Skywave Investments Ltd. and Harald McPike, and Defendants, Andrew N. Mart, Deanna Boies, Luminescence LLC, a Florida limited liability company, Luminescence LLC, an Illinois limited liability company, and Luminastra LLC, an Illinois limited liability company, respectfully request that this Court grant their joint motion and enter an agreed order granting Defendants the extension to file their responses to the Complaint until May 7, 2024.

> BRINKLEY MORGAN
> Attorney for Plaintiffs
> 100 SE Third Avenue, 23rd Floor
> Fort Lauderdale, Florida  33394
> Telephone:  954-522-2200
> Facsimile:  954-522-9123
>
>
> By: /s/ Mark A. Levy
> MARK A. LEVY
> Florida Bar No. 121320
> Primary:  mark.levy@brinkleymorgan.com
> Secondary:  sandra.gonzalez@brinkleymorgan.com
>
> GREENSPOON MARDER LLP
> Attorney for Defendants
> 600 Brickell Avenue, 36 Floor
> Miami, FL 33131
> Telephone:  305-789-2761
>
>
> By: /s/ Jeffrey Gilbert
> JEFFREY GILBERT
> Florida Bar No. 375411
> Email:  jeffrey.gilbert@gmlaw.com
> Secondary: alejandra.albuerne@gmlaw.com

## CERTIFICATE OF SERVICE

I CERTIFY that the foregoing Motion has been served via the Florida Courts Efiling

Portal on this 21st day of March, 2024 to the counsel of record:

Gregory A. Blue
Lachtman Cohen & Belowich P.C.
245 Main Street, 2nd Floor
White Plains, NY 10601
Email: gblue@lcb-law.com
Attorney for Plaintiffs

Jeffrey Gilbert
Greenspoon Marder LLP
600 Brickell Avenue, 36 Floor
Miami, FL 33131
Email:  jeffrey.gilbert@gmlaw.com
Secondary: alejandra.albuerne@gmlaw.com
Attorney for Defendants

BRINKLEY MORGAN
Attorney for Plaintiffs
100 SE Third Avenue, 23rd Floor
Fort Luderdale, Florida  33394
Telephone:  954-522-2200
Facsimile:  954-522-9123

By: /s/ Mark A. Levy
     MARK A. LEVY
     Florida Bar No. 121320
     Primary:  mark.levy@brinkleymorgan.com
     Secondary:  sandra.gonzalez@brinkleymorgan.com

[237] 020821-23001

NOT A CERTIFIED COPY

# D.E. 21

IN THE CIRCUIT COURT OF THE 15TH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

JTC SKYWAVE INVESTMENTS LTD.,
and HARALD McPIKE,

CASE NO. 50-2024-CA-000592-XXXA-MB

       Plaintiffs,

v.

ANDREW N. MART, a/k/a Andrev Nathan
Mart, an individual; DEANNA BOIES, an
individual; LUMINESCENCE LLC, a Florida
limited liability company;
LUMINESCENCE LLC, an Illinois limited
liability company; and LUMINASTRA LLC,
an Illinois limited liability company,

       Defendants.

_____/

### AGREED ORDER ON PLAINTIFFS' AND DEFENDANTS' JOINT MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO SERVE THEIR RESPONSES TO PLAINTIFFS' COMPLAINT

THIS CAUSE having come before the Court on Plaintiffs' and Defendants' Joint Motion

for Enlargement of Time for Defendants to Serve Their Responses to Plaintiffs' Complaint (the

"Joint Motion"), and the Court being advised of the agreement of the parties and being fully

advised in the premises, it is hereby   ORDERED AND ADJUDGED as follows:

1.     The Joint Motion is GRANTED.

2.     The deadline for Defendants to serve their responses to Plaintiffs' Complaint is

hereby extended to May 7, 2024.

DONE AND ORDERED in Chambers at Palm Beach County, Florida.

CASE NO. 50-2024-CA-000592-XXXA-MB



502024CA000592XXXAMB      03/22/2024
Bradley G. Harper
Circuit Judge

———                                                          ———

CIRCUIT COURT JUDGE

Copies furnished:

Mark A. Levy
Brinkley Morgan
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394
Email:  mark.levy@brinkleymorgan.com; sandra.gonzalez@brinkleymorgan.com
Attorney for Plaintiffs

Gregory A. Blue
Lachtman Cohen & Belowich P.C.
245 Main Street, 2nd Floor
White Plains, NY 10601
Email: gblue@lcb-law.com
Attorney for Plaintiffs

Jeffrey Gilbert
Greenspoon Marder LLP
600 Brickell Avenue, 36 Floor
Miami, FL 33131
Email:  jeffrey.gilbert@gmlaw.com
Attorney for Defendants

NOT A CERTIFIED COPY