UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

JTC SKYWAVE INVESTMENTS LTD,
and HARALD McPIKE,

        Plaintiffs,

                                   Case No. 9:24-cv-80499

v.

ANDREW N. MART, DEANNA BOIES,
LUMINESCENCE LLC, LUMINESCENCE
LLC, and LUMINASTRA LLC,

        Defendants.

_____/

## LUMINASTRA, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant Luminastra, LLC, a limited liability company originally registered in Illinois, states that it has no parent company and no publicly held corporation owns 10% or more of its stock. Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Defendant Luminastra, LLC, states that its sole member is Andrew N. Mart. Mr. Mart is a citizen of California, and therefore Luminastra, LLC is a citizen of California.

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

Date: April 23, 2024

Respectfully submitted:



Attorneys for Defendants
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-51
Fax: (305) 372-2738

By:    /s/ *Antonio M. Hernandez, Jr.*
  Luis Delgado, Esq.
  Email: ldelgado@homerbonner.com
  Florida Bar No. 475343
  Christopher J. King, Esq.
  Email: cking@homerbonner.com
  Florida Bar No.: 123919
  Antonio M. Hernandez Jr., Esq.
  Email: ahernandez@homerbonner.com
  Florida Bar No.: 0117756

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com