UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:24-cv-80499-RLR

JTC SKYWAVE INVESTMENTS LTD.,
and HARALD McPIKE

    Plaintiffs,

v.

ANDREW N. MART, DEANNA BOIES,
LUMINESCENCE LLC, LUMINESCENCE
LLC, and LUMINASTRA LLC,

    Defendants.
_____/

## PLAINTIFF JTC SKYWAVE INVESTMENTS LTD.'S CORPORATE DISCLOSURE STATEMENT

Plaintiff, JTC Skywave Investments Ltd., by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 7.1, states that is has no publicly held parent corporations, nor does any corporate entity own ten percent (10%) or more of the interest of JTC Skywave Investments Ltd.

/s/ Mark A. Levy
MARK A. LEVY
Florida Bar No. 121320
Email: mark.levy@brinkleymorgan.com
BRINKLEY MORGAN
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, Florida  33394
Telephone:  954-522-2200
Facsimile:  954-522-9123
Attorney for Plaintiffs

/s/ Gregory A. Blue
GREGORY A. BLUE
(Motion to Appear Pro Hac Vice Pending)
LACHTMAN, COHEN & BELOWICH LLP
245 Main Street, 2nd Floor
White Plains, NY 10601
Telephone: (914) 505-6654
Email: gblue@lcb-law.com
Attorney for Plaintiffs

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Corporate Disclosure Statement was served on this 25th day of April, 2024 upon all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Mark A. Levy
MARK A. LEVY
Florida Bar No. 121320
Email: mark.levy@brinkleymorgan.com
BRINKLEY MORGAN
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, Florida  33394
Telephone:  954-522-2200
Facsimile:  954-522-9123
Attorney for Plaintiffs

[333]020821-23001