# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO. 9:24-cv-80499-RLR

JTC SKYWAVE INVESTMENTS, LTD,
and HARALD McPIKE,

    Plaintiffs,

v.

ANDREW N. MART, DEANNA BOIES,
LUMINESCENCE LLC, LUMINESCENCE
LLC, and LUMINASTRA, LLC,

    Defendants.

_____/

**DECLARATION OF DEANNA BOIES**

I, Deanna Boies, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of eighteen (18) years, am competent to furnish this declaration, and do so based upon my personal knowledge of the facts and personal involvement in the matters stated herein.

2. I am a fulltime resident of Illinois and work fulltime there as an IT consultant for Intrado Life &Safety Inc..

3. I own no property in Florida and have not owned any property in Florida since 2019, when I moved to Illinois.

4. I agreed to act as a manager in the Luminescence LLC companies and Luminastra LLC, and as an officer of Luminastra Ltd.

1

CASE NO.: 9:24-cv-80499-RLR

5.  Other than executing agreements and documents for these companies, I had no role in the operation of the companies or in the negotiation or drafting of any agreements by or between them and any other company. I specifically had no role in the negotiation or drafting of the 2019 Call Option Agreement between Luminastra Ltd. and JTC Skywave that is the subject of this case.

6.  Other than de minimis payments for the upkeep of real property owned by Luminescence LLC in Illinois, I received no salary or other payments of any kind for my services.

7.  I have never spoken to Harald McPike.

8.  To my knowledge I have never received any money directly or indirectly from Harald McPike or any company he is associated with, including but not limited to JTC Skywave Investments, Ltd.

9.  I stipulate and submit to the jurisdiction of the courts of the Bahamas and Nevis/St. Kitts to resolve all disputes arising out the subject matter of this case and will not contest the jurisdiction of those courts over me with respect to subject matter of this case.

10. I further consent to service of process in the Bahamas or Nevis/St. Kitts.

11. I further stipulate that I will make relevant witnesses and documents available to a Bahamian and Nevis/St. Kitts court and will respect the final judgment of a Bahamian or Nevis/St. Kitts court.

12. I further stipulate that the timely refiling of this case in the Bahamas or Nevis/St. Kitts will relate back to the filing of this action if refiled within 120 days of the dismissal of this case.

CASE NO.: 9:24-cv-80499-RLR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 2, 2024 in Naperville, Illinois.

_____
Deanna Boies