**EXHIBIT "O"**

Page 1

1

2

3

4          All Hands QuantumRoot Skype Meeting

5                   31 January 2023

6

7

8          TRANSCRIPTION OF SKYPE MEETING

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2          HERBERT NEWALD:  We should go around and

3      and introduce ourselves with our name and speak

4      briefly about our roles and say, you know, say

5      hello to our investor, Mr. McMike (phonetic).

6          UNIDENTIFIED SPEAKER:  I just want to say

7      hello to the team, because the first time I see

8      many of you.  Previously we had conversations

9      or meetings with Peter, and Andrew and me. So,

10     I know about the progress made and Andrew

11     always reported very detailed what, what is

12     going on in the project, but it's very nice to

13     see all the participants of the project.  And,

14     yeah, I hope that we can really make profit

15     from this low latency network we are working on

16     now, I think about five years.  Is this

17     correct?

18         PETER ALEXANDER:  Yeah, hi, my name is

19     Peter Alexander.  I've been working for Harry

20     for 29 years.  So I think right now Andrew and

21     I have the highest seniority at Quad Res

22     (phonetic) for whatever it's worth.  Nice to

23     see a bunch of people working for us.  I don't

24     know most of you guys.  I just flew back from

25     the Bahamas yesterday, met up with Harry and

Page 3

1    discussed whatnot.
2         DR. THOMAS SCHNOGL:  I'm Thomas Schnogl in
3    Frankfurt.  We have been the accountants and
4    the tax advisors for Luxonics since the
5    beginning, or since the foundation of the
6    company.  And we have been doing this in
7    coordination with Dominik who is the legal --
8    the legal advisor here in Germany, and we are
9    all coordinating with Sebastian on all the.
10   Normal corporate issues that go into the
11   accounting and the preparation of the financial
12   statements every year.
13        DOMINIK HOLDIN:  Yes.  Hello, everybody,
14   everyone.  Nice to meet you from the
15   not-so-sunny Frankfurt.  I can show you around
16   our city here.  So it's not such a place like
17   some of you are.  Yeah, I'm working with Andrew
18   since 2016, I think it was.  First we, we -- he
19   contacted me as a lawyer.  I'm a lawyer here in
20   Germany in Frankfurt for finding a site. And
21   then we, I think the next task was founding
22   Luxonics, a German entity.  And, yes, I kept on
23   advising from the legal side, as well on
24   strategic matters here in Germany while the
25   project evolved and got bigger.  Sebastian came

```
 1      on board, and Thomas, as well as Felix.  So now
 2      we are doing the development of the sites here
 3      in Frankfurt, which Felix will show you, as
 4      well as another side who is ready for
 5      development.  And Sebastian and I had to advise
 6      on the -- for the UK as well finding sites
 7      there for Dilucent (phonetic).  So, yeah, step
 8      by step the project evolved here, and I think
 9      it's the same on the other places you are.  So
10      that's my part here in this team.
11          JOSH HILLMAN:  I am Josh Hillman.  I am in
12      the Chicago area.  I've been up here for the
13      last seven years starting working on these
14      towers and antennas.  I actually assembled the
15      antennas that are on the two towers that are
16      here.  There's one of them right behind me, and
17      facilitated the whole construction process with
18      getting it all up.  All the radio equipment
19      similar to what is in the room with Felix
20      except there's just more of it here.  So I set
21      all that stuff up.  Outside of the radio side
22      of things, I also do all the system and network
23      administration.  So I set up all the servers,
24      configure the operating systems and everything,
25      get them shipped out to wherever they're going.
```

```
 1        I handle all of the network management.  So all

 2        the communications links between, you know, the

 3        various locations where we have things.  I also

 4        have to climb these towers, by the way,

 5        sometimes, to do maintenance.  But, I do all

 6        sorts of different odds and ends here.  I've

 7        been doing it for quite a while, and keeps me

 8        very, very busy.

 9             FELIX FETTER:  Hello.  My name is Felix.

10        I'm working for Luxonics for about five years.

11        Yeah, I'm here in Flinschstrasse (phonetic)

12        now.  Our equipment is in the back.  I hope you

13        can see it because I have to use my phone.  I

14        think something went wrong I think with Skype

15        on the iPad.  I don't go outside.  It's raining

16        today. That's a little bit difficult to go

17        outside and show you the antenna.  My work here

18        is to construct the shortwave receiving system

19        and the shortwave transmission -- transmission

20        system, and I maintain the electric

21        installations in our rooms or our server room.

22        And, also, I carry out necessary work at the

23        data center in Frankfurt and one time in

24        London.  Yeah, that's all my work here in

25        Frankfurt.
```

