# EXHIBIT "R"

# Attendees
## All Hands QuantumRoot Skype Meeting 31 January 2023
(in order of appearance)

Video 1:  Introduction to QuantumRoot

Video2: Market making

Herbert Newald
Professor of Electrical Engineering



Peter Alexander
Radio Operator



Dr. Thomas Schnogl
Luxonics Chief Accountant



Dominik Hoidin
Telecom Legal Counsel



Josh Hillman
IT, Network Engineering, Colocation



Felix Fetter
Electrical Technician



Laura Brewer
Administrative Assisitant



Deanna Boies
Director



Reda Ragele
Litronika Chief Accountant



Vygantas Butkas
Senior Analyst and Project Manager



Petras Purlys
Python Architect and Analyst





Martynas Kunigėlis
PW/OMS Software Developer



Sebastian Jürgens
Telecom COO



Tomas Zubrickas
QuantumRoot/Litronika Legal Counsel



Povilas Kanapickas
Senior Software Developer

Tomas Žemaitis
Senior Software Developer



Benediktas Laniauskas
Data Provider/Developer/Analyst



Melwin Perera
Luminastra Accountant



Buddhika Hewage
Luminastra Accountant





Carl Linder
Luminastra Attorney



Ben Miller
Luminastra Associate Attorney