# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  21-cv-80722-Altman/Reinhart

RICHARD H. BARNES, JR.,

Plaintiff,

v.

LAMAR D. JACKSON, ET AL.,

Defendants.

_____/

## **ORDER MEMORIALIZING DISCOVERY RULINGS (ECF NO. 103)**

On February 9, 2022, I held a hearing regarding discovery disputes that have arisen between the parties.  This Order memorializes my rulings from the bench.

The first issue related to a subpoena that Plaintiff served on non-party Celtic Bank Corp.  I quashed the subpoena in its entirety because the extremely overly broad information it demanded was disproportionate to the needs of the case.  Given that the non-party already produced responsive documents to Plaintiff, I ordered Plaintiff to send the responsive documents to Defendants and not to retain any copies.

The second dispute related to Plaintiff's Second Requests for Production (RFP) served on Defendants Lamar Jackson, Lamar Jackson Enterprises, Inc. (LJEI), and Felicia Jones.  With regard to the disputed RFP's served on Mr. Jackson, I sustained Defendant's objections as to RFP Nos. 7 and 10, and  I overruled Defendant's objection to RFP No. 13.  With regard to LJEI, I overruled Defendant's objections to RFP Nos. 7, 8, 9, and 10, and I sustained Defendant's objections to RFP Nos. 13 and 20.  With regard to Ms. Jones, I sustained Defendant's objections to RFP Nos. 7 and 10, and overruled Defendant's objections to RFP Nos. 15, 17, and 18.

Defendants are ordered to provide responses to the RFP where I overruled their objections by **5:00 p.m. on February 23, 2022.**

Counsel shall file the Requests for Production that were submitted to the Court via email on the docket forthwith and are directed not to submit documents to this Court for in camera review without advance permission. The Court may require counsel to appear in person to address any future discovery disputes.

**DONE AND ORDERED** in Chambers this 9th day of February, 2022, at West Palm Beach in the Southern District of Florida.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE