# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

**CASE NO. 9:24-cv-80499-RLR/REINHART**

JTC SKYWAVE INVESTMENTS, LTD,
and HARALD McPIKE,

       Plaintiffs,

v.

ANDREW N. MART, DEANNA BOIES,
LUMINESCENCE LLC, LUMINESCENCE
LLC, and LUMINASTRA, LLC,

       Defendants.

_____ /

## DECLARATION OF ANDREW N. MART

I, Andrew N. Mart, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am over the age of eighteen (18) years, am competent to furnish this declaration, and do so based upon my personal knowledge of the facts and personal involvement in the matters stated herein.

2.      As I have previously declared, I am a fulltime resident of California since August 2023. I supplement my previous May 7, 2024 declaration in specific response to contentions Plaintiffs include in their Response Memorandum to Defendants' Motion to Dismiss, ECF No. 25.

3.      Prior to moving to California, I had been a fulltime resident of the Bahamas since 2000.

4.      Attached as Exhibit 1 is a true and correct copy of the lease I executed on June 8, 2023 for my residence in California where I still reside today.

CASE NO.:  9:24-cv-80499-RLR

5.      Attached as Exhibit 2 is a true and correct copy of tickets for my flight from Nassau to San Francisco on August 13, 2023 through which I moved to California from the Bahamas with my wife and three children.

6.      Attached as Exhibit 3 is a true and correct copy of a bag tracking update for my flight from Nassau to San Francisco on August 13, 2023, through which I moved to California from the Bahamas with my wife and three children. The bag tracking update shows tracking numbers for 18 bags we took with us as part of a move as checked bags on the plane

7.      Attached as Exhibit 4 is a true and correct copy of a bill of lading for the shipment of our furniture and other household goods from Nassau to Oakland in 513 packages in one container, all of which are associated with my move to California.

8.      Attached as Exhibit 5 is a true and correct copy of a utility bill for my residence in California from August 2023 provided by Pacific Gas & Electric Co.

9.      Attached as Exhibit 6 is a true and correct copy of my billing history and payment summary for utilities for my residence in California showing that service began July 13, 2023 and remains active.

10.      Attached as Exhibit 7 is a true and correct copy of car insurance records and driver's licenses I had when I lived in the Bahamas prior to my move to California.

I declare  under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2024.

Andrew N. Mart

2

# EXHIBIT 1
# (REDACTED)

**CALIFORNIA
ASSOCIATION
OF REALTORS®**

## ADDENDUM No. 1
### (C.A.R. Form ADM, Revised 12/21)

The following terms and conditions are hereby incorporated in and made a part of the Purchase Agreement, OR ☐ Residential
Lease or Month-to-Month Rental Agreement, ☐ Transfer Disclosure Statement (Note: An amendment to the TDS may give
the Buyer a right to rescind), ☐ Other _____,
dated _____, on property known as _____

in which _____ ███ CA  95███ _____ ("Property/Premises"),
and _____ *Andrew N Mart, Elizabeth J. Mart* _____ is referred to as ("Buyer/Tenant")
Buyer/Tenant and Seller/Landlord are referred to as the "Parties." _____ is referred to as ("Seller/Landlord").
*1) Rents will be prorated in August. Rent due on August 1st will be* ███

The foregoing terms and conditions are hereby agreed to, and the undersigned acknowledge receipt of a copy of this
Addendum.

Buyer/Tenant    *Andrew N. Mart*                                         Date  6/8/2023

Buyer/Tenant    *Elizabeth J. Mart*                                       Date  6/8/2023

Seller/Landlord  _____                              Date  6/8/2023

Seller/Landlord  _____                              Date  _____

© 2021, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this
form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE
CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY
SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX
ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.. This form is made available to real estate professionals through an agreement with or purchase from the
California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used
only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

ADM REVISED 12/21 (PAGE 1 OF 1)

**ADDENDUM (ADM PAGE 1 OF 1)**

ASSOCIATION
OF REALTORS®

# RESIDENTIAL LEASE OR
# MONTH-TO-MONTH RENTAL AGREEMENT
### (C.A.R. Form RLMM, Revised 12/22)

Date _06/05/2023_
and _____ _Andrew N Mart, Elizabeth J. Mart_ ("Tenant")
or Agent, or Property Manager ("Housing Provider"), agree as follows ("Agreement"):   Rental Property Owner, Authorized Broker

1. **PROPERTY:**
   A. Housing Provider rents to Tenant and Tenant rents from Housing Provider. the real property and improvements described as:
   B. The Premises are for the sole use as a personal residence by the following named person(s) only: _Above tenants_
      _____ CA 95_____ ("Premises").
      Any person in the Premises, other than those listed in this paragraph are considered guests. Guests are not permitted to stay more than 14 (or _____) days without Housing Provider's written consent.
   C. The following personal property, maintained pursuant to **paragraph 11**, is included: _Refrigerator, washer, dryer_
      _____ or □ (if checked) the personal property on the attached addendum is included.
   D. The Premises may be subject to a local rent control ordinance

2. **TERM:** The term begins on (date) _07/07/2023_ ("Commencement Date"). If Tenant has not paid all amounts then due; **(i)** Tenant has no right to possession or keys to the premises and; **(ii)** this Agreement is voidable at the option of Housing Provider, 2 calendar days after giving Tenant a Notice to Pay (C.A.R. Form PPN). Notice may be delivered to Tenant **(i)** in person; **(ii)** by mail to Tenant's last known address; or **(iii)** by email, if provided in Tenant's application or previously used by Tenant to communicate with Housing Provider or it's agent. If Housing Provider elects to void the lease, Housing Provider shall refund to Tenant all rent and security deposit paid.
   **(Check A or B):**
   □ A. **Month-to-Month:** This Agreement continues from the commencement date as a month-to-month tenancy. Tenant may terminate the tenancy by giving written notice at least 30 days prior to the intended termination date. Tenant shall be responsible for paying rent through the termination date even if moving out early. Housing Provider may terminate the tenancy by giving written notice as provided by law. Such notices may be given on any date.
   □ B. **Lease:** This Agreement shall terminate on (date) _06/30/2024_ at _____ □ AM/ □ PM. Tenant shall vacate the Premises upon termination of the Agreement, unless: **(i)** Housing Provider and Tenant have extended this Agreement in writing or signed a new agreement; **(ii)** mandated by any rent increase cap or just cause eviction control under any state or local law; or **(iii)** Housing Provider accepts Rent from Tenant (other than past due Rent), in which case a month-to-month tenancy shall be created which either party may terminate as specified in **paragraph 2A**. Rent shall be at a rate agreed to by Housing Provider and Tenant, or as allowed by law. All other terms and conditions of this Agreement shall remain in full force and effect.

3. **RENT:** "Rent" shall mean all monetary obligations of Tenant to Housing Provider under the terms of the Agreement, except security deposit.
   A. Tenant agrees to pay $_____
   B. Rent is payable in advance on the **1st (or X___4___)** per month for the term of the Agreement.
   C. If Commencement Date falls on any day other than the day Rent is payable under **paragraph 3B**, and Tenant has paid one full month's Rent in advance of Commencement Date, Rent for the second calendar month shall be prorated and Tenant shall pay 1/30th of the monthly rent per day for each day remaining in the prorated second month.
   D. **PAYMENT:**
      (1) Rent shall be paid by ☒ personal check, ☒ money order, ☒ cashier's check, made payable to _____
          or □ other _____. Payment via electronic apps such as PayPal or Venmo will not (□ will) be accepted. □ wire/electronic payment to _____
      (2) Rent shall be delivered to (name) _____
          (whose phone number is) _____ at (address) _____
          (or at any other location subsequently specified by Housing Provider in writing to Tenant) (and □ if checked, rent may be paid personally, between the hours of _____ and _____ on the following days _____).
      (3) If any payment is returned for non-sufficient funds ("NSF") or because tenant stops payment, then, after that: **(i)** Housing Provider may, in writing, require Tenant to pay Rent in cash for three months and **(ii)** all future Rent shall be paid by □ money order, or □ cashier's check.
   E. Rent payments received by Housing Provider shall be applied to the earliest amount(s) due or past due.

4. **SECURITY DEPOSIT:**
   A. Tenant agrees to pay $_____ as a security deposit. Security deposit will be ☒ transferred to and held by the Owner of the Premises, or □ held in Owner's Broker's trust account.
   B. All or any portion of the security deposit may be used, as reasonably necessary, to: **(i)** cure Tenant's default in payment of Rent (which includes Late Charges, NSF fees or other sums due); **(ii)** repair damage, excluding ordinary wear and tear, caused by Tenant or by a guest, invitee or licensee of Tenant; **(iii)** clean Premises, if necessary, upon termination of the tenancy; and **(iv)** replace or return personal property or appurtenances. **SECURITY DEPOSIT SHALL NOT BE USED BY TENANT IN LIEU OF PAYMENT OF LAST MONTH'S RENT.** If all or any portion of the security deposit is used during the tenancy, Tenant agrees to reinstate the total security deposit within 5 days after written notice is delivered to Tenant. Within 21 days after Tenant vacates the Premises, Housing Provider shall: (1) furnish Tenant an itemized statement indicating the amount of any security deposit received and the basis for its disposition and supporting documentation as required by California Civil Code § 1950.5(g); and (2) return any remaining portion of the security deposit to Tenant.
   C. Security deposit will not be returned until all Tenants have vacated the Premises and all keys returned. Any security deposit returned by check shall be made out to all Tenants named on this Agreement, or as subsequently modified.

© 2022, California Association of REALTORS®, Inc.

RLMM REVISED 12/22 (PAGE 1 OF 9)   Tenant's Initials _RMM_ / _EJM_   Housing Providers Initials _____ / _____

# RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (RLMM PAGE 1 OF 9)

 

Date: 06/05/2023

**D.** No interest will be paid on security deposit unless required by local law.

**E.** If the security deposit is held by Owner, Tenant agrees not to hold Broker responsible for its return. If the security deposit is held in Owner's Broker's trust account, and Broker's authority is terminated before expiration of this Agreement, **and security deposit is released to someone other than Tenant, then** Broker shall notify Tenant, in writing, where and to whom security deposit has been released. Once Tenant has been provided such notice, Tenant agrees not to hold Broker responsible for the security deposit.

**5. MOVE-IN COSTS RECEIVED/DUE:** Move-in funds shall be paid by ☐ personal check, ☐ money order, ☐ cashier's check, or ☒ wire/electronic payment.

| Category | Total Due | Payment Received | Balance Due | Due Date | Payable To |
|---|---|---|---|---|---|
| Rent from 07/07/2023 to 07/31/2023 (date) | ▓ | ▓ | | | |
| *Security Deposit | | | 0 | 6/2/23 | ▓ |
| Other | | | 0 | 6/2/23 | |
| Other | | | | | |
| Total | | | | | |

* The maximum amount of security deposit, however designated, cannot exceed two months' Rent for an unfurnished premises, or three months' Rent for a furnished premises, in addition to any rent for the first month paid on or before initial occupancy. This limitation does not prohibit the payment of "advance rent" of not less than six months' rent if the term of the lease is six months or longer.