1              LAURA BREWER:  It's nice to put so many

2        faces with names.  I manage ILQ's relationships

3        with the liquidity providers, including sending

4        out those monthly reports with the rankings for

5        all of the LPs.  I help with managing the

6        relationships at our co-locations, and provide

7        administrative support for Andrew, and for

8        Quantum Root really anywhere they need me.  I

9        also manage a bit of sourcing for the

10       electronics and components used in the modems

11       and the amplifiers for the radio network. So a

12       little bit of everything.

13              DEANNA BOIES:  Good morning here in the

14       U.S.  Good morning, everyone.  I appreciate

15       also putting names to faces.  I've been here

16       since kind of the inception of the radio

17       project from the testing in Chicago, Illinois.

18       I interface mostly with Andrew, Josh Hillman

19       and Laura.  Part of why you don't see me is

20       everything runs so smoothly that I'm usually

21       not needed to step in, but, however, if we do

22       have, for example, an issue with getting vendor

23       support, or getting certain products, getting

24       certain products shipped, getting certain

25       products in, then I'm kind of the heavy person,

1          the strong arm that steps in and tries to get

2          that facilitated to a better end.  So, again,

3          my interfaces are typically with Andrew, Josh,

4          and Laura.  I have 32 years of IT experience,

5          15 years of that with IBM.  So I have some,

6          some network foundation, but I typically stay

7          out of it and let the, let the smart people

8          take care of that.  And I get on the phone, and

9          get busy with communications if we're having

10         trouble obtaining hardware, software or vendor

11         support.

12              REDA RAGELE:  I'm Reda.  I'm accountant of

13         Litronika in Lithuania.  I work since the

14         foundation of Litronika for over the four

15         years, and I do all the bookkeeping and

16         accounting things, starting from invoicing,

17         salaries counting, taxes counting, reporting

18         all the reports to government institutions.  So

19         all the, all the bookkeeping shortly.

20              VYGANTAS BUTKAS:  Hello,  my name is

21         Vygantas Butkas.  I am, I am leading the

22         Litronika team in Vilnius  (phonetic), and we

23         are focusing on our IQ data provider, AP six

24         and market making.  So we are kind of need to

25         balance those efforts to make the best to hit

Page 8

```
 1        the milestone.  And so I'm requesting the
 2        features.  I try to use them.  I make sure they
 3        work, and actually analyze what can be done
 4        better.  And we keep this rolling until we hit
 5        some kind of milestones.  Thanks.
 6             PETRAS PURLYS:  My name is Petras or Peter
 7        in English.  I'm also part of the Litronika
 8        team, the analyst sub team to be exact.
 9        Mostly, mostly working with Vygantas.  While,
10        Vygantas is carrying the heavy weight of the
11        analysis.  You know, the, you know,
12        statistical, mathematical stuff leading us
13        forward, I mostly delve into the software side
14        of things.  The design, sometimes I handle the
15        project, if it comes along, like in the ILQ
16        case.  You know, someone has to gather the
17        requirements, figure out how to interact with
18        the MR deployer.  Stuff like that.  So,
19        generally, yeah, mostly software development
20        regarding our analytics, the whole research and
21        development environment, like the Python
22        libraries.  We have a huge Python library that
23        knows all sorts of things, like can run the
24        simulator, pull data from your resources.  So,
25        so I oversee that, and mostly support Vygantas
```

1    and, and what he needs.

2        MARTYNAS KUNIGELIS:  My name is Martynas

3    I'm with Litronika in Kona.  I work on the PW

4    user interface.  I support Heinrich with

5    various build system modern compilers things,

6    and recently been working on the QMS web

7    application with Victor in Quantra.  That's it

8    for me.