**6. LATE CHARGE; RETURNED CHECKS:**

**A.** Tenant acknowledges either late payment of Rent or issuance of a returned check may cause Housing Provider to incur costs and expenses, the exact amounts of which are extremely difficult and impractical to determine. These costs may include, but are not limited to, processing, enforcement and accounting expenses, and late charges imposed on Housing Provider. If any installment of Rent due from Tenant is not received by Housing Provider within 5 (or ☒ _4_ ) **calendar days** after the date due, or if a check is returned, Tenant shall pay to Housing Provider, respectively, an additional sum of $_____ or _5.000_ % of the Rent due as a Late Charge and $25.00 as a NSF fee for the first returned check and $35.00 as a NSF fee for each additional returned check, either or both of which shall be deemed additional Rent.

**B.** Housing Provider and Tenant agree that these charges represent a fair and reasonable estimate of the costs Housing Provider may incur by reason of Tenant's late or NSF payment. Any Late Charge or NSF fee due shall be paid with the current installment of Rent. Housing Provider's acceptance of any Late Charge or NSF fee shall not constitute a waiver as to any default of Tenant. Housing Provider's right to collect a Late Charge or NSF fee shall neither be deemed an extension of the date Rent is due under **paragraph 3** nor prevent Housing Provider from exercising any other rights and remedies under this Agreement and as provided by law.

**7. PARKING: (Check A or B)**

☒ **A.** Parking is permitted as follows: _garage and driveway_

The right to parking ☐ is ☐ is not included in the Rent charged pursuant to **paragraph 3.** If not included in the Rent, the parking rental fee shall be an additional $_____ per month. Parking space(s) are to be used only for parking properly registered and operable motor vehicles, except for trailers, boats, campers, buses or trucks (other than pick-up trucks). Tenant shall park in assigned space(s) only. Parking space(s) are to be kept clean. Vehicles leaking oil, gas or other motor vehicle fluids shall not be parked on the Premises. Mechanical work, or storage of inoperable vehicles, or storage of any kind is not permitted in parking space(s) or elsewhere on the Premises except as specified in **paragraph 8.**

OR ☐ **B.** Parking is not permitted on the real property of which the Premises is a part.

**8. STORAGE: (Check A or B)**

☐ **A.** Storage is permitted as follows: _garage_

The right to separate storage space ☐ is, ☐ is not, included in the Rent charged pursuant to **paragraph 3.** If not included in the Rent, storage space fee shall be an additional $_____ per month. Tenant shall store only personal property Tenant owns, and shall not store property claimed by another or in which another has any right, title or interest. Tenant shall not store any improperly packaged food or perishable goods, flammable materials, explosives, hazardous waste or other inherently dangerous material, or illegal substances.

OR ☐ **B.** Except for Tenant's personal property, contained entirely within the Premises, storage is not permitted on the Premises.

**9. UTILITIES:** Tenant agrees to pay for all utilities and services, and the following charges: _Water, sewer and garbage_ except _____, which shall be paid for by Housing Provider, or ☐ as agreed on a separate addendum. If any utilities are not separately metered, Tenant shall pay Tenant's proportional share, as reasonably determined and directed by Housing Provider. If utilities are separately metered, Tenant shall place utilities in Tenant's name as of the Commencement Date. Housing Provider is only responsible for installing and maintaining one usable telephone jack and one telephone line to the Premises. Tenant shall pay any cost for conversion from existing utilities service provider.

☐ **A. Water Submeters:** Water use on the Premises is measured by a submeter and Tenant will be separately billed for water usage based on the submeter. See attached Water Submeter Addendum (C.A.R. Form WSM) for additional terms.

☐ **B. Gas Meter:** The Premises does not have a separate gas meter.

☐ **C. Electric Meter:** The Premises does not have a separate electrical meter.

**10. CONDITION OF PREMISES:** Tenant has examined Premises and, if any, all furniture, furnishings, appliances, landscaping and fixtures, including smoke alarm(s) and carbon monoxide detector(s). **(Check all that apply):**

☐ **A.** Tenant's acknowledgment of the condition of these items is contained in an attached statement of condition (C.A.R. Form MII).

☐ **B.** (i) Housing Provider will Deliver to Tenant a statement of condition (C.A.R. Form MII) ☐ within **3 days** after execution of this Agreement; ☐ prior to the Commencement Date; ☐ within **3 days** after the Commencement Date. (ii) Tenant shall complete and return the MII to Housing Provider within 3 (or _____ ) days after Delivery. Tenant's failure to return the MII within that time shall conclusively be deemed Tenant's Acknowledgement of the condition as stated in the MII.

RLMM REVISED 12/22 (PAGE 2 OF 9)   Tenant's Initials _ANM_   Housing Providers Initials ▓ / ▓

**RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (RLMM PAGE 2 OF 9)**

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com   Andrew N Mart,

☐ **C.** Tenant will provide Housing Provider a list of items that are damaged or not in operable condition within 3 (or ☐ _____) Date: _06/05/2023_
days after Commencement Date, not as a contingency of this Agreement but rather as an acknowledgment of the condition
of the Premises.

☐ **D.** Other: _____

## 11. MAINTENANCE USE AND REPORTING:

**A.** Tenant shall properly use, operate and safeguard Premises, including if applicable, any landscaping, furniture, furnishings and appliances, and all mechanical, electrical, gas and plumbing fixtures, carbon monoxide detector(s) and smoke alarms, and keep them and the Premises clean, sanitary and well ventilated. Tenant shall be responsible for any additional phone lines beyond the one line and jack that Housing Provider shall provide and maintain. Tenant shall replace any burned out or malfunctioning light bulbs. Tenant shall immediately notify Housing Provider, in writing, of any problem, malfunction or damage with any item including carbon monoxide detector(s) and smoke alarms on the property. Tenant shall be charged for all repairs or replacements caused by Tenant, pets, guests or licensees of Tenant, excluding ordinary wear and tear. Tenant shall be charged for all damage to Premises as a result of failure to report a problem in a timely manner. Tenant shall be charged for repair of drain blockages or stoppages, unless caused by defective plumbing parts or tree roots invading sewer lines.

**B.** ☐ Housing Provider ☒ Tenant shall water the garden, landscaping, trees and shrubs, except: _____

**C.** ☐ Housing Provider ☒ Tenant shall maintain the garden, landscaping, trees and shrubs, except: _____

**D.** ☒ Housing Provider ☐ Tenant shall maintain _Mowing of lawn_ _____

**E.** Housing Provider and Tenant agree that State or local water use restrictions shall supersede any obligation of Housing Provider or Tenant to water or maintain any garden, landscaping, trees or shrubs pursuant to **paragraphs 11B, 11C, and 11D.**

**F.** Tenant's failure to maintain any item for which Tenant is responsible shall give Housing Provider the right to hire someone to perform such maintenance and charge Tenant to cover the cost of such maintenance.

**G.** The following items of personal property are included in the Premises without warranty and Housing Provider will not maintain, repair or replace them: _Refrigerator, washer, dryer_ _____

**H.** Tenant understands that if Premises is located in a Common Interest Development, Housing Provider may not have authority or control over certain parts of the Premises such as roof, electrical, gas or plumbing features inside certain walls, and common areas such as landscaping, shared parking structure or garage.

**I.** Tenant shall not use the premises to plant, grow, cultivate or sell marijuana.

## 12. NEIGHBORHOOD CONDITIONS: Tenant is advised to satisfy himself or herself as to neighborhood or area conditions, including, but not limited to, schools, proximity and adequacy of law enforcement, crime statistics, proximity of registered felons or offenders, fire protection, other governmental services, availability, adequacy and cost of any wired, wireless internet connections or other telecommunications or other technology services and installations, proximity to commercial, industrial or agricultural activities, existing and proposed transportation, construction and development that may affect noise, view, or traffic, airport noise, noise or odor from any source, wild and domestic animals, other nuisances, hazards, or circumstances, cemeteries, facilities and condition of common areas, conditions and influences of significance to certain cultures and/or religions, and personal needs, requirements and preferences of Tenant.

## 13. PETS: Unless otherwise provided in California Civil Code § 54.2, or other law, no animal or pet shall be kept on or about the Premises without Housing Provider's prior written consent, ☐ except as agreed to in the attached Pet Addendum (C.A.R. Form PET).

## 14. SMOKING:

**A.** **(i)** Tenant is responsible for all damage caused by smoking including, but not limited to stains, burns, odors and removal of debris; **(ii)** Tenant acknowledges that in order to remove odor caused by smoking, Housing Provider may need to replace carpet and drapes and paint the entire premises regardless of when these items were last cleaned, replaced or repainted. Such actions and other necessary steps will impact the return of any security deposit.

**B.** The Premises or common areas may be subject to a local non-smoking ordinance.

**C.** NO SMOKING of any substance is allowed on the Premises or common areas. If smoking does occur on the Premises or common areas, **(i)** Tenant is in material breach of this Agreement; **(ii)** Tenant, guests, and all others may be required to leave the Premises. ☐ Smoking of the following substances only is allowed: _____

## 15. RULES/REGULATIONS:

**A.** Tenant agrees to comply with all Housing Provider rules and regulations that are at any time posted on the Premises or delivered to Tenant. Tenant shall not, and shall ensure that guests, invitees and licensees of Tenant shall not, disturb, annoy, endanger or interfere with other tenants of the building or neighbors, or use the Premises for any unlawful purposes, under federal, state or local law including, but not limited to, using, manufacturing, selling, storing or transporting illicit drugs or other contraband, or violate any law or ordinance, or commit a waste or nuisance on or about the Premises.

**B.** **(If applicable, check one)**

☐ **(1)** Housing Provider shall provide Tenant with a copy of the rules and regulations within _____ days or _____

OR ☐ **(2)** Tenant has been provided with, and acknowledges receipt of, a copy of the rules and regulations.

## 16. ☐ (If checked) CONDOMINIUM; PLANNED UNIT DEVELOPMENT:

**A.** The Premises are a unit in a condominium, planned unit development, common interest subdivision or other development governed by a homeowners' association ("HOA"). The name of the HOA is _____. Tenant agrees to comply with all HOA covenants, conditions and restrictions, bylaws, rules and regulations and decisions ("HOA Rules"). Tenant shall reimburse Housing Provider for any fines or charges imposed by HOA or other authorities, due to any violation by Tenant, or the guests or licensees of Tenant or Housing Provider shall have the right to deduct such amounts from the security deposit.

**B.** If applicable, Tenant is required to pay a fee to the HOA to gain access to certain areas within the development such as but not necessarily including or limited to the front gate, pool, and recreational facilities. If not specified in **paragraph 5**, Tenant is solely responsible for payment and satisfying any HOA requirements prior to or upon or after the Commencement Date.

**C.** **(Check one)**

☐ **(1)** Housing Provider shall provide Tenant with a copy of the HOA Rules within _____ days or _____

OR ☐ **(2)** Tenant has been provided with, and acknowledges receipt of, a copy of the HOA Rules.

---

**RLMM REVISED 12/22 (PAGE 3 OF 9)** Tenant's Initials _RMM_ _EJM_ Housing Providers Initials ████

**RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (RLMM PAGE 3 OF 9)**

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com   Andrew N Mari,

**Premises:** _____ Date: 06/05/2023

**17. ALTERATIONS; REPAIRS:** Unless otherwise specified by law or **paragraph 25C**, without Housing Provider's prior written consent, **(i)** Tenant shall not make any repairs, alterations or improvements in or about the Premises including: painting, wallpapering, adding or changing locks, installing antenna or satellite dish(es), placing signs, displays or exhibits, or using screws, fastening devices, large nails or adhesive materials; **(ii)** Housing Provider shall not be responsible for the costs of alterations or repairs made by Tenant; **(iii)** Tenant shall not deduct from Rent the costs of any repairs, alterations or improvements; and **(iv)** any deduction made by Tenant shall be considered unpaid Rent.