9        SEBASTIAN JURGENS:  Hi, I'm Sebastian.

10   I've been working with Luxonics since 2017.

11   And, yeah, I started in the position which is

12   covered by Felix now, more or less.  I started

13   doing some technical stuff at the office in

14   Frankfurt, or the site at the computer site IN

15   Frankfurt at the antenna site, and this became

16   more and more complex.  Which means I'm just

17   doing this as a backup for Felix currently, and

18   the administrative part became bigger and

19   bigger.  So, when we hired Felix to take care

20   of anything directly related to do through the

21   maintenance and site maintenance, I took on the

22   position in administrative part.  Which means

23   I'm doing most of the project management.  I'm

24   coordinating the subcontractors.  I'm preparing

25   the bookkeeping for the accountants together

```
 1          mostly with, with Dominic.  We are handling the
 2          authorities handling for construction
 3          authorities, municipalities, town halls, also
 4          the radio spectrum regulator (inaudible).  So
 5          we have quite a bit of contact with
 6          authorities, so we're representing Luxonics to
 7          the outside.  Also, we're working on
 8          construction management both in Germany as
 9          we're developing an additional larger site, as
10          well as in terms of a consulting agreement, we
11          are also providing these services to the to
12          Dilucent (phonetic) in the UK.  Basically, I'm,
13          I'm, I'm coordinating the operation in, in, in
14          Frankfurt and in the UK, and which means I'm
15          talking to both authorities as well as
16          subcontractors, contractors, trying to organize
17          the technical maintenance together with mostly
18          Felix.  And, yeah, so this project has evolved
19          quite a bit, and my role at Luxonics has, has
20          changed quite a bit since the beginning as
21          well.  And, yeah, currently, as we have
22          important permits in the pipeline ready, we're
23          now trying to optimize what we currently have
24          hardware wise, and trying to optimize the
25          structure of our network how it is right now.
```

Page 11

```
 1        We might be able to apply a few changes that
 2        could optimize our setup here in Frankfurt
 3        quite a bit.  Using similar to the antenna that
 4        can be seen behind Josh, it's almost the same
 5        size, a bit bigger.  I'm not sure about your
 6        tower height over there, Josh.
 7             POVILAS KANAPICKAS:  I'm Povilas
 8        Kanapickas.  I'm working with Litronika for
 9        almost 20 years now.  So, I'm responsible for
10        (audio distortion) and also (audio distortion).
11        I designed and implemented (inaudible) and time
12        accurate simulator for (audio distortion).
13             TOMAS ZEMAITIS:  Hello, everyone.  I'm
14        Tomas Zemaitis.  I'm working from Lithuania
15        (phonetic).  Mainly focusing on simulation
16        environment.  So we have two types of
17        simulation.  One synchronal simulation, which
18        is useful for the -- it's very easy to maintain
19        stages and ultra stage parameters to work best
20        when we have realtime simulation, which is
21        closer to a production environment on all
22        the -- some artificial matching engine is
23        provided.  This one ensures us to test the end
24        product without losing the money.  When I'm
25        maintaining the production environment, we have
```

```
1          software application, web based, which allows
2          us to observe our Traxel (phonetic) EP6
3          platform running on the production, stop it,
4          stop strategies, start strategies, set up the
5          schedules for them to automatically start the
6          schedules day and times.  I maintain the
7          trading interfaces of Eurex.  It's introducing
8          new changes two times a year.  So we need to
9          alter our software to support them, and then
10         I'm working on market meetings and meeting
11         strategies.  The first part of the strategy is
12         used to collect the data, which is used to
13         train machine learning models.  And the second
14         part of the strategy is used mainly to use
15         machine learning models to make the decisions
16         on market making.  And the last piece of work
17         which I'm doing is supporting the RLQ
18         (phonetic) data quads, which is a service which
19         generates the packages and uploads them in the
20         (inaudible) Bahamas.
21              BENEDIKTAS LANIAUSKAS:  I'm Benediktas.  I
22         work, I work in Vilnius (phonetic).  I work on
23         recording recall, recording all of the exchange
24         data on ILQ and other exchanges, and then
25         supplying that to the -- to the simulator and
```

Page 13

1    to the other things -- to the other things that

2    require the data.  Also, I'm also, I'm

3    responsible for creating the reports for the

4    liquidity providers on ILQ.

5        TOMAS ZUBRICKAS:  I'm Tomas Zubrickas.  I

6    can say a lawyer for Litronika, working for

7    Litronika since its foundation back in 2018,

8    and providing legal services and assistance to

9    Litronika and also to some of its subsidiaries

10   working on contracts, on employment law issues,

11   on corporate matters.  Also, assisting if there

12   is a need accountant rather, if there is a

13   need, some, some, some, if some legal issues

14   arises, and, also, always providing advice to

15   the company's director, Mr.  Andrew Marth

16   (phonetic) (inaudible).  So, generally,

17   generally I'm taking care of all the

18   Litronika's legal matters -- legal matters on a

19   daily basis.