**18. KEYS; LOCKS:**

**A.** Tenant acknowledges receipt of (or Tenant will receive ☐ prior to the Commencement Date, or ☐ _____ ):

| ☒ 1 | key(s) to Premises, | ☒ 1 | remote control device(s) for garage door/gate opener(s), |
|---|---|---|---|
| ☒ 1 | key(s) to mailbox, | ☐ | |
| | key(s) to common area(s), | | _____ |

**B.** Tenant acknowledges that locks to the Premises ☐ have, ☐ have not, been re-keyed.

**C.** If Tenant re-keys existing locks or opening devices, Tenant shall immediately deliver copies of all keys to Housing Provider. Tenant shall pay all costs and charges related to loss of any keys or opening devices. Tenant may not remove locks, even if installed by Tenant.

**19. ENTRY:**

**A.** Tenant shall make Premises available to Housing Provider or Housing Provider's representative for the purpose of entering to make necessary or agreed repairs (including, but not limited to, installing, repairing, testing, and maintaining smoke detectors and carbon monoxide devices, and bracing, anchoring or strapping water heaters, or repairing dilapidation relating to the presence of mold), decorations, alterations, or improvements; or supplying necessary or agreed services; or to show Premises to prospective or actual purchasers, tenants, mortgagees, lenders, appraisers, contractors and others (collectively "Interested Persons"). Tenant agrees that Housing Provider, Broker and Interested Persons may take photos of the Premises.

**B.** Housing Provider and Tenant agree that 24-hour written notice shall be reasonable and sufficient notice, except as follows:

(1) 48-hour written notice is required to conduct an inspection of the Premises prior to the Tenant moving out, unless the Tenant waives the right to such notice.

(2) If Housing Provider has in writing informed Tenant that the Premises are for sale and that Tenant will be notified orally to show the premises (C.A.R. Form NSE), then, for the next 120 days following the delivery of the NSE, notice may be given orally to show the Premises to actual or prospective purchasers.

(3) No written notice is required if Housing Provider and Tenant orally agree to an entry for agreed services or repairs if the date and time of entry are within one week of the oral agreement.

(4) No notice is required: **(i)** to enter in case of an emergency; **(ii)** if the Tenant is present and consents at the time of entry; or **(iii)** if the Tenant has abandoned or surrendered the Premises.

**C.** ☐ (If checked) Tenant authorizes the use of a keysafe/lockbox to allow entry into the Premises and agrees to sign a keysafe/lockbox addendum (C.A.R. Form KLA).

**20. PHOTOGRAPHS AND INTERNET ADVERTISING:**

**A.** In order to effectively market the Premises for sale or rental it is often necessary to provide photographs, virtual tours and other media to Interested Persons. Tenant agrees that Broker may photograph or otherwise electronically capture images of the exterior and interior of the Premises ("Images") for static and/or virtual tours of the Premises by Interested Persons for use on Broker's website, the MLS, and other marketing materials and sites. Tenant acknowledges that once Images are placed on the Internet neither Broker nor Housing Provider has control over who can view such Images and what use viewers may make of the Images, or how long such Images may remain available on the Internet. Tenant is advised to store or otherwise remove from view, anything of a personal nature which Tenant would not want to appear in any Images, including but not limited to, family photos, documents, or other valuables.

**B.** Tenant acknowledges that prospective Interested Persons coming onto the Premises may take photographs, videos or other images of the Premises. Tenant understands that Broker does not have the ability to control or block the taking and use of Images by any such persons. Once Images are taken and/or put into electronic display on the Internet or otherwise, neither Broker nor Housing Provider has control over who views such Images nor what use viewers may make of the Images.

**21. SIGNS:** Tenant authorizes Housing Provider to place FOR SALE/LEASE signs on the Premises.

**22. ASSIGNMENT; SUBLETTING:**

**A.** Tenant shall not sublet all or any part of Premises, or parking or storage spaces, or assign or transfer this Agreement or any interest in it, without Housing Provider's prior written consent. Unless such consent is obtained, any assignment, transfer or subletting of Premises or this Agreement or tenancy, by voluntary act of Tenant, operation of law or otherwise, shall, at the option of Housing Provider, terminate this Agreement. Any proposed assignee, transferee or sublessee shall submit to Housing Provider an application and credit information for Housing Provider's approval and, if approved, sign a separate written agreement with Housing Provider and Tenant. Housing Provider's consent to any one assignment, transfer or sublease, shall not be construed as consent to any subsequent assignment, transfer or sublease and does not release Tenant of Tenant's obligations under this Agreement.

**B.** This prohibition also applies (☐ does not apply) to short term, vacation, and transient rentals such as, but not limited to, those arranged through AirBnB, VRBO, HomeAway or other short term rental services.

**C.** Any violation of this prohibition is a non-curable, material breach of this Agreement.

**23. JOINT AND INDIVIDUAL OBLIGATIONS:** If there is more than one Tenant, each one shall be individually and completely responsible for the performance of all obligations of Tenant under this Agreement, jointly with every other Tenant, and individually, whether or not in possession.

**24. POSSESSION:**

**A.** (1) Tenant is not in possession of the Premises. If Housing Provider is unable to deliver possession of Premises on Commencement Date, such Date shall be extended to the date on which possession is made available to Tenant. If Housing Provider is unable to deliver possession within 5 (or ☐ _____ ) **calendar days** after agreed Commencement Date, Tenant may terminate this Agreement by giving written notice to Housing Provider, and shall be refunded all Rent and security deposit paid.

OR (2) Possession is deemed terminated when Tenant has returned all keys to the Premises to Housing Provider.

**B.** ☐ Tenant is already in possession of the Premises.

**RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (RLMM PAGE 4 OF 9)**

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com   Andrew N Mart,

Date: 06/05/2023

**25. TENANT'S OBLIGATIONS UPON VACATING PREMISES:**

A. Upon termination of this Agreement, Tenant shall: (i) give Housing Provider all copies of all keys and any opening devices to Premises, including any common areas; (ii) vacate and surrender Premises to Housing Provider, empty of all persons; and personal property belonging to Tenant (iii) vacate any/all parking and/or storage space; (iv) clean and deliver Premises, as specified in **paragraph C** below, to Housing Provider in the same condition as referenced in **paragraph 10**; (v) remove all debris; (vi) give written notice to Housing Provider of Tenant's forwarding address; and (vii) _____

B. All alterations/improvements made by or caused to be made by Tenant, with or without Housing Provider's consent, become the property of Housing Provider upon termination. Housing Provider may charge Tenant for restoration of the Premises to the condition it was in prior to any alterations/improvements.

C. **Right to Pre-Move-Out Inspection and Repairs: (i)** After giving or receiving notice of termination of a tenancy (C.A.R. Form NTT), or before the expiration of this Agreement, Tenant has the right to request that an inspection of the Premises take place prior to termination (C.A.R. Form NRI). If Tenant requests such an inspection, Tenant shall be given an opportunity to remedy identified deficiencies prior to termination, consistent with the terms of this Agreement. **(ii)** Any repairs or alterations made to the Premises as a result of this inspection (collectively, "Repairs") shall be made at Tenant's expense. Repairs may be performed by Tenant or through others, who have adequate insurance and licenses and are approved by Housing Provider. The work shall comply with applicable law, including governmental permit, inspection and approval requirements. Repairs shall be performed in a good, skillful manner with materials of quality and appearance comparable to existing materials. It is understood that exact restoration of appearance or cosmetic items following all Repairs may not be possible. **(iii)** Tenant shall: (a) obtain receipts for Repairs performed by others; (b) prepare a written statement indicating the Repairs performed by Tenant and the date of such Repairs; and (c) provide copies of receipts and statements to Housing Provider prior to termination. **Paragraph 25C** does not apply when the tenancy is terminated pursuant to California Code of Civil Procedure § 1161(2), (3), or (4).

**26. BREACH OF CONTRACT; EARLY TERMINATION:** In addition to any obligations established by **paragraph 25**, in the event of termination by Tenant prior to completion of the original term of the Agreement or any extension, Tenant shall also be responsible for lost Rent, rental commissions, advertising expenses and painting costs necessary to ready Premises for re-rental. Housing Provider may withhold any such amounts from Tenant's security deposit.

**27. TEMPORARY RELOCATION:** Subject to local law, Tenant agrees, upon demand of Housing Provider, to temporarily vacate Premises for a reasonable period, to allow for fumigation (or other methods) to control wood destroying pests or organisms, or other repairs to Premises. Tenant agrees to comply with all instructions and requirements necessary to prepare Premises to accommodate pest control, fumigation or other work, including bagging or storage of food and medicine, and removal of perishables and valuables. Tenant shall only be entitled to a credit of Rent equal to the per diem Rent for the period of time Tenant is required to vacate Premises.

**28. DAMAGE TO PREMISES:** If, by no fault of Tenant, Premises are totally or partially damaged or destroyed by fire, earthquake, accident or other casualty that render Premises totally or partially uninhabitable, either Housing Provider or Tenant may terminate this Agreement by giving the other written notice. Rent shall be abated as of the date Premises become totally or partially uninhabitable. The abated amount shall be the current monthly Rent prorated on a 30-day period. If the Agreement is not terminated, Housing Provider shall promptly repair the damage, and Rent shall be reduced based on the extent to which the damage interferes with Tenant's reasonable use of Premises. If damage occurs as a result of an act of Tenant or Tenant's guests, only Housing Provider shall have the right of termination, and no reduction in Rent shall be made.

**29. INSURANCE:**

A. Tenant's, guest's, invitees or licensee's personal property and vehicles are not insured by Housing Provider, manager or, if applicable, HOA, against loss or damage due to fire, theft, vandalism, rain, water, criminal or negligent acts of others, or any other cause. **Tenant is advised to carry Tenant's own insurance (renter's insurance) to protect Tenant from any such loss or damage.**

B. Tenant shall comply with any requirement imposed on Tenant by Housing Provider's insurer to avoid: (i) an increase in Housing Provider's insurance premium (or Tenant shall pay for the increase in premium); or (ii) loss of insurance.

C. ☒ Tenant shall obtain liability insurance, in an amount not less than $▓▓▓▓▓▓▓▓▓▓, naming Housing Provider and, if applicable, Property Manager as additional insured for injury or damage to, or upon, the Premises during the term of this agreement or any extension. Tenant shall provide Housing Provider a copy of the insurance policy before commencement of this Agreement, and a rider prior to any renewal.

**30. WATERBEDS/PORTABLE WASHERS:** Tenant shall not use or have waterbeds on the Premises unless: (i) Tenant obtains a valid waterbed insurance policy; (ii) Tenant increases the security deposit in an amount equal to one-half of one month's Rent; and (iii) the bed conforms to the floor load capacity of Premises. Tenant shall not use on the Premises ☐ Portable Dishwasher ☐ Portable Washing Machine.

**31. WAIVER:** The waiver of any breach shall not be construed as a continuing waiver of the same or any subsequent breach.

**32. NOTICE:** Notices may be served at the following address, or at any other location subsequently designated:

Housing Provider: ▓▓▓▓

Tenant: *Andrew N Mart*

*Elizabeth J. Mart*   *at premise*

**33. TENANT ESTOPPEL CERTIFICATE:** Tenant shall execute and return a tenant estoppel certificate delivered to Tenant by Housing Provider or Housing Provider's agent within **3 days** after its receipt (C.A.R. Form TEC). Failure to comply with this requirement shall be deemed Tenant's acknowledgment that the tenant estoppel certificate is true and correct, and may be relied upon by a lender or purchaser.