20       MELWIN PERERA:  I'm Mewlwin from Sri

21   Lanka. First of all, thank you, Andrew, for

22   organizing this discussion because it's good to

23   know everyone when we are working on a group

24   like this.  So myself and Buddhika, we are on

25   board to get the group accounts aligned for

Page 14

1      y'all.  So we have started the project recently

2      and things are in the progress.  So we hope to

3      keep in touch with all of you, and we may

4      definitely need your support in getting things

5      organized and fine tuning as well.  Thank you

6      very much, everyone.

7           BUDDHIKA HEWAGE:  Thank you, everyone.

8      Thank you.  I'm Buddhika. I think most of the

9      things caught by Melvin.  Thank you.  Thank

10     you, everyone.

11          CARL LINDER:  I've been working with

12     Luminastra and Luminastra entities for close to

13     20 years mostly legal, on the legal side.  And

14     Ben Miller and I are in the same office

15     supporting the corporate and legal matters for

16     the business.

17          BEN MILLER:  I've been working with Carl

18     now for a little over a year, and like Carl

19     said, we handle the corporate legal matters for

20     Luminastra.

21

22          (End of recording.)

23

24

25

Page 15

```
 1                    CERTIFICATE
 2
 3          I, ERINN GREEN, Professional Court
 4   Reporter/Transcriptionist, do hereby certify that I
 5   was authorized to transcribe the foregoing recorded
 6   proceeding, and that the transcript is a true and
 7   accurate transcription of my shorthand notes, to the
 8   best of my ability, taken while listening to the
 9   provided recording.
10
11          I further certify that I am not of counsel
12   or attorney for any of the parties to said
13   proceedings, nor in any way interested in the events
14   of this cause, and that I am not related to any of
15   the parties thereto.
16
17          Dated this 14th day of May, 2024.
18
19
20
     _____
21   ERINN L. GREEN, Court Reporter
     Notary Public, State of Florida
22   Expires: January 23, 2028
23
24
25
```

**1**

**14th** 15:17
**15** 7:5

**2**

**20** 11:9 14:13
**2016** 3:18
**2017** 9:10
**2018** 13:7
**2023** 1:5
**2024** 15:17
**2028** 15:22
**23** 15:22
**29** 2:20

**3**

**31** 1:5
**32** 7:4
**3797** 15:20

**a**

**ability** 15:8
**able** 11:1
**accountant** 7:12
 13:12
**accountants** 3:3
 9:25
**accounting** 3:11
 7:16
**accounts** 13:25
**accurate** 11:12
 15:7
**actually** 4:14
 8:3
**additional** 10:9
**administration**
 4:23

**administrative**
 6:7 9:18,22
**advice** 13:14
**advise** 4:5
**advising** 3:23
**advisor** 3:8
**advisors** 3:4
**agreement**
 10:10
**alexander** 2:18
 2:19
**aligned** 13:25
**allows** 12:1
**alter** 12:9
**amplifiers** 6:11
**analysis** 8:11
**analyst** 8:8
**analytics** 8:20
**analyze** 8:3
**andrew** 2:9,10
 2:20 3:17 6:7,18
 7:3 13:15,21
**antenna** 5:17
 9:15 11:3
**antennas** 4:14
 4:15
**ap** 7:23
**application** 9:7
 12:1
**apply** 11:1
**appreciate** 6:14
**area** 4:12
**arises** 13:14
**arm** 7:1

**artificial** 11:22
**assembled** 4:14
**assistance** 13:8
**assisting** 13:11
**attorney** 15:12
**audio** 11:10,10
 11:12
**authorities** 10:2
 10:3,6,15
**authorized** 15:5
**automatically**
 12:5

**b**

**back** 2:24 5:12
 13:7
**backup** 9:17
**bahamas** 2:25
 12:20
**balance** 7:25
**based** 12:1
**basically** 10:12
**basis** 13:19
**beginning** 3:5
 10:20
**ben** 14:14,17
**benediktas**
 12:21,21
**best** 7:25 11:19
 15:8
**better** 7:2 8:4
**bigger** 3:25 9:18
 9:19 11:5
**bit** 5:16 6:9,12
 10:5,19,20 11:3
 11:5