**34. REPRESENTATION**

A. **TENANT REPRESENTATION; OBLIGATIONS REGARDING OCCUPANTS; CREDIT:** Tenant warrants that all statements in Tenant's rental application are accurate. Housing Provider requires all occupants 18 years of age or older and all emancipated minors to complete a lease rental application. Tenant acknowledges this requirement and agrees to notify Housing Provider when any occupant of the Premises reaches the age of 18 or becomes an emancipated minor. Tenant authorizes Housing Provider and Broker(s) to obtain Tenant's credit during the tenancy in connection with a modification of this Agreement. Before occupancy begins, Housing Provider may cancel this Agreement upon disapproval of the credit report(s) or upon discovering that information in Tenant's application is false. During the tenancy, Housing Provider may reject any such modification upon disapproval of the credit report(s) obtained in connection with the modification. A negative credit report reflecting on Tenant's record may be submitted to a credit reporting agency if Tenant fails to fulfill the terms of payment and other obligations under this Agreement.

RLMM REVISED 12/22 (PAGE 5 OF 9)   Tenant's Initials *ANM*  *EJM*   Housing Providers Initials ▓▓▓▓ / _____

**RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (RLMM PAGE 5 OF 9)**

**B. HOUSING PROVIDER REPRESENTATIONS:** Housing Provider warrants that, unless otherwise specified in writing, Housing Provider is unaware of (i) any recorded Notices of Default affecting the Premise; (ii) any delinquent amounts due under any loan secured by the Premises; and (iii) any bankruptcy proceeding affecting the Premises.

Date: 06/05/2023

**35. MEDIATION:**

A. Consistent with **paragraphs B** and **C** below, Housing Provider and Tenant agree to mediate any dispute or claim arising between them out of this Agreement, or any resulting transaction, before resorting to court action. Mediation fees, if any, shall be divided equally among the parties involved. If, for any dispute or claim to which this paragraph applies, any party commences an action without first attempting to resolve the matter through mediation, or refuses to mediate after a request has been made, then that party shall not be entitled to recover attorney fees, even if they would otherwise be available to that party in any such action.

B. The following matters are excluded from mediation: (i) an unlawful detainer action; (ii) the filing or enforcement of a mechanic's lien; and (iii) any matter within the jurisdiction of a probate, small claims or bankruptcy court. The filing of a court action to enable the recording of a notice of pending action, for order of attachment, receivership, injunction, or other provisional remedies, shall not constitute a waiver of the mediation provision.

C. Housing Provider and Tenant agree to mediate disputes or claims involving Listing Agent, Leasing Agent or property manager ("Broker"), provided Broker shall have agreed to such mediation prior to, or within a reasonable time after, the dispute or claim is presented to such Broker. Any election by Broker to participate in mediation shall not result in Broker being deemed a party to this Agreement.

**36. ATTORNEY FEES:** In any action or proceeding arising out of this Agreement, the prevailing party between Housing Provider and Tenant shall be entitled to reasonable attorney fees and costs collectively not to exceed $1,000 or $_____), except as provided in paragraph 35A.

**37. C.A.R. FORM:** C.A.R. Form means the specific form referenced or another comparable form agreed to by the parties.

**38. STATUTORY DISCLOSURES:**

A. ☒ **MOLD AND DAMPNESS:** Exposure to mold may have potential health risks. Tenant acknowledges receipt of the attached booklet titled, "Information on Dampness and Mold for Renters in California" before signing this Residential Lease or Month-to-Month Rental Agreement.

B. ☐ **LEAD-BASED PAINT (If checked):** Premises were constructed prior to 1978. In accordance with federal law, Housing Provider gives and Tenant acknowledges receipt of the disclosures on the attached form (C.A.R. Form LPD) and a federally approved lead pamphlet.

C. **PERIODIC PEST CONTROL (CHECK IF EITHER APPLIES):**
  (1) ☐ Housing Provider has entered into a contract for periodic pest control treatment of the Premises and shall give Tenant a copy of the notice originally given to Housing Provider by the pest control company.
  (2) ☐ Premises is a house. Tenant is responsible for periodic pest control treatment.

D. ☐ **METHAMPHETAMINE CONTAMINATION:** Prior to signing this Agreement, Housing Provider has given Tenant a notice that a health official has issued an order prohibiting occupancy of the property because of methamphetamine contamination. A copy of the notice and order are attached.

E. **BED BUGS:** Housing Provider has no knowledge of any infestation in the Premises by bed bugs. See attached Bed Bug Disclosure (C.A.R. Form BBD) for further information. Tenant shall report suspected bed bug infestation to Housing Provider or, if applicable, property manager and cooperate with any inspection for and treatment of bed bugs. Housing Provider will notify tenants of any units infested by bed bugs.

F. **MEGAN'S LAW DATABASE DISCLOSURE:** Notice: Pursuant to § 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet Web site maintained by the Department of Justice at www.meganslaw.ca.gov. Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which he or she resides. (Neither Housing Provider nor Brokers, if any, are required to check this website. If Tenant wants further information, Tenant should obtain information directly from this website.)

G. ☐ **RESIDENTIAL ENVIRONMENTAL HAZARDS BOOKLET:** Tenant acknowledges receipt of the residential environmental hazards booklet.

H. ☐ **MILITARY ORDNANCE DISCLOSURE:** (If applicable and known to Housing Provider) Premises are located within one mile of an area once used for military training, and may contain potentially explosive munitions.

I. **FLOOD HAZARD DISCLOSURE:** Flooding has the potential to cause significant damage to personal property owned by Tenant. See attached Tenant Flood Hazard Disclosure (C.A.R. Form TFHD) for additional information.

J. ☐ **DEATH ON THE PREMISES:** An occupant of the Premises died on the Premises in the last three years. (Note to Housing Provider: the manner of death may be a material fact to the tenant, and should be disclosed in 38K, except for death by HIV/AIDS.)

K. ☐ **OTHER MATERIAL FACTS:** _____

**39. SERVICEMEMBERS CIVIL RELIEF ACT:** Notwithstanding anything to the contrary in paragraphs 2, 4, 26 or elsewhere in this Agreement, the Servicemembers Civil Relief Act applies to this Agreement and any effort to terminate it, as specified in §§ 3951 and 3955 of the Act.

**40. TIME OF ESSENCE; ENTIRE CONTRACT; CHANGES:** Time is of the essence. All understandings between the parties are incorporated in this Agreement. Its terms are intended by the parties as a final, complete and exclusive expression of their Agreement with respect to its subject matter, and may not be contradicted by evidence of any prior agreement or contemporaneous oral agreement. If any provision of this Agreement is held to be ineffective or invalid, the remaining provisions will nevertheless be given full force and effect. Neither this Agreement nor any provision in it may be extended, amended, modified, altered or changed except in writing. This Agreement is subject to California Housing Provider-tenant law and shall incorporate all changes required by amendment or successors to such law. This Agreement and any supplement, addendum or modification, including any copy, may be signed in two or more counterparts, all of which shall constitute one and the same writing.

RLMM REVISED 12/22 (PAGE 6 OF 9)   Tenant's Initials _AMM_ / _EJM_   Housing Providers Initials ___

**RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (RLMM PAGE 6 OF 9)**
Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com   Andrew N Mart,

Premises: _____ Date: 06/05/2023

**41. AGENCY:**

**A. CONFIRMATION:** The following agency relationship(s) are hereby confirmed for this transaction:

**Housing Provider's Brokerage Firm** _____ N/A _____ License Number _____
Is the broker of (check one): ☐ the Housing Provider; or ☐ both the Tenant and Housing Provider (Dual Agent).

**Housing Provider's Agent**
Is (check one): ☐ the Housing Provider's Agent. (salesperson or broker associate); or ☐ both the Tenant's and Housing Provider's Agent (Dual Agent). _____ License Number _____

**Tenant's Brokerage Firm** _____ N/A _____ License Number _____
Is the broker of (check one): ☐ the Tenant; or ☐ both the Tenant and Housing Provider. (Dual Agent).

**Tenant's Agent**
Is (check one): ☐ the Tenant's Agent. (salesperson or broker associate); or ☐ both the Tenant's and Housing Provider's Agent (Dual Agent). _____ License Number _____

**B. DISCLOSURE:** ☐ (If checked): The term of this Agreement exceeds one year. A disclosure regarding real estate agency relationships (C.A.R. Form AD) has been provided to Housing Provider and Tenant, who each acknowledge its receipt.

**C. TERMINATION OF AGENCY RELATIONSHIP:**

(1) Housing Provider and Tenant acknowledges and agrees that unless Broker is the property manager, or as specified in (2) below, once Housing Provider and Tenant enter into this Agreement, (i) Broker will not represent Owner in any manner regarding the management of the Premises; and (ii) Any representation duties that Broker may owe to, and any agency relationship that Broker may have with, either Housing Provider or Tenant, is terminated.

(2) Notwithstanding **paragraph 41C(1)**, Broker duties and responsibilities to either Housing Provider or Tenant will terminate upon the last to occur of the following (choose all that apply): ☐ Tenant occupancy, ☐ Delivering to Tenant keys or other means of entering the Premises, ☐ Tenant walkthrough, ☐ Completion of Move In Inspection (C.A.R. Form MII).

**42.** ☐ **TENANT COMPENSATION TO BROKER:** Upon execution of this Agreement, Tenant agrees to pay compensation to Broker as specified in a separate written agreement between Tenant and Broker.

**43. NOTICE OF RIGHT TO RECEIVE FOREIGN LANGUAGE TRANSLATION OF LEASE/RENTAL AGREEMENTS:** California Civil Code requires a Housing Provider or property manager to provide a tenant with a foreign language translation copy of a lease or rental agreement if the agreement was negotiated primarily in Spanish, Chinese, Korean, Tagalog or Vietnamese. If applicable, every term of the lease/rental needs to be translated except for, among others, names, dollar amounts and dates written as numerals, and words with no generally accepted non-English translation.

**44. OWNER COMPENSATION TO BROKER:** Upon execution of this Agreement, Owner agrees to pay compensation to Broker as specified in a separate written agreement between Owner and Broker (C.A.R. Form LL or LCA).

**45. RECEIPT:** If specified in **paragraph 5**, Housing Provider or Broker, acknowledges receipt of move-in funds.

**46. OTHER TERMS AND CONDITIONS;** If checked, the following ATTACHED documents are incorporated in this Agreement:

☐ Keysafe/Lockbox Addendum (C.A.R. Form KLA); ☐ Lead-Based Paint and Lead-Based Paint Hazards Disclosure (C.A.R. Form LPD); ☐ Lease/Rental Mold and Ventilation Addendum (C.A.R. Form LRM); ☐ Landlord in Default Addendum (C.A.R. Form LID); ☐ Parking and Storage Disclosure (C.A.R. Form PSD); ☒ Bed Bug Disclosure (C.A.R. Form BBD); ☒ Tenant Flood Hazard Disclosure (C.A.R. Form TFHD); ☒ Rent Cap and Just Cause Addendum (C.A.R. Form RCJC)

☐ Other Documents/Addenda: _____

☐ Other Terms: _____

**47. LEGALLY AUTHORIZED SIGNER:** Wherever the signature or initials of the Legally Authorized Signer identified in **paragraphs 50** or **51** appear on this Agreement or any related documents, it shall be deemed to be in a representative capacity for the entity described and not in an individual capacity, unless otherwise indicated. The Legally Authorized Signer (i) represents that the entity for which that person is acting already exists and is in good standing to do business in California, and (ii) shall Deliver to the other Party, upon request, evidence of authority to act in that capacity (such as but not limited to: applicable portion of the trust or Certification Of Trust (Probate Code § 18100.5), letters testamentary, court order, power of attorney, corporate resolution, or formation documents of the business entity).