**board** 4:1 13:25
**boies** 6:13
**bookkeeping**
 7:15,19 9:25
**brewer** 6:1
**briefly** 2:4
**buddhika** 13:24
 14:7,8
**build** 9:5
**bunch** 2:23
**business** 14:16
**busy** 5:8 7:9
**butkas** 7:20,21

**c**

**care** 7:8 9:19
 13:17
**carl** 14:11,17,18
**carry** 5:22
**carrying** 8:10
**case** 8:16
**caught** 14:9
**cause** 15:14
**center** 5:23
**certain** 6:23,24
 6:24
**certificate** 15:1
**certify** 15:4,11
**changed** 10:20
**changes** 11:1
 12:8
**chicago** 4:12
 6:17
**city** 3:16
**climb** 5:4

**close**  14:12
**closer**  11:21
**collect**  12:12
**comes**  8:15
**communicatio...**
  5:2 7:9
**company**  3:6
**company's**
  13:15
**compilers**  9:5
**complex**  9:16
**components**
  6:10
**computer**  9:14
**configure**  4:24
**construct**  5:18
**construction**
  4:17 10:2,8
**consulting**
  10:10
**contact**  10:5
**contacted**  3:19
**contractors**
  10:16
**contracts**  13:10
**conversations**
  2:8
**coordinating**
  3:9 9:24 10:13
**coordination**
  3:7
**corporate**  3:10
  13:11 14:15,19
**correct**  2:17

**counsel**  15:11
**counting**  7:17
  7:17
**court**  15:3,21
**covered**  9:12
**creating**  13:3
**currently**  9:17
  10:21,23

**d**

**daily**  13:19
**data**  5:23 7:23
  8:24 12:12,18
  12:24 13:2
**dated**  15:17
**day**  12:6 15:17
**deanna**  6:13
**decisions**  12:15
**definitely**  14:4
**delve**  8:13
**deployer**  8:18
**design**  8:14
**designed**  11:11
**detailed**  2:11
**developing**  10:9
**development**
  4:2,5 8:19,21
**different**  5:6
**difficult**  5:16
**dilucent**  4:7
  10:12
**directly**  9:20
**director**  13:15
**discussed**  3:1
**discussion**
  13:22

**distortion**  11:10
  11:10,12
**doing**  3:6 4:2
  5:7 9:13,17,23
  12:17
**dominic**  10:1
**dominik**  3:7,13
**dr**  3:2

**e**

**easy**  11:18
**efforts**  7:25
**electric**  5:20
**electronics**  6:10
**employment**
  13:10
**ends**  5:6
**engine**  11:22
**english**  8:7
**ensures**  11:23
**entities**  14:12
**entity**  3:22
**environment**
  8:21 11:16,21
  11:25
**ep6**  12:2
**equipment**  4:18
  5:12
**erinn**  15:3,21
**eurex**  12:7
**events**  15:13
**everybody**  3:13
**evolved**  3:25 4:8
  10:18
**exact**  8:8

**example**  6:22
**except**  4:20
**exchange**  12:23
**exchanges**
  12:24
**experience**  7:4
**expires**  15:22

**f**

**faces**  6:2,15
**facilitated**  4:17
  7:2
**features**  8:2
**felix**  4:1,3,19
  5:9,9 9:12,17,19
  10:18
**fetter**  5:9
**figure**  8:17
**financial**  3:11
**finding**  3:20 4:6
**fine**  14:5
**first**  2:7 3:18
  12:11 13:21
**five**  2:16 5:10
**flew**  2:24
**flinschstrasse**
  5:11
**florida**  15:21
**focusing**  7:23
  11:15
**foregoing**  15:5
**forward**  8:13
**foundation**  3:5
  7:6,14 13:7
**founding**  3:21

**four** 7:14
**frankfurt** 3:3,15
    3:20 4:3 5:23,25
    9:14,15 10:14
    11:2
**further** 15:11

**g**

**gather** 8:16
**generally** 8:19
    13:16,17
**generates** 12:19
**german** 3:22
**germany** 3:8,20
    3:24 10:8
**getting** 4:18
    6:22,23,23,24
    14:4
**go** 2:2 3:10 5:15
    5:16
**going** 2:12 4:25
**good** 6:13,14
    13:22
**government**
    7:18
**green** 15:3,21
**group** 13:23,25
**guys** 2:24