**48.** ☐ **INTERPRETER/TRANSLATOR:** The terms of this Agreement have been interpreted for Tenant into the following language: _____. Housing Provider and Tenant acknowledge receipt of the attached interpreter/translator agreement (C.A.R. Form ITA).

**49.** The Premises is being managed by Owner, (or, if checked):
☐ Housing Provider's Brokerage Firm in Real Estate Brokerage section ☐ Tenant's Brokerage Firm in Real Estate Brokers section
☐ Property Management firm immediately below

Real Estate Broker (Property Manager) N/A _____

(Agent) _____ DRE Lic # _____

Address _____ DRE Lic # _____

Telephone # _____

Housing Provider and Tenant acknowledge and agree Brokers: (a) do not guarantee the condition of the Premises; (b) cannot verify representations made by others; (c) cannot provide legal or tax advice; (d) will not provide other advice or information that exceeds the knowledge, education or experience required to obtain a real estate license. Furthermore, if Brokers are not also acting as Housing Provider in this Agreement, Brokers: (e) do not decide what rental rate a Tenant should pay or Housing Provider should accept; and (f) do not decide upon the length or other terms of this Agreement. Housing Provider and Tenant agree that they will seek legal, tax, insurance and other desired assistance from appropriate professionals.

RLMM REVISED 12/22 (PAGE 7 OF 9)   Tenant's Initials  ANM  /  EJM   Housing Providers Initials  ▮▮▮  /  ▮▮▮

**RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (RLMM PAGE 7 OF 9)**
Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com   Andrew N Mart,

Premises: _____ Date: 06/05/2023

**50. Tenant agrees to rent the Premises on the above terms and conditions.**

A. ☐ **ENTITY TENANT:** (Note: If this paragraph is completed, a Representative Capacity Signature Disclosure (C.A.R. Form RCSD) is not required for the Legally Authorized Signers designated below.)
(1) One or more Tenant is a trust, corporation, LLC, probate estate, partnership, holding a power of attorney or other entity.
(2) This Agreement is being Signed by a Legally Authorized Signer in a representative capacity and not for him/herself as an individual. See **paragraph 47** for additional terms.
(3) The name(s) of the Legally Authorized Signer(s) is: _____
(4) If a trust, identify Tenant as trustee(s) of the trust or by simplified trust name (ex. John Doe, co-trustee, Jane Doe, co-trustee or Doe Revocable Family Trust).
(5) If the entity is a trust or under probate, the following is the full name of the trust or probate case, including case #: _____

B. **TENANT SIGNATURE(S):**

(Signature) By, *Andrew N. Mart*
Printed name of Tenant: Andrew N Mart                                                          Date: 6/8/2023
☐ Printed Name of Legally Authorized Signer: _____
Address _____ City _____ Title, if applicable, _____
Telephone _____ Text _____ E-mail _____ State ____ Zip ____
(Signature) By, *Elizabeth J. Mart* (DocuSigned by:)
Printed name of: Elizabeth J. Mart                                                          Date: 6/8/2023
☐ Printed Name of Legally Authorized Signer: _____
Address _____ City _____ Title, if applicable, _____
Telephone _____ Text _____ E-mail _____ State ____ Zip ____
☐ IF MORE THAN TWO SIGNERS, USE Additional Signature Addendum (C.A.R. Form ASA).

☐ **GUARANTEE:** In consideration of the execution of this Agreement by and between Housing Provider and Tenant and for valuable consideration, receipt of which is hereby acknowledged, the undersigned ("Guarantor") does hereby: (i) guarantee unconditionally to Housing Provider and Housing Provider's agents, successors and assigns, the prompt payment of Rent and other sums that become due pursuant to this Agreement, including any and all court costs and attorney fees included in enforcing the Agreement; (ii) consent to any changes, modifications or alterations of any term in this Agreement agreed to by Housing Provider and Tenant; and (iii) waive any right to require Housing Provider and/or Housing Provider's agents to proceed against Tenant for any default occurring under this Agreement before seeking to enforce this Guarantee.

Guarantor (Print Name) _____
Guarantor _____
Address _____ City _____ Date _____
Telephone _____ Text _____ E-mail _____ State ____ Zip ____

**51. Housing Provider (owner or ☐ agent for owner) agrees to rent the Premises on the above terms and conditions.**

A. ☐ **ENTITY HOUSING PROVIDER:** (Note: If this paragraph is completed, a Representative Capacity Signature Disclosure form (C.A.R. Form RCSD) is not required for the Legally Authorized Signers designated below.)
(1) One or more Housing Provider is a trust, corporation, LLC, probate estate, partnership, holding a power of attorney or other entity.
(2) This Agreement is being Signed by a Legally Authorized Signer in a representative capacity and not for him/herself as an individual. See **paragraph 47** for additional terms.
(3) The name(s) of the Legally Authorized Signer(s) is: _____
(4) If a trust, identify Housing Provider as trustee(s) of the trust or by simplified trust name (ex. John Doe, co-trustee, Jane Doe, co-trustee or Doe Revocable Family Trust).
(5) If the entity is a trust or under probate, the following is the full name of the trust or probate case, including case #: _____

B. **HOUSING PROVIDER SIGNATURE(S):**

(Signature) By, _____                                        Date: 6/8/2023
Printed name of Housing Provider: ███████
☐ Printed Name of Legally Authorized Signer: _____
Address _____ City _____ Title, if applicable, _____
Telephone _____ Text _____ E-mail _____ State ____ Zip ____
(Signature) By, _____                                        Date: _____
Printed name of Housing Provider: _____
☐ Printed Name of Legally Authorized Signer: _____
Address _____ City _____ Title, if applicable, _____
Telephone _____ Text _____ E-mail _____ State ____ Zip ____
☐ IF MORE THAN TWO SIGNERS, USE Additional Signature Addendum (C.A.R. Form ASA).

**RLMM REVISED 12/22 (PAGE 8 OF 9)**



**RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (RLMM PAGE 8 OF 9)**

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com    Andrew N Mart,

Premises:

Date: *06/05/2023*

**REAL ESTATE BROKERS:**

**A.** Real estate brokers who are not also Housing Provider under this Agreement are not parties to the Agreement between Housing Provider and Tenant.

**B.** Agency relationships are confirmed in **paragraph 41**.

**C.** **COOPERATING BROKER COMPENSATION:** Listing Broker agrees to pay Cooperating Broker (Leasing Firm) and Cooperating Broker agrees to accept: **(I)** the amount specified in the MLS, provided Cooperating Broker is a Participant of the MLS in which the Property is offered for sale or lease or a reciprocal MLS; or **(ii)** ☐ (if checked) the amount specified in a separate written agreement between Listing Broker and Cooperating Broker.

Tenant's Brokerage Firm _N/A_

By (Agent) _____ DRE Lic. # _____

Address _____ DRE Lic. # _____ Date _____

Telephone _____ Text _____ City _____ State _____ Zip _____

E-mail _____

Housing Provider's Brokerage Firm _N/A_

By (Agent) _____ DRE Lic. # _____

Address _____ DRE Lic. # _____ Date _____

Telephone _____ Text _____ City _____ State _____ Zip _____

E-mail _____

© 2022, California Association of REALTORS®, Inc. United States copyright law (Title 17 U.S. Code) forbids the unauthorized distribution, display and reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS®. NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ACCURACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL. This form is made available to real estate professionals through an agreement with or purchase from the California Association of REALTORS®. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, LLC.
a subsidiary of the CALIFORNIA ASSOCIATION OF REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020



**RLMM REVISED 12/22 (PAGE 9 OF 9)**

**RESIDENTIAL LEASE OR MONTH-TO-MONTH RENTAL AGREEMENT (RLMM PAGE 9 OF 9)**

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com     Andrew N Mart,

# EXHIBIT 2
# (REDACTED)

Check out the details for your trip on  Sun, Aug 13

Français          Español

# jetBlue®

## You're all set to jet.

Thanks for choosing JetBlue. Get ready to enjoy the most legroom in coach*, free wi-fi & entertainment, and free snacks & drinks.

**Check in now**

Please note: This is not your boarding pass.

Your JetBlue confirmation code is

GN ███ Q

Get the latest entry and travel requirements for your trip.

## Change made easy.

Change or cancel flights, add extras like Even More® Space or pets, update your seat assignment, TrueBlue & KTN numbers, and other traveler details—all in one place. Stay safe from fraud—use only jetblue.com or the JetBlue app to change or cancel your flights.

**Manage trip**

You can also manage your trip by downloading our free mobile app.

## Flights

| NAS ▸ | FLL | Date | Sun, Aug 13 |
|---|---|---|---|
| Nassau, BS | Fort Lauderdale, FL | Departs | 1:09pm |
| Terminal: 2 | | Arrives | 2:14pm |
| | | Flight | 994 |

**jetBlue**

| FLL ▸ | SFO | Date | Sun, Aug 13 |
|---|---|---|---|
| Fort Lauderdale, FL | San Francisco, CA | Departs | 6:55pm |
| Terminal: 3 | Terminal: 1 | Arrives | 9:53pm |
| | | Flight | 277 |

**jetBlue**

## Traveler Details

**ELIZABETH MART**

Frequent Flier: **Add TrueBlue #**

Ticket number: 279█████79

NAS - FLL:

Seat: **9E**

Notes: Jet with your Pet

FLL - SFO:

Seat: **9D**

Notes: Priority security, Jet with your Pet, Even More® Space

**ANDREW MART**

Frequent Flier: **Add TrueBlue #**

Ticket number: 279 ████ 80

NAS - FLL:

Seat: **3D** 

Notes: Jet with your Pet, Even More® Space

FLL - SFO:

Seat: **9E**

Notes: Priority security, Jet with your Pet, Even More® Space

**A████ MART**

Frequent Flier: **Add TrueBlue #**

Ticket number: 279 ████ 81

NAS - FLL:

Seat: **3A**

Notes: Jet with your Pet, Even More® Space

FLL - SFO:

Seat: **9F**

Notes: Priority security, Jet with your Pet, Even More® Space

**N████ MART**

Frequent Flier: **Add TrueBlue #**

Ticket number: 279 ████ 77

**NAS - FLL:**

Seat: **5E**

Notes: Jet with your Pet, Even More® Space

**FLL - SFO:**

Seat: **8E**

Notes: Priority security, Jet with your Pet, Even More® Space

E███MART

Frequent Flier: **Add TrueBlue #**

Ticket number: 279███78

---

**NAS - FLL:**

Seat: **9F**

Notes: Child age 13 and under

**FLL - SFO:**

Seat: **8F**

Notes: Priority security, Child age 13 and under, Even More® Space

# Bag Allowance (per traveler)

| Sun, Aug 13 | Personal Item | Carry-on | 1st Bag | 2nd Bag |
| --- | --- | --- | --- | --- |



**NAS - SFO**   Free   Free   From $35   From $60
Up to 50 lbs   Up to 50 lbs

**Size and weight limits apply. See full details on our Bag Info page** ▶

**Additional charges may apply.**

The above prices reflect early pre-paid bag purchase available online now and until 24 hours before departure. Bag fees are higher during check-in. Visit our Bag Info page for details.