**h**

**halls** 10:3
**handle** 5:1 8:14
    14:19
**handling** 10:1,2
**hands** 1:4

**hardware** 7:10
    10:24
**harry** 2:19,25
**heavy** 6:25 8:10
**height** 11:6
**heinrich** 9:4
**hello** 2:5,7 3:13
    5:9 7:20 11:13
**help** 6:5
**herbert** 2:2
**hewage** 14:7
**hi** 2:18 9:9
**highest** 2:21
**hillman** 4:11,11
    6:18
**hired** 9:19
**hit** 7:25 8:4
**holdin** 3:13
**hope** 2:14 5:12
    14:2
**huge** 8:22

**i**

**ibm** 7:5
**illinois** 6:17
**ilq** 8:15 12:24
    13:4
**ilq's** 6:2
**implemented**
    11:11
**important** 10:22
**inaudible** 10:4
    11:11 12:20
    13:16
**inception** 6:16

**including** 6:3
**installations**
    5:21
**institutions** 7:18
**interact** 8:17
**interested** 15:13
**interface** 6:18
    9:4
**interfaces** 7:3
    12:7
**introduce** 2:3
**introducing**
    12:7
**investor** 2:5
**invoicing** 7:16
**ipad** 5:15
**iq** 7:23
**issue** 6:22
**issues** 3:10
    13:10,13

**j**

**january** 1:5
    15:22
**josh** 4:11,11
    6:18 7:3 11:4,6
**jurgens** 9:9

**k**

**kanapickas** 11:7
    11:8
**keep** 8:4 14:3
**keeps** 5:7
**kept** 3:22
**kind** 6:16,25
    7:24 8:5

**know** 2:4,10,24
    5:2 8:11,11,16
    13:23
**knows** 8:23
**kona** 9:3
**kunigelis** 9:2

**l**

**l** 15:21
**laniauskas**
    12:21
**lanka** 13:21
**larger** 10:9
**latency** 2:15
**laura** 6:1,19 7:4
**law** 13:10
**lawyer** 3:19,19
    13:6
**leading** 7:21
    8:12
**learning** 12:13
    12:15
**legal** 3:7,8,23
    13:8,13,18,18
    14:13,13,15,19
**libraries** 8:22
**library** 8:22
**linder** 14:11
**links** 5:2
**liquidity** 6:3
    13:4
**listening** 15:8
**lithuania** 7:13
    11:14
**litronika** 7:13
    7:14,22 8:7 9:3

[litronika - preparation]                                                    Page 19

11:8 13:6,7,9
**litronika's**
  13:18
**little**  5:16 6:12
  14:18
**locations**  5:3 6:6
**london**  5:24
**losing**  11:24
**low**  2:15
**lps**  6:5
**luminastra**
  14:12,12,20
**luxonics**  3:4,22
  5:10 9:10 10:6
  10:19

**m**

**machine**  12:13
  12:15
**made**  2:10
**maintain**  5:20
  11:18 12:6
**maintaining**
  11:25
**maintenance**
  5:5 9:21,21
  10:17
**make**  2:14 7:25
  8:2 12:15
**making**  7:24
  12:16
**manage**  6:2,9
**management**
  5:1 9:23 10:8
**managing**  6:5

**market**  7:24
  12:10,16
**marth**  13:15
**martynas**  9:2,2
**matching**  11:22
**mathematical**
  8:12
**matters**  3:24
  13:11,18,18
  14:15,19
**mcmike**  2:5
**means**  9:16,22
  10:14
**meet**  3:14
**meeting**  1:4,8
  12:10
**meetings**  2:9
  12:10
**melvin**  14:9
**melwin**  13:20
**met**  2:25
**mewlwin**  13:20
**milestone**  8:1
**milestones**  8:5
**miller**  14:14,17
**models**  12:13,15
**modems**  6:10
**modern**  9:5
**money**  11:24
**monthly**  6:4
**morning**  6:13
  6:14
**municipalities**
  10:3

**n**

**name**  2:3,18 5:9
  7:20 8:6 9:2
**names**  6:2,15
**necessary**  5:22
**need**  6:8 7:24
  12:8 13:12,13
  14:4
**needed**  6:21
**needs**  9:1
**network**  2:15
  4:22 5:1 6:11
  7:6 10:25
**new**  12:8
**newald**  2:2
**nice**  2:12,22
  3:14 6:1
**normal**  3:10
**notary**  15:21
**notes**  15:7