# Unlocked: deals on wheels.

Your flight has unlocked up to 35% off car rentals with Paisly by JetBlue. Plus, you can earn a trunkful of TrueBlue points.

Unlock deals

**Flight Tracker**  |  **Bag Info**  |  **Airport Info**

# All things travel, all from JetBlue.

# EXHIBIT 3
# (REDACTED)

Your checked bag(s) have been put on the plane.

# jetBlue

## ▌Bag Tracking Update

Hello, Elizabeth Jillian.

The following bag(s) have been loaded on Flight 994 to Fort Lauderdale, FL (FLL):

52 ███ 66
52 ███ 67
52 ███ 65
52 ███ 70
52 ███ 69
52 ███ 68
52 ███ 72
52 ███ 73
52 ███ 71
52 ███ 76
52 ███ 75
52 ███ 74
52 ███ 77
52 ███ 78
52 ███ 79
52 ███ 78
52 ███ 79
52 ███ 80

Visit our flight tracker.

Need help with your bags? Find it at https://www.jetblue.com/help/bag-claims.

Thanks again for choosing JetBlue.

-The JetBlue Bag Service Team



Help | Business Travel | Privacy | About JetBlue

Add jetblueairways@email.jetblue.com to your address book to ensure delivery to your inbox.

This e-mail was sent to liz@martfamily.com. We're sorry but email sent in reply to this message will not be answered. If you have questions, please visit the Help section at jetblue.com. JetBlue Airways, 6322 South 3000 East, Suite G10, Salt Lake City, UT 84121.

© 2023 JetBlue Airways Corporation

Your checked bag(s) have been put on the plane.

# jetBlue·

# ▪Bag Tracking Update

Hello, Elizabeth Jillian.

The following bag(s) have been loaded on Flight 277 to San Francisco, CA (SFO):

| | |
|---|---|
| 52 | ███ 67 |
| 52 | ███ 65 |
| 52 | ███ 66 |
| 52 | ███ 70 |
| 52 | ███ 69 |
| 52 | ███ 68 |
| 52 | ███ 72 |
| 52 | ███ 73 |
| 52 | ███ 71 |
| 52 | ███ 76 |
| 52 | ███ 75 |
| 52 | ███ 74 |
| 52 | ███ 77 |
| 52 | ███ 78 |
| 52 | ███ 79 |
| 52 | ███ 78 |
| 52 | ███ 79 |
| 52 | ███ 80 |

Visit our flight tracker.

Need help with your bags? Find it at https://www.jetblue.com/help/bag-claims.

Thanks again for choosing JetBlue.

-The JetBlue Bag Service Team


**Let's stay connected.**
Download the JetBlue app.    

Help     |     Business Travel     |     Privacy     |     About JetBlue

Add jetblueairways@email.jetblue.com to your address book to ensure delivery to your inbox.

This e-mail was sent to liz@martfamily.com. We're sorry but email sent in reply to this message will not be answered. If you have questions, please visit the Help section at jetblue.com. JetBlue Airways, 6322 South 3000 East, Suite G10, Salt Lake City, UT 84121.

© 2023 JetBlue Airways Corporation

Your checked bag(s) have arrived.

# jetBlue

## ■Bag Tracking Update

Hello, Elizabeth Jillian.

Bags from Flight 277 may be retrieved at carousel at San Francisco, CA (SFO).

| 52 | 67 |
| 52 | 65 |
| 52 | 66 |
| 52 | 70 |
| 52 | 69 |
| 52 | 68 |
| 52 | 72 |
| 52 | 73 |
| 52 | 71 |
| 52 | 76 |
| 52 | 75 |
| 52 | 74 |
| 52 | 77 |
| 52 | 78 |
| 52 | 79 |
| 52 | 78 |
| 52 | 79 |
| 52 | 80 |

Please note that the carousel number is subject to change based on local airport operations. Remember to check your tag, as many bags look alike.

Need help with your bags? Find it at https://www.jetblue.com/help/bag-claims.

Thanks again for choosing JetBlue.

-The JetBlue Bag Service Team



Help  |  Business Travel  |  Privacy  |  About JetBlue

Add jetblueairways@email.jetblue.com to your address book to ensure delivery to your inbox.

This e-mail was sent to liz@martfamily.com. We're sorry but email sent in reply to this message will not be answered. If you have questions, please visit the Help section at jetblue.com. JetBlue Airways, 6322 South 3000 East, Suite G10, Salt Lake City, UT 84121.

© 2023 JetBlue Airways Corporation

# EXHIBIT 4
# (REDACTED)



**MEDITERRANEAN SHIPPING COMPANY (USA) Inc.**

Mediterranean Shipping Company (USA) Inc.
8240 NW 52nd Terrace Suite 201
Miami , FL 33166
USA
usa-import.customerservice@msc.com
1-888-262-2520

*AS AGENTS FOR: MEDITERRANEAN SHIPPING CO.*

**The original Bill of Lading, if required, must be endorsed by the Consignee**

## ARRIVAL NOTICE

|   | VESSEL NAME | VOYAGE No. | Estimated Arrival Date |
|---|---|---|---|
| A | | | |
| B | MSC GIULIA | 335A | 10/17/2023 |
|   | FLAG REGISTRY | BILL OF LADING No. | PRINT DATE |
| A | | | |
| B | Portugal | MEDUN6024784 | 10/10/2023 |

In the case of a transshipment the second-line vessel (b) is U.S. final discharge.

Transshipment Port: RODMAN

| ORIGIN LOCATION | PORT OF LOADING | PORT OF DISCHARGE | FINAL DESTINATION | No. Cont. | No. Pkgs. | WEIGHT (Kgs.) | MEASURE(Cbm) |
|---|---|---|---|---|---|---|---|
| | NASSAU | OAKLAND | | 1 | 513 | 8,694 | .00 |

IT INFORMATION
IT LOCATION:                                    FIRMS CODE:

CARGO DESCRIPTION
USED HOUSEHOLD & PERSONAL EFFECTS PROPERTY OF ELIZABETH
MART

CONTAINER NUMBER
MEDI■ 28■ 40HC
1'■ 3'■

Chassis Number
*

SHIPPER   WIDE WORLD FORWARDING

CONSIGNEE
TRUE NORTH RELOCATION LLC

NOTIFY
TRUE NORTH RELOCATION LLC
1615 SW Cambridge Street
Seattle, Washington  98106

| FREIGHT AND CHARGES | COLLECT |
|---|---|
| | |

PORT OF DISCHARGE LOCATION
**OAKLAND INTERNATION CONTAINER TERMINAL
SSA Term.Berth 58; 1717 Middle Harbor Rd.  Firms Code: Z985
AVAILABILITY:(877)221-8873 .**

| | TOTALS: | |
|---|---|---|

**Last Free Day (LFD) is now available on www.mymsc.com Please visit our improved website available 24/7!**

MSC expressly reserves its rights to invoice the Merchant any Storage, Detention & Demurrage costs accrued over the applicable free time and resulting from the extraordinary disorders
currently experienced at destination in the on-carriage of cargo to final place of delivery.
NOTE: Please contact Local Port Agent for instructions regarding the return of the empty equipment

ALL COLLECT CHARGES AND ORIGINAL B/L IF REQUIRED MUST BE SURRENDERED PRIOR TO RELEASE OF CARGO ; PERSONAL CHECKS ARE NOT ACCEPTED

# EXHIBIT 5
# (REDACTED)



# ENERGY STATEMENT
www.pge.com/MyEnergy

**Statement Date:** 08/04/2023
**Due Date:** 08/25/2023

## Service For:

Elizabeth Mart

CA 95

### Questions about your bill?

Mon-Fri 7 a.m.-7 p.m.
Saturday 8 a.m.-5 p.m.
Phone: 1-800-743-5000
www.pge.com/MyEnergy

### Ways To Pay

www.pge.com/waystopay

## Your Account Summary

| | |
|---|---|
| Current PG&E Electric Delivery Charges | 5.70 |
| Valley Clean Energy Alliance Electric Generation Charges | 3.23 |
| Current Gas Charges | 3.40 |

**Total Amount Due** by 08/25/2023     7.33



**Monthly Billing History**

Visit **www.pge.com/MyEnergy** for a detailed bill comparison

## Important Messages

Please be advised that as of March 15, 2023, PG&E's local offices have permanently closed. To make an in-person payment, please utilize one of our authorized neighborhood payment centers. Please bring a copy of your bill. To find a location near you, visit **www.pge.com** or call 1-800-743-5000.

Continued on page 6

---

Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.

99     J00001673     3

| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
|---|---|---|---|
| 29 | 08/25/2023 | $ 7.33 | $ |

ELIZABETH MART

CA 95

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300

# EXHIBIT 6
# (REDACTED)

# PG&E

## Billing & Payment History
### Billing Summary for Account # ████ 29 █████

| Billing Address | Last Payment | Last Received | Amount Due | Due Date |
|---|---|---|---|---|
| ████████ CA 95██ | ████ | 06/11/24 | ████ | 06/26/24 |

## Bills and Payments (Past 24 Months)

| Date | Type | Amount | Payment Method | Status |
|---|---|---|---|---|
| 06/11/24 | Payment | 9.00 | ████████ | Pending |
| 06/10/24 | Payment | 1.20 | | Processed |
| 06/10/24 | Payment | .01 | | Processed |
| 06/05/24 | Bill | .19 | | |
| 05/10/24 | Payment | 9.00 | | Processed |
| 05/06/24 | Bill | .49 | | |
| 04/09/24 | Payment | 9.00 | | Processed |
| 04/04/24 | Bill | .40 | | |
| 03/12/24 | Payment | 9.00 | | Processed |
| 03/06/24 | Bill | .82 | | |
| 02/09/24 | Payment | 9.00 | | Processed |
| 02/05/24 | Bill | .30 | | |
| 01/09/24 | Payment | 2.78 | | Processed |
| 01/05/24 | Bill | .78 | | |
| 12/18/23 | Payment | | | Cancelled |
| 12/11/23 | Payment | 9.37 | | Processed |
| 12/06/23 | Bill | .37 | | |
| 11/13/23 | Payment | 6.54 | | Processed |
| 11/03/23 | Bill | .54 | | |
| 10/11/23 | Payment | 0.16 | | Processed |
| 10/04/23 | Bill | .16 | | |
| 09/27/23 | Payment | | | Cancelled |
| 09/11/23 | Payment | 6.90 | | Processed |
| 09/06/23 | Bill | .57 | | |
| 08/25/23 | Payment | .33 | | Processed |
| 08/25/23 | Payment | 33 | | Returned |
| 08/04/23 | Bill | 33 | | |

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. Pacific Gas and Electric Company. All rights reserved.