**o**

**observe**  12:2
**obtaining**  7:10
**odds**  5:6
**office**  9:13
  14:14
**operating**  4:24
**operation**  10:13
**optimize**  10:23
  10:24 11:2
**organize**  10:16
**organized**  14:5
**organizing**
  13:22

**outside**  4:21
  5:15,17 10:7
**oversee**  8:25

**p**

**packages**  12:19
**parameters**
  11:19
**part**  4:10 6:19
  8:7 9:18,22
  12:11,14
**participants**
  2:13
**parties**  15:12,15
**people**  2:23 7:7
**perera**  13:20
**permits**  10:22
**person**  6:25
**peter**  2:9,18,19
  8:6
**petras**  8:6,6
**phone**  5:13 7:8
**phonetic**  2:5,22
  4:7 5:11 7:22
  10:12 11:15
  12:2,18,22
  13:16
**piece**  12:16
**pipeline**  10:22
**place**  3:16
**places**  4:9
**platform**  12:3
**position**  9:11,22
**povilas**  11:7,7
**preparation**
  3:11

**preparing** 9:24
**previously** 2:8
**proceeding** 15:6
**proceedings**
  15:13
**process** 4:17
**product** 11:24
**production**
  11:21,25 12:3
**products** 6:23
  6:24,25
**professional**
  15:3
**profit** 2:14
**progress** 2:10
  14:2
**project** 2:12,13
  3:25 4:8 6:17
  8:15 9:23 10:18
  14:1
**provide** 6:6
**provided** 11:23
  15:9
**provider** 7:23
**providers** 6:3
  13:4
**providing** 10:11
  13:8,14
**public** 15:21
**pull** 8:24
**purlys** 8:6
**put** 6:1
**putting** 6:15
**pw** 9:3

**python** 8:21,22

**q**

**qms** 9:6
**quad** 2:21
**quads** 12:18
**quantra** 9:7
**quantum** 6:8
**quantumroot**
  1:4
**quite** 5:7 10:5
  10:19,20 11:3

**r**

**radio** 4:18,21
  6:11,16 10:4
**ragele** 7:12
**raining** 5:15
**rankings** 6:4
**rather** 13:12
**ready** 4:4 10:22
**really** 2:14 6:8
**realtime** 11:20
**recall** 12:23
**receiving** 5:18
**recently** 9:6
  14:1
**recorded** 15:5
**recording** 12:23
  12:23 14:22
  15:9
**reda** 7:12,12
**regarding** 8:20
**regulator** 10:4
**related** 9:20
  15:14

**relationships**
  6:2,6
**reported** 2:11
**reporter** 15:4
  15:21
**reporting** 7:17
**reports** 6:4 7:18
  13:3
**representing**
  10:6
**requesting** 8:1
**require** 13:2
**requirements**
  8:17
**res** 2:21
**research** 8:20
**resources** 8:24
**responsible**
  11:9 13:3
**right** 2:20 4:16
  10:25
**rlq** 12:17
**role** 10:19
**roles** 2:4
**rolling** 8:4
**room** 4:19 5:21
**rooms** 5:21
**root** 6:8
**run** 8:23
**running** 12:3
**runs** 6:20

**s**

**salaries** 7:17
**schedules** 12:5,6

**schnogl** 3:2,2
**sebastian** 3:9,25
  4:5 9:9,9
**second** 12:13
**see** 2:7,13,23
  5:13 6:19
**seen** 11:4
**sending** 6:3
**seniority** 2:21
**server** 5:21
**servers** 4:23
**service** 12:18
**services** 10:11
  13:8
**set** 4:20,23 12:4
**setup** 11:2
**seven** 4:13
**shipped** 4:25
  6:24
**shorthand** 15:7
**shortly** 7:19
**shortwave** 5:18
  5:19
**show** 3:15 4:3
  5:17
**side** 3:23 4:4,21
  8:13 14:13
**signature** 15:20
**similar** 4:19
  11:3
**simulation**
  11:15,17,17,20
**simulator** 8:24
  11:12 12:25