# Payment Reference Letter

## Payment Summary for Account

**ACCOUNT NUMBER**

██ 29 ██

**CUSTOMER NAME**

Mart,Elizabeth

**TODAY'S DATE**

06/11/2024

**MAILING ADDRESS**

████████████
████ CA 95 ██

**ACCOUNT SERVICE STARTED**

07/13/2023

**ACCOUNT SERVICE ENDED**

Account Service Currently Active

**PREMISES LINKED TO THIS ACCOUNT**

**ADDRESS 1:**



████████ CA 95 ██

---

**NUMBER OF 15 DAY NOTICES RECEIVED WITHIN LAST 12 MONTHS:**    0

**NUMBER OF 48 HOUR NOTICES RECEIVED WITHIN LAST 12 MONTHS:**    0

**NUMBER OF CHECKS RETURNED TO MAKER WITHIN LAST 12 MONTHS:**    1

© Pacific Gas & Electric Company

**NUMBER OF TIMES SERVICE HAS BEEN DISCONNECTED
FOR NON-PAYMENT IN LAST 12 MONTHS:**

0

© Pacific Gas & Electric Company

# EXHIBIT 7
# (REDACTED)

# Andrew Mart
# Bahamas Driver's Licenses 2005-2025

| | |
|---|---|
| 2005 - 2007 |  |
| 2008 - 2010 | |
| 2013 - 2016 | |
| 2017 - 2019 | |
| 2020 - 2022 | |
| 2023-2025 | |



**BAHAMAS**
ROAD TRAFFIC ACT 1958
# CERTIFICATE OF INSURANCE

Certificate No. PMP00224771823317119█ 001

Policy No. PIC9MP 00224█ █

**1. The Vehicle**
001  2007
MITSUBISHI MONTERO JEEP

Serial No. JMYLRV96W73096█
Licence No.

**2. Policy Holder** ANDREW HART

**3. Effective date of the commencement of
insurance for the purposes of the Act.**   03/07/19

**4. Date of expiry of insurance**   03/07/20

**5. Persons or classes of persons entitled to drive***

    (a)  The Policy Holder.

The Policy Holder may also drive a private motor
car not belonging to him and not hired to him
under a hire purchase agreement.

(b) Any other person 25 years and over who is driving on
Policy Holder's order or with his permission.

Provided that the person driving holds a licence to drive the Motor Vehicle or has held and is not
disqualified from holding or obtaining such a licence. The term "licence" means a licence or other permit
required by the licensing or other laws or regulations.

**6. Limitations as to use***

Use only for social domestic and pleasure purposes
and for the Policy Holder's business.

The Policy does not cover use for hire or reward
racing pacemaking reliability trial speed-testing
or use for any purpose in connection with the
Motor Trade.

*Limitations rendered inoperative by section 14 of the Road Traffic Act 1958, are not to be included under this heading.

**I/We, hereby Certify** that the policy to which the certificate relates is issued in accordance with the
provisions of the above mentioned Act.

Hour of Issue: 23:17
Date of Issue: 22/05/19

Bahamas First General Ins. Co.
Authorized Insurer

PROFESSIONAL INSURANCE
                  Agent

EDITH

AGENT COPY

B.X. 1

BAHAMAS

ROAD TRAFFIC ACT 1958

## CERTIFICATE OF INSURANCE

Certificate No. PMP0022477192326120█ ███   001        Policy No. PIC PMP 00224█ ██

1. The Vehicle

   001   2007

     MITSUBISHI MONTERO JEEP        Serial No. JMYLRV96W7J000█ ██
                                  Licence No.

2. Policy Holder ANDREW MART

3. Effective date of the commencement of
   insurance for the purposes of the Act.        03/07/20

4. Date of expiry of insurance        03/07/21

5. Persons or classes of persons entitled to drive*

     (a)  The Policy Holder.

     The Policy Holder may also drive a private motor
     car not belonging to him and not hired to him
     under a hire purchase agreement.

     (b) Any other person 25 years and over who is driving on
     Policy Holder's order or with his permission.

     ████████████

Provided that the person driving holds a licence to drive the Motor Vehicle or has held and is not
disqualified from holding or obtaining such a licence. The term "licence" means a licence or other permit
required by the licensing or other laws or regulations.

6. Limitations as to use*

     Use only for social domestic and pleasure purposes
     and for the Policy Holder's business.

     The Policy does not cover use for hire or reward
     racing pacemaking reliability trial speed-testing
     or use for any purpose in connection with the
     Motor Trade.

*Limitations rendered inoperative by section 14 of the Road Traffic Act 1958, are not to be included under this heading.

I/We, hereby Certify that the policy to which the certificate relates is issued in accordance with the
provisions of the above mentioned Act.

Hour of issue: 23:26
Date of issue: 03/06/20

                                Bahamas First General Ins. Co.
                                Authorized Insurer

                                PROFESSIONAL INSURANCE
                                                Agent

AGENT COPY

B.X. 1



**BAHAMAS FIRST**
*General Insurance Company Limited*

**RENEWAL POLICY SCHEDULE**

**PRIVATE MOTOR**

INSURERS: BAHAMAS FIRST GENERAL INSURANCE COMPANY LIMITED
TIN: 100009600

POLICY NO. PIC  PMP 00224█
SCHEDULE NO. 1600

ACCOUNT
NAME:  ANDREW MART █████████████

**COVERAGE PROVIDED**
COMPREHENSIVE + HURRICANE
ALL SECTIONS OF THIS POLICY ARE
OPERATIVE

THE INSURED: SAME AS ABOVE
BUSINESS/PROFESSION: NOT APPLICABLE
AGENT/BROKER: PROFESSIONAL INSURANCE
TIN: 100053142

**PERIOD OF INSURANCE**
(a) From  03/07/17
    To     03/07/18
(b) Any subsequent period for which
    the Insurers accept a renewal
    premium.

| | | |
|---|---|---|
| PREMIUM | B | $812.57 |
| VAT | B | $60.94 |
| TOTAL | B | $873.51 |

NO CLAIMS DISCOUNT ALLOWED 60%

NO. YEAR  DESCRIPTION
001 07   MITSUBISHI MONTERO JEEP

CHASSIS NUMBER
JMYLRV98W7J00█

VALUE
$15,232.21

EXCESS: In respect of each event the Insurers shall not be liable for the following amounts being the first portion of the amount otherwise payable under
(i)  Section A-1

(ii) Section A-1 Whilst the Motor Vehicle is being driven by any person who is
     (a) Under 25 years of age                                                    B  $400.00
     (b) The holder of a learner's provisional licence or is the holder of a driving   B  $200.00    in addition to
         licence (other than a learner's provisional driving licence) which has                     the amount in
         been in force for less than two years                                   B  $175.00    (i) above

AUTHORIZED DRIVERS: The persons or classes of persons defined in Item 5 of the current Certificate of Insurance.
Provided that the person driving holds a licence to drive the Motor Vehicle and is not disqualified from holding or obtaining
such a licence. The term "licence" means a licence or other permit required by the licensing or other laws or regulations.
LIMITATIONS AS TO USE: As defined in Item 6 of the current Certificate of Insurance.

BAHAMAS FIRST GENERAL INSURANCE COMPANY LIMITED
AUTHORIZED INSURER

PROFESSIONAL INSURANCE
AGENTS

PROFESSIONAL INSURANCE
CONSULTANTS LTD

█E OF ISSUE:  14/06/17
█ OF ISSUE:  12:15   SPETI

AGENT COPY

PAGE 1 of 1



**BAHAMAS FIRST**
General Insurance Company Limited

### RENEWAL POLICY SCHEDULE

| PRIVATE MOTOR | POLICY NO. PIC  PMP 0022█ |
| --- | --- |
| | SCHEDULE NO. 1800 |

INSURERS: BAHAMAS FIRST GENERAL INSURANCE COMPANY LIMITED
TIN: 100009600

COVERAGE PROVIDED

ACCOUNT
NAME:  ANDREW MART

COMPREHENSIVE + HURRICANE
ALL SECTIONS OF THIS POLICY ARE
OPERATIVE

NASSAU, BAHAMAS
THE INSURED: SAME AS ABOVE
BUSINESS/PROFESSION: NOT APPLICABLE
AGENT/BROKER: PROFESSIONAL INSURANCE
TIN: 100053142

PERIOD OF INSURANCE
(a) From  03/07/19
     To     03/07/20
(b) Any subsequent period for which
    the Insurers accept a renewal
    premium.

| PREMIUM | B | $897.83 |
| --- | --- | --- |
| VAT | B | $107.74 |
| TOTAL | B | $1,005.57 |

NO CLAIMS DISCOUNT ALLOWED 60%

| NO. | YEAR | DESCRIPTION | CHASSIS NUMBER | VALUE |
| --- | --- | --- | --- | --- |
| 001 | 07 | MITSUBISHI MONTERO JEEP | JMYLRV96W7J000█ | $11,005.26 |

EXCESS: In respect of each event the Insurers shall not be liable for the following amounts being the first portion of the amount otherwise payable under

(i) Section A-1                                                                    B  $400.00

(ii) Section A-1 Whilst the Motor Vehicle is being driven by any person who is
    (a) Under 25 years of age                                                     B  $200.00    } in addition to
    (b) The holder of a learner's provisional licence or is the holder of a driving                    the amount in
        licence (other than a learner's provisional driving licence) which has                         (i) above
        been in force for less than two years                                     B  $175.00

AUTHORIZED DRIVERS: The persons or classes of persons defined in Item 5 of the current Certificate of Insurance.
Provided that the person driving holds a licence to drive the Motor Vehicle and is not disqualified from holding or obtaining
such a licence. The term "licence" means a licence or other permit required by the licensing or other laws or regulations.
LIMITATIONS AS TO USE: As defined in Item 6 of the current Certificate of Insurance.

BAHAMAS FIRST GENERAL INSURANCE COMPANY LIMITED
AUTHORIZED INSURER

PROFESSIONAL INSURANCE
AGENTS

ISSUE:  22/05/19
ISSUE:  23:17    EDITH

AGENT COPY

PAGE 1 of 1



## BAHAMAS FIRST
*General Insurance Company Limited*

### RENEWAL POLICY SCHEDULE

**PRIVATE MOTOR**

INSURERS  BAHAMAS FIRST GENERAL INSURANCE COMPANY LIMITED
TIN: 100000600

ACCOUNT
NAME    ANDREW MART

NASSAU, BAHAMAS
THE INSURED: SAME AS ABOVE
BUSINESS/PROFESSION: NOT APPLICABLE
AGENT/BROKER: PROFESSIONAL INSURANCE

TIN: 100053142

POLICY NO. PIG  PMP 0022
SCHEDULE NO. 1900

**COVERAGE PROVIDED**

COMPREHENSIVE + HURRICANE
ALL SECTIONS OF THIS POLICY ARE
OPERATIVE

**PERIOD OF INSURANCE**
(a) From  03/07/20
    To     03/07/21
(b) Any subsequent period for which
    the Insurers accept a renewal
    premium.

| PREMIUM | B | $851.31 |
| VAT | B | $102.16 |
| TOTAL | B | $953.47 |

NO CLAIMS DISCOUNT ALLOWED 60%

**NO. YEAR DESCRIPTION**
001 07    MITSUBISHI MONTERO JEEP

EXCESS: In respect of each event the Insurers shall not be liable for the following amounts being the first portion of the amount otherwise payable under
  (i) Section A-1

  (ii) Section A-1 Whilst the Motor Vehicle is being driven by any person who is
      (a) Under 25 years of age
      (b) The holder of a learner's provisional licence or is the holder of a driving
          licence (other than a learner's provisional driving licence) which has
          been in force for less than two years

| CHASSIS NUMBER | VALUE |
| JMYLRV96W7J000 | $9,354.47 |

B $400.00

B $200.00   } in addition to
            the amount in
B $175.00   } (i) above

AUTHORIZED DRIVERS: The persons or classes of persons defined in item 5 of the current Certificate of Insurance
Provided that the person driving holds a licence to drive the Motor Vehicle and is not disqualified from holding or obtainin
such a licence. The term "licence" means a licence or other permit required by the licensing or other laws or regulations.
LIMITATIONS AS TO USE: As defined in item 6 of the current Certificate of Insurance.