**site**  3:20 9:14,14
   9:15,21 10:9
**sites**  4:2,6
**six**  7:23
**size**  11:5
**skype**  1:4,8 5:14
**smart**  7:7
**smoothly**  6:20
**software**  7:10
   8:13,19 12:1,9
**sorts**  5:6 8:23
**sourcing**  6:9
**speak**  2:3
**speaker**  2:6
**spectrum**  10:4
**sri**  13:20
**stage**  11:19
**stages**  11:19
**start**  12:4,5
**started**  9:11,12
   14:1
**starting**  4:13
   7:16
**state**  15:21
**statements**  3:12
**statistical**  8:12
**stay**  7:6
**step**  4:7,8 6:21
**steps**  7:1
**stop**  12:3,4
**strategic**  3:24
**strategies**  12:4,4
   12:11
**strategy**  12:11
   12:14

**strong**  7:1
**structure**  10:25
**stuff**  4:21 8:12
   8:18 9:13
**sub**  8:8
**subcontractors**
   9:24 10:16
**subsidiaries**
   13:9
**sunny**  3:15
**supplying**  12:25
**support**  6:7,23
   7:11 8:25 9:4
   12:9 14:4
**supporting**
   12:17 14:15
**sure**  8:2 11:5
**synchronal**
   11:17
**system**  4:22
   5:18,20 9:5
**systems**  4:24

**t**

**take**  7:8 9:19
**taken**  15:8
**talking**  10:15
**task**  3:21
**tax**  3:4
**taxes**  7:17
**team**  2:7 4:10
   7:22 8:8,8
**technical**  9:13
   10:17
**terms**  10:10

**test**  11:23
**testing**  6:17
**thank**  13:21
   14:5,7,8,9,9
**thanks**  8:5
**thereto**  15:15
**things**  4:22 5:3
   7:16 8:14,23 9:5
   13:1,1 14:2,4,9
**think**  2:16,20
   3:18,21 4:8 5:14
   5:14 14:8
**thomas**  3:2,2
   4:1
**time**  2:7 5:23
   11:11
**times**  12:6,8
**today**  5:16
**together**  9:25
   10:17
**tomas**  11:13,14
   13:5,5
**took**  9:21
**touch**  14:3
**tower**  11:6
**towers**  4:14,15
   5:4
**town**  10:3
**trading**  12:7
**train**  12:13
**transcribe**  15:5
**transcript**  15:6
**transcription**
   1:8 15:7

**transcriptionist**
   15:4
**transmission**
   5:19,19
**traxel**  12:2
**tries**  7:1
**trouble**  7:10
**true**  15:6
**try**  8:2
**trying**  10:16,23
   10:24
**tuning**  14:5
**two**  4:15 11:16
   12:8
**types**  11:16
**typically**  7:3,6

**u**

**u.s.**  6:14
**uk**  4:6 10:12,14
**ultra**  11:19
**unidentified**  2:6
**uploads**  12:19
**use**  5:13 8:2
   12:14
**used**  6:10 12:12
   12:12,14
**useful**  11:18
**user**  9:4
**using**  11:3
**usually**  6:20

**v**

**various**  5:3 9:5
**vendor**  6:22
   7:10

[victor - zubrickas]

| | |
|---|---|
| **victor** 9:7 | **years** 2:16,20 |
| **vilnius** 7:22 | 4:13 5:10 7:4,5 |
| 12:22 | 7:15 11:9 14:13 |
| **vygantas** 7:20 | **yesterday** 2:25 |
| 7:21 8:9,10,25 | |

| **w** | **z** |
|---|---|
| **want** 2:6 | **zemaitis** 11:13 |
| **way** 5:4 15:13 | 11:14 |
| **web** 9:6 12:1 | **zubrickas** 13:5 |
| **weight** 8:10 | 13:5 |
| **went** 5:14 | |
| **whatnot** 3:1 | |
| **wise** 10:24 | |
| **work** 5:17,22,24 | |
| 7:13 8:3 9:3 | |
| 11:19 12:16,22 | |
| 12:22,22 | |
| **working** 2:15,19 | |
| 2:23 3:17 4:13 | |
| 5:10 8:9 9:6,10 | |
| 10:7 11:8,14 | |
| 12:10 13:6,10 | |
| 13:23 14:11,17 | |
| **worth** 2:22 | |
| **wrong** 5:14 | |

| **y** |
|---|
| **y'all** 14:1 |
| **yeah** 2:14,18 |
| 3:17 4:7 5:11,24 |
| 8:19 9:11 10:18 |
| 10:21 |
| **year** 3:12 12:8 |
| 14:18 |