BAHAMAS FIRST GENERAL INSURANCE COMPANY LIMITED
AUTHORIZED INSURER

PROFESSIONAL INSURANCE
AGENTS

TE OF ISSUE:  03/06/20
E OF ISSUE:   23:26    OWNER

AGENT COPY

PAGE 1 of 1



Bahamas **FIRST** F.

## NEW BUSINESS POLICY SCHEDULE

### PRIVATE MOTOR

| INSURERS: BAHAMAS FIRST GENERAL INSURANCE COMPANY LIMITED TIN: 100009600 | POLICY NO.: BPM0059 ▇ |
|---|---|

| | **PERIOD OF INSURANCE:** |
|---|---|
| ACCOUNT NAME: Mr ANDREW MART<br>ADDRESS: ▇▇▇ New Providence, The Bahamas<br>THE INSURED: Mr ANDREW MART | − From 10:00 Hours September 1, 2021 To 23:59 Hours September 1, 2022<br>− Time of issue: 12:23 Hours<br>− Any subsequent period for which the Insurers accept a renewal premium. |

| AGENT/BROKER: Professional Insurance Consultants Limited<br>AGENT TIN: | POLICY CURRENCY: | Bahamian Dollar |
|---|---|---|
| | PREMIUM: | $871.64 |
| | VAT: | $104.60 |
| | TOTAL: | $976.23 |

| NO.: | 1 |
|---|---|
| **DESCRIPTION:** | 2007 MITSUBISHI MONTERO Jeep; Engine Size - 3000cc; Seating - 5 |
| **CHASSIS NUMBER:** | JMYLRV96W7J00▇ ▇ |
| **VALUE:** | $7,951.29 |
| **COVERAGE PROVIDED:** | Comprehensive + HURRICANE - ALL SECTIONS OF THIS POLICY ARE OPERATIVE |
| **VEHICLE MODIFIED?:** | No |
| **NO CLAIMS DISCOUNT:** | 60% |
| **LOSS PAYEE:** | None |
| **RISK PREMIUM:** | $871.64 |

**EXCESS:**

In respect of each event the insurers shall not be liable for the following amounts being the first portion of the amount otherwise payable under

(i) Section A-1                                                                                          $400.00

(ii) Section A-1 Whilst the Motor Vehicle is being driven by any person who is

   (a)   Under 25 years of age                                                              $200.00

   (b)   The holder of a learner's provisional licence or is the holder of a Driving licence (other than a learner's provisional driving licence) Which has been in force for less than two years                                                              $175.00   } in addition to the amount in (i) above

**AUTHORIZED DRIVERS:**

The persons or classes of persons defined in item 5 of the current Certificate of Insurance provided that the person driving holds a valid license to drive a Motor Vehicle and is not disqualified from holding or obtaining such license. The term "license" means a license or other permit required by the licensing or other laws or regulations.

**LIMITATIONS AS TO USE:**

As defined in item 6 of the current Certificate of Insurance

I/We, hereby Certify that the policy to which the certificate relates is issued in accordance with the provisions of the above menti...
Act.

Printed On: September 2, 2021 @ 12:25:23 PM By: ▇▇▇ ▇
Date of issue: September 2, 2021

Bahamas First General Insurance Company | Bahamas First Centre | 53-6238 | 32 Collins Ave | Nassau | Bahamas | Phone 242-302-3900

Page 1 o

Bahamas FIRST

RENEWAL POLICY SCHEDULE
PRIVATE MOTOR

INSURERS: BAHAMAS FIRST GENERAL INSURANCE COMPANY LIMITED
TIN: 100009600

POLICY NO.: BPM0059(...)
PERIOD OF INSURANCE:
- From 00:00 Hours September 1, 2022 To 23:59 Hours September 1, 2023
- Time of issue: 16:10 Hours
- Any subsequent period for which the Insurers accept a renewal premium

ACCOUNT NAME: Mr ANDREW MART
ADDRESS: (...) New Providence, The Bahamas
THE INSURED: Mr ANDREW MART
AGENT/BROKER: Professional Insurance Consultants Limited
AGENT TIN:

POLICY CURRENCY: Bahamian Dollar
PREMIUM: $601.75
VAT: $60.17
TOTAL: $661.92

NO.: 1
DESCRIPTION: 2007 MITSUBISHI MONTERO Jeep; Engine Size - 3000cc; Seating - 5
CHASSIS NUMBER: JMYLRV96W7J00(...)
VALUE: $6,758.00
COVERAGE PROVIDED: Comprehensive + HURRICANE - ALL SECTIONS OF THIS POLICY ARE OPERATIVE
VEHICLE MODIFIED?: No
NO CLAIMS DISCOUNT: 60%
LOSS PAYEE: None
RISK PREMIUM: $601.75
EXCESS: In respect of each event the insurers shall not be liable for the following amounts being the first portion of the amount otherwise payable under

(i) Section A-1 — $400.00

(ii) Section A-1 Whilst the Motor Vehicle is being driven by any person who is

(a) Under 25 years of age — $200.00

(b) The holder of a learner's provisional licence or is the holder of a Driving licence (other than a learner's provisional driving licence) Which has been in force for less than two years — $175.00 (in addition to the amount in (i) above)

AUTHORIZED DRIVERS: The persons or classes of persons defined in item 5 of the current Certificate of Insurance provided that the person driving holds a valid license to drive a Motor Vehicle and is not disqualified from holding or obtaining such license. The term "license" means a license or other permit required by the licensing or other laws or regulations.

LIMITATIONS AS TO USE: As defined in item 6 of the current Certificate of Insurance

I/We, hereby Certify that the policy to which the certificate relates is issued in accordance with the provisions of the above mentioned Act.

Bahamas FIRST
BAHAMAS FIRST GENERAL INSURANCE COMPANY LIMITED

Professional Insurance Consultants Limited
AUTHORIZED AGENT

Bahamas First General Insurance Company | Bahamas First Centre | 55-6238 | 32 Collins Ave | Nassau | Bahamas | Phone 242-302-3900

# Bahamas FIRST F

## NEW BUSINESS POLICY SCHEDULE

### PRIVATE MOTOR

**INSURERS:** BAHAMAS FIRST GENERAL INSURANCE COMPANY LIMITED
**TIN:** 100009600

**POLICY NO.:** BPM001█ █

**ACCOUNT NAME:** Mr ANDREW MART
**ADDRESS:** ███████ New Providence, The Bahamas
**THE INSURED:** Mr ANDREW MART
**AGENT/BROKER:** Professional Insurance Consultants Limited
**AGENT TIN:**

**PERIOD OF INSURANCE:**
- From 09:10 Hours December 23, 2020 To 23:59 Hours December 23, 2021
- Time of issue: 09:14 Hours
- Any subsequent period for which the Insurers accept a renewal premium.

| POLICY CURRENCY: | Bahamian Dollar |
|---|---|
| PREMIUM: | $345.02 |
| VAT: | $41.40 |
| TOTAL: | $386.42 |

| | |
|---|---|
| **NO.:** | 1 |
| **DESCRIPTION:** | 1999 HONDA Accord Sedan/Saloon; Engine Size - 2.3L; Seating - 5 |
| **CHASSIS NUMBER:** | JHMCG█ █C004█ █ |
| **COVERAGE PROVIDED:** | Third Party - SECTION A, SECTION C AND SECTION E OF THIS POLICY ARE INOPERATIVE |
| **VEHICLE MODIFIED?:** | No |
| **NO CLAIMS DISCOUNT:** | 20% |
| **LOSS PAYEE:** | None |
| **RISK PREMIUM:** | $345.02 |
| **EXCESS:** | In respect of each event the Insurers shall not be liable for the following amounts being the first portion of the amount otherwise payable under |

(i) Section A-1 — N/A

(ii) Section A-1 Whilst the Motor Vehicle is being driven by any person who is — N/A

(a) Under 25 years of age — N/A

(b) The holder of a learner's provisional licence or is the holder of a Driving licence (other than a learner's provisional driving licence) Which has been in force for less than two years — N/A *(in addition to the amount in (i) above)*

**AUTHORIZED DRIVERS:** The persons or classes of persons defined in item 5 of the current Certificate of Insurance provided that the person driving holds a valid license to drive a Motor Vehicle and is not disqualified from holding or obtaining such license. The term "license" means a license or other permit required by the licensing or other laws or regulations.

**LIMITATIONS AS TO USE:** As defined in item 6 of the current Certificate of Insurance

BAHAMAS FIRST GENERAL INSURANCE COMPANY LIMITED

Professional Insurance Consultants Limited
**AUTHORIZED AGENT**

Printed On: December 23, 2020 @ 09:14:33 By Sl████ np
Date of issue: December 23, 2020

Page 1

# Bahamas FIRST F

## RENEWAL POLICY SCHEDULE
## PRIVATE MOTOR

| | |
|---|---|
| INSURERS: BAHAMAS FIRST GENERAL INSURANCE COMPANY LIMITED<br>TIN: 100000A00 | POLICY NO.: BPM00⬛ ⬛ |

| | | |
|---|---|---|
| | PERIOD OF INSURANCE:<br>– From 11:07 Hours December 30, 2021 To 23:59 Hours December 30, 2022<br>– Time of Issue: 11:08 Hours<br>– Any subsequent period for which the Insurers accept a renewal premium. | |
| ACCOUNT NAME: Mr ANDREW MART<br>ADDRESS ⬛⬛ New Providence, The Bahamas<br>THE INSURED: Mr ANDREW MART | POLICY CURRENCY: | Bahamian Dollar |
| AGENT/BROKER: Professional Insurance Consultants Limited<br>AGENT TIN: | PREMIUM: | $283.25 |
| | VAT: | $33.99 |
| | TOTAL: | $317.24 |

| | |
|---|---|
| NO.: | 1 |
| DESCRIPTION: | 1999 HONDA Accord Sedan/Saloon; Engine Size - 2.3L; Seating - 5 |
| CHASSIS NUMBER: | JHMCG⬛ ⬛C00⬛ ⬛ |
| COVERAGE PROVIDED: | Third Party - SECTION A, SECTION C AND SECTION E OF THIS POLICY ARE INOPERATIVE |
| VEHICLE MODIFIED?: | No |
| NO CLAIMS DISCOUNT: | 20% |
| LOSS PAYEE: | None |
| RISK PREMIUM: | $283.25 |

| | | |
|---|---|---|
| EXCESS: | In respect of each event the insurers shall not be liable for the following amounts being the first portion of the amount otherwise payable under | |
| | (i) Section A-1 | N/A |
| | (ii) Section A-1 Whilst the Motor Vehicle is being driven by any person who is | |
| | (a) Under 25 years of age | N/A |
| | (b) The holder of a learner's provisional licence or is the holder of a Driving licence (other than a learner's provisional driving licence) Which has been in force for less than two years | } in addition to the amount in (i) above<br>N/A |

**AUTHORIZED DRIVERS:** The persons or classes of persons defined in item 5 of the current Certificate of Insurance provided that the person driving holds a valid license to drive a Motor Vehicle and is not disqualified from holding or obtaining such license. The term "license" means a license or other permit required by the licensing or other laws or regulations.

**LIMITATIONS AS TO USE:** As defined in item 6 of the current Certificate of Insurance

I/We, hereby Certify that the policy to which the certificate relates is issued in accordance with the provisions of the above mentioned Act.

Bahamas FIRST F

Printed On: December 30, 2021 @ 11:08:47 AM By ⬛⬛⬛⬛ e
Date of Issue: December 23, 2020

Page 1 of 4