# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO. 9:24-cv-80499-RLR

JTC SKYWAVE INVESTMENTS, LTD,
and HARALD McPIKE,

    Plaintiffs,

v.

ANDREW N. MART, DEANNA BOIES,
LUMINESCENCE LLC, LUMINESCENCE
LLC, and LUMINASTRA, LLC,

    Defendants.

_____/

**DECLARATION OF DEANNA BOIES**

I, Deanna Boies, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of eighteen (18) years, am competent to furnish this declaration, and do so based upon my personal knowledge of the facts and personal involvement in the matters stated herein.

2. As I have previously declared, I am a fulltime resident of Illinois. I supplement my previous May 7, 2024 declaration in specific response to contentions Plaintiffs include in their Response Memorandum to Defendants' Motion to Dismiss, ECF No. 25, and to corroborate facts I previously declared.

3. Consistent with my previously declaration, I moved to Illinois on in August 2019. Attached as Exhibit 1 is a true and correct copy of an account ledger for my payments for my residence in Illinois located at 1351 Ivy Lane, Apartment # 103, Naperville Illinois 60563 (the "Account Ledger").

1

CASE NO.: 9:24-cv-80499-RLR

4. The column Unit shows "51-103" which corresponds to 1351 Ivy Lane, Apartment # 103 of the Arbors of Brookdale community in Naperville, Illinois.

5. My utilities were paid through the Arbors of Brookdale community as reflected in the Account ledger.

6. Attached as Exhibit 2 is a true and correct copy of my receipt from U-Haul for my move to Illinois from Florida on August 2, 2019.

7. I executed the Call Option Agreement, ECF No. 1-3, in Illinois.

8. As admitted in the Complaint, I have continued to reside in Illinois through the date of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2024

_/s/ Deanna Boies_
Deanna Boies

2

# EXHIBIT 1 (REDACTED)

Apartment Management Consultants - **Arbors of Brookdale**

Parameters: T00001371 Transactions Dated From:1/1/1900 to 12/31/2099

| **Name :** | Boies, Deanna | | **Applied :** | 05/21/2019 | |
|---|---|---|---|---|---|
| **Address :** | 55662 Radcliff Rd | | **Moved In :** | 06/04/2019 | **Moved Out :** |
| | Naperville, IL 60563 | | **Lease Start :** | 06/04/2019 | 06/30/2020 |
| **Resident I.D.:** | T00001371 | | **Lease End :** | 06/30/2020 | |

| Unit | Date | Document | Description | Period | Charge | Credit | Running Total | Balance |
|---|---|---|---|---|---|---|---|---|
| 51-103 | 05/21/2019 | : | CH  APPF - Deanna boies | 201905 | 65.00 | | 65.00 | 0 |
| 51-103 | 05/21/2019 | : | CI  NREF - Deanna boies | 201905 | 300.00 | | 365.00 | 0 |
| 51-103 | 05/21/2019 | : | CK  PAYI - One Time Paylease Integration Fee | 201905 | 5.00 | | 370.00 | 0 |
| 51-103 | 05/21/2019 | : | CK  PAYL - One Time Paylease Activation Fee | 201905 | 5.00 | | 375.00 | 0 |
| 51-103 | 05/21/2019 | 148124728: | PZ  PCCO - AMCRentPay.com Payment | 201905 | | 375.00 | 0.00 | 0 |
| 51-103 | 06/04/2019 | : | CI  PETF - Pet Fees Or Charges | 201906 | 45.00 | | 45.00 | 0 |
| 51-103 | 06/04/2019 | : | CA  RENT - Rent | 201906 | 1607.00 | | 1652.00 | 0 |
| 51-103 | 06/04/2019 | 9156634328: | PZ  PMTO - Payment n Behalf of | 20190604 01 | | 2102.00 | -450.00 | 0 |
| 51-103 | 06/04/2019 | : | CI  PETF - Non-Refundable Pet Fee(s) | 201906 | 450.00 | | 0.00 | 0 |
| 51-103 | 06/26/2019 | : | CH  APPF - Additional Applicant | 201906 | 25.00 | | 25.00 | 0 |
| 51-103 | 06/26/2019 | 1077: | PZ  PMTO - Payment n Behalf of | 20190626 01 | | 25.00 | 0.00 | 0 |
| 51-103 | 07/01/2019 | : | CA  RENT - Rent | 201907 | 1785.00 | | 1785.00 | 0 |
| 51-103 | 07/01/2019 | : | CI  PETF - Pet Fees Or Charges | 201907 | 50.00 | | 1835.00 | 0 |
| 51-103 | 07/01/2019 | 1076: | PZ  PMTO - | 20190701 01 | | 1835.00 | 0.00 | 0 |
| 51-103 | 08/01/2019 | : | CA  RENT - Rent | 201908 | 1785.00 | | 1785.00 | 0 |
| 51-103 | 08/01/2019 | : | CI  PETF - Pet Fees Or Charges | 201908 | 50.00 | | 1835.00 | 0 |
| 51-103 | 08/01/2019 | : | CK  UBCH - C.A.M. Fee 060419-063019 | 201908 | 30.17 | | 1865.17 | 0 |
| 51-103 | 08/01/2019 | : | CK  UBS - Sewer 060419-063019 | 201908 | 10.93 | | 1876.10 | 0 |
| 51-103 | 08/01/2019 | : | CK  UBSS - service fee 060419-063019 | 201908 | 5.50 | | 1881.60 | 0 |
| 51-103 | 08/01/2019 | : | CK  UBSS - setup fee 060419-063019 | 201908 | 15.00 | | 1896.60 | 0 |
| 51-103 | 08/01/2019 | : | CK  UBT - Trash 060419-063019 | 201908 | 13.05 | | 1909.65 | 0 |
| 51-103 | 08/01/2019 | : | CK  UBW - Water 060419-063019 | 201908 | 21.27 | | 1930.92 | 0 |
| 51-103 | 08/01/2019 | 101: | PZ  PMT - | 20190801 01 | | 1835.00 | 95.92 | 0 |
| 51-103 | 08/01/2019 | 102: | PZ  PMT - | 20190801 02 | | 95.92 | 0.00 | 0 |
| 51-103 | 09/01/2019 | : | CA  RENT - Rent | 201909 | 1785.00 | | 1785.00 | 0 |
| 51-103 | 09/01/2019 | : | CI  PETF - Pet Fees Or Charges | 201909 | 50.00 | | 1835.00 | 0 |

Report Generated on: 6/11/2024 10:46:32 AM

Apartment Management Consultants - **Arbors of Brookdale**

Parameters: T00001371 Transactions Dated From:1/1/1900 to 12/31/2099

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 51-103 | 09/01/2019 | : | CK  UBCH - C.A.M. Fee 070119-073119 | 201909 | 33.34 | | 1868.34 | 0 |
| 51-103 | 09/01/2019 | : | CK  UBS - Sewer 070119-073119 | 201909 | 13.17 | | 1881.51 | 0 |
| 51-103 | 09/01/2019 | : | CK  UBSS - service fee 070119-073119 | 201909 | 5.50 | | 1887.01 | 0 |
| 51-103 | 09/01/2019 | : | CK  UBT - Trash 070119-073119 | 201909 | 14.50 | | 1901.51 | 0 |
| 51-103 | 09/01/2019 | : | CK  UBW - Water 070119-073119 | 201909 | 29.91 | | 1931.42 | 0 |
| 51-103 | 09/01/2019 | 106: | PZ  PMT - ▓▓▓▓ | 20190901 04 | | 96.42 | 1835.00 | 0 |
| 51-103 | 09/01/2019 | 105: | PZ  PMT - ▓▓▓▓ | 20190901 04 | | 1835.00 | 0.00 | 0 |
| 51-103 | 10/01/2019 | : | CA  RENT - Rent | 201910 | 1785.00 | | 1785.00 | 0 |
| 51-103 | 10/01/2019 | : | CI  PETF - Pet Fees Or Charges | 201910 | 50.00 | | 1835.00 | 0 |
| 51-103 | 10/01/2019 | : | CK  UBCH - C.A.M. Fee 080119-083119 | 201910 | 33.35 | | 1868.35 | 0 |
| 51-103 | 10/01/2019 | : | CK  UBS - Sewer 080119-083119 | 201910 | 13.12 | | 1881.47 | 0 |
| 51-103 | 10/01/2019 | : | CK  UBSS - service fee 080119-083119 | 201910 | 5.50 | | 1886.97 | 0 |
| 51-103 | 10/01/2019 | : | CK  UBT - Trash 080119-083119 | 201910 | 14.50 | | 1901.47 | 0 |
| 51-103 | 10/01/2019 | : | CK  UBW - Water 080119-083119 | 201910 | 29.80 | | 1931.27 | 0 |
| 51-103 | 10/02/2019 | 110: | PZ  PMT - Boies, Deanna | 20191002 02 | | 96.27 | 1835.00 | 0 |
| 51-103 | 10/02/2019 | 109: | PZ  PMT - Boies, Deanna | 20191002 02 | | 1835.00 | 0.00 | 0 |
| 51-103 | 11/01/2019 | : | CA  RENT - Rent | 201911 | 1785.00 | | 1785.00 | 0 |
| 51-103 | 11/01/2019 | : | CI  PETF - Pet Fees Or Charges | 201911 | 50.00 | | 1835.00 | 0 |
| 51-103 | 11/01/2019 | : | CK  UBCH - C.A.M. Fee 090119-093019 | 201911 | 33.73 | | 1868.73 | 0 |
| 51-103 | 11/01/2019 | : | CK  UBS - Sewer 090119-093019 | 201911 | 12.97 | | 1881.70 | 0 |
| 51-103 | 11/01/2019 | : | CK  UBSS - service fee 090119-093019 | 201911 | 5.50 | | 1887.20 | 0 |
| 51-103 | 11/01/2019 | : | CK  UBT - Trash 090119-093019 | 201911 | 14.50 | | 1901.70 | 0 |
| 51-103 | 11/01/2019 | : | CK  UBW - Water 090119-093019 | 201911 | 29.45 | | 1931.15 | 0 |
| 51-103 | 11/01/2019 | 117: | PZ  PMT - Boies, Deanna | 20191101 01 | | 1835.00 | 96.15 | 0 |
| 51-103 | 11/01/2019 | 118: | PZ  PMT - Boies, Deanna | 20191101 01 | | 96.15 | 0.00 | 0 |
| 51-103 | 12/01/2019 | : | CA  RENT - Rent | 201912 | 1785.00 | | 1785.00 | 0 |
| 51-103 | 12/01/2019 | : | CI  PETF - Pet Fees Or Charges | 201912 | 50.00 | | 1835.00 | 0 |
| 51-103 | 12/01/2019 | : | CK  UBCH - C.A.M. Fee 100119-103119 | 201912 | 34.12 | | 1869.12 | 0 |
| 51-103 | 12/01/2019 | : | CK  UBS - Sewer 100119-103119 | 201912 | 12.42 | | 1881.54 | 0 |

Report Generated on: 6/11/2024 10:46:32 AM

Apartment Management Consultants - **Arbors of Brookdale**

Parameters: T00001371 Transactions Dated From:1/1/1900 to 12/31/2099

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 51-103 | 12/01/2019 | : | CK  UBSS - service fee 100119-103119 | 201912 | 5.50 | | 1887.04 | 0 |
| 51-103 | 12/01/2019 | : | CK  UBT - Trash 100119-103119 | 201912 | 14.50 | | 1901.54 | 0 |
| 51-103 | 12/01/2019 | : | CK  UBW - Water 100119-103119 | 201912 | 28.23 | | 1929.77 | 0 |
| 51-103 | 12/02/2019 | 121: | PZ  PMT - Boies, Deanna | 20191202 01 | | 94.22 | 1835.55 | 0 |
| 51-103 | 12/02/2019 | 120: | PZ  PMT - Boies, Deanna | 20191202 01 | | 1835.55 | 0.00 | 0 |
| 51-103 | 12/02/2019 | 120: incorrect amount | PZ  PMT - REVERSE: Boies, Deanna | 20191202 02 | | -1835.55 | 1835.55 | 0 |
| 51-103 | 12/02/2019 | 120: | PZ  PMT - Boies, Deanna | 20191202 02 | | 1835.00 | 0.55 | 0 |
| 51-103 | 12/02/2019 | 120: correcting batch | PZ  PMT - REVERSE: Boies, Deanna | 20191202 02 | | -1835.00 | 1835.55 | 0 |
| 51-103 | 12/03/2019 | 120*: | PZ  PMT - Boies, Deanna | 20191203 01 | | 1835.00 | 0.55 | 0 |
| 51-103 | 12/05/2019 | 25868943235: | PZ  PMTM - Payment By Money Order | 20191205 01 | | 382.26 | -381.71 | 0 |
| 51-103 | 12/05/2019 | 25868943224: | PZ  PMTM - Payment By Money Order | 20191205 01 | | 1000.00 | -1381.71 | 0 |
| 51-103 | 01/01/2020 | : | CK  UBCH - C.A.M. Fee 110119-113019 | 202001 | 34.24 | | -1347.47 | 0 |
| 51-103 | 01/01/2020 | : | CK  UBS - Sewer 110119-113019 | 202001 | 11.21 | | -1336.26 | 0 |
| 51-103 | 01/01/2020 | : | CK  UBSS - service fee 110119-113019 | 202001 | 5.50 | | -1330.76 | 0 |
| 51-103 | 01/01/2020 | : | CK  UBT - Trash 110119-113019 | 202001 | 14.50 | | -1316.26 | 0 |
| 51-103 | 01/01/2020 | : | CK  UBW - Water 110119-113019 | 202001 | 25.02 | | -1291.24 | 0 |
| 51-103 | 01/01/2020 | : | CA  RENT - Rent | 202001 | 1785.00 | | 493.76 | 0 |
| 51-103 | 01/01/2020 | : | CI  PETF - Pet Fees Or Charges | 202001 | 50.00 | | 543.76 | 0 |
| 51-103 | 01/02/2020 | 126: | PZ  PMT - Boies, Deanna | 20200102 01 | | 1835.00 | -1291.24 | 0 |
| 51-103 | 01/02/2020 | 127: | PZ  PMT - Boies, Deanna | 20200102 01 | | 90.37 | -1381.61 | 0 |
| 51-103 | 01/07/2020 | 25868943235: | PZ  PMTM - Payment By Money Order | 20200107 01 | | -382.26 | -999.35 | 0 |
| 51-103 | 01/07/2020 | 25868943224: | PZ  PMTM - Payment By Money Order | 20200107 01 | | -1000.00 | 0.65 | 0 |
| 51-103 | 02/01/2020 | : | CA  RENT - Rent | 202002 | 1785.00 | | 1785.65 | 0 |
| 51-103 | 02/01/2020 | : | CI  PETF - Pet Fees Or Charges | 202002 | 50.00 | | 1835.65 | 0 |
| 51-103 | 02/01/2020 | : | CK  UBCH - C.A.M. Fee 120119-123119 | 202002 | 34.89 | | 1870.54 | 0 |
| 51-103 | 02/01/2020 | : | CK  UBS - Sewer 120119-123119 | 202002 | 11.33 | | 1881.87 | 0 |
| 51-103 | 02/01/2020 | : | CK  UBSS - service fee 120119-123119 | 202002 | 5.50 | | 1887.37 | 0 |
| 51-103 | 02/01/2020 | : | CK  UBT - Trash 120119-123119 | 202002 | 14.50 | | 1901.87 | 0 |
| 51-103 | 02/01/2020 | : | CK  UBW - Water 120119-123119 | 202002 | 24.08 | | 1925.95 | 0 |

Report Generated on: 6/11/2024 10:46:32 AM

Apartment Management Consultants - **Arbors of Brookdale**

Parameters: T00001371 Transactions Dated From:1/1/1900 to 12/31/2099

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 51-103 | 02/03/2020 | 134: | PZ  PMT - | 20200203 01 | | 90.30 | 1835.65 | 0 |
| 51-103 | 02/03/2020 | 133: | PZ  PMT - | 20200203 01 | | 1835.00 | 0.65 | 0 |
| 51-103 | 03/01/2020 | : | CA  RENT - Rent | 202003 | 1785.00 | | 1785.65 | 0 |
| 51-103 | 03/01/2020 | : | CI  PETF - Pet Fees Or Charges | 202003 | 50.00 | | 1835.65 | 0 |
| 51-103 | 03/01/2020 | : | CK  UBCH - C.A.M. Fee 010120-013120 | 202003 | 34.99 | | 1870.64 | 0 |
| 51-103 | 03/01/2020 | : | CK  UBS - Sewer 010120-013120 | 202003 | 11.66 | | 1882.30 | 0 |
| 51-103 | 03/01/2020 | : | CK  UBSS - service fee 010120-013120 | 202003 | 5.50 | | 1887.80 | 0 |
| 51-103 | 03/01/2020 | : | CK  UBT - Trash 010120-013120 | 202003 | 14.50 | | 1902.30 | 0 |
| 51-103 | 03/01/2020 | : | CK  UBW - Water 010120-013120 | 202003 | 26.49 | | 1928.79 | 0 |
| 51-103 | 03/02/2020 | 138: | PZ  PMT - | 20200302 01 | | 93.14 | 1835.65 | 0 |
| 51-103 | 03/02/2020 | 137: | PZ  PMT - | 20200302 01 | | 1835.00 | 0.65 | 0 |
| 51-103 | 03/20/2020 | 180488798: | PZ  PCCO - AMCRentPay.com Payment | 202003 | | 1835.65 | -1835.00 | 0 |
| 51-103 | 04/01/2020 | : | CA  RENT - Rent | 202004 | 1785.00 | | -50.00 | 0 |
| 51-103 | 04/01/2020 | : | CI  PETF - Pet Fees Or Charges | 202004 | 50.00 | | 0.00 | 0 |
| 51-103 | 04/01/2020 | : | CK  UBCH - CAM / HOA 020120-022920 | 202004 | 35.13 | | 35.13 | 0 |
| 51-103 | 04/01/2020 | : | CK  UBT - Trash 020120-022920 | 202004 | 14.56 | | 49.69 | 0 |
| 51-103 | 04/01/2020 | : | CK  UBSS - Service/S 020120-022920 | 202004 | 5.50 | | 55.19 | 0 |
| 51-103 | 04/01/2020 | : | CK  UBW - Water 020120-022920 | 202004 | 29.38 | | 84.57 | 0 |
| 51-103 | 04/01/2020 | : | CK  UBS - Sewer 020120-022920 | 202004 | 13.53 | | 98.10 | 0 |
| 51-103 | 04/01/2020 | 145: | PZ  PMT - | 20200401 05 | | 98.10 | 0.00 | 0 |
| 51-103 | 04/09/2020 | : | CH  APPF - Application Fee | 202004 | 75.00 | | 75.00 | 0 |
| 51-103 | 04/09/2020 | 183359755: | PZ  PCCO - AMCRentPay.com Payment | 202004 | | 75.00 | 0.00 | 0 |
| 51-103 | 05/01/2020 | : | CA  RENT - Rent | 202005 | 1785.00 | | 1785.00 | 0 |
| 51-103 | 05/01/2020 | : | CI  PETF - Pet Fees Or Charges | 202005 | 50.00 | | 1835.00 | 0 |
| 51-103 | 05/01/2020 | : | CK  UBCH - C.A.M. Fe 030120-033120 | 202005 | 35.30 | | 1870.30 | 0 |
| 51-103 | 05/01/2020 | : | CK  UBT - Trash 030120-033120 | 202005 | 14.50 | | 1884.80 | 0 |
| 51-103 | 05/01/2020 | : | CK  UBSS - service f 030120-033120 | 202005 | 5.50 | | 1890.30 | 0 |
| 51-103 | 05/01/2020 | : | CK  UBW - Water 030120-033120 | 202005 | 26.24 | | 1916.54 | 0 |
| 51-103 | 05/01/2020 | : | CK  UBS - Sewer 030120-033120 | 202005 | 12.85 | | 1929.39 | 0 |
| 51-103 | 05/03/2020 | 146: | PZ  PMT - | 20200503 01 | | 94.39 | 1835.00 | 0 |

Report Generated on: 6/11/2024 10:46:32 AM

Apartment Management Consultants - **Arbors of Brookdale**

Parameters: T00001371 Transactions Dated From:1/1/1900 to 12/31/2099

| 51-103 | 05/03/2020 | 147: | PZ  PMT - ▉ | 20200503 01 | | 1835.00 | 0.00 | 0 |
|---|---|---|---|---|---|---|---|---|
| 51-103 | 06/01/2020 | : | CA  RENT - Rent | 202006 | 1785.00 | | 1785.00 | 0 |
| 51-103 | 06/01/2020 | : | CI  PETF - Pet Fees Or Charges | 202006 | 50.00 | | 1835.00 | 0 |
| 51-103 | 06/01/2020 | : | CK  UBCH - C.A.M. Fe 040120-043020 | 202006 | 35.44 | | 1870.44 | 0 |
| 51-103 | 06/01/2020 | : | CK  UBT - Trash 040120-043020 | 202006 | 14.50 | | 1884.94 | 0 |
| 51-103 | 06/01/2020 | : | CK  UBSS - service f 040120-043020 | 202006 | 5.50 | | 1890.44 | 0 |
| 51-103 | 06/01/2020 | : | CK  UBW - Water 040120-043020 | 202006 | 26.88 | | 1917.32 | 0 |
| 51-103 | 06/01/2020 | : | CK  UBS - Sewer 040120-043020 | 202006 | 12.55 | | 1929.87 | 0 |
| 51-103 | 06/02/2020 | 149: | PZ  PMT - Deanna Boies | 20200602 01 | | 94.87 | 1835.00 | 0 |
| 51-103 | 06/02/2020 | 148: | PZ  PMT - ▉ | 20200602 01 | | 1835.00 | 0.00 | 0 |
| 51-103 | 06/30/2020 | : | CI  PETF - Pet Fees Or Charges | 202006 | 0.00 | | 0.00 | 0 |
| 51-103 | 06/30/2020 | : | CA  RENT - Rent | 202006 | 0.00 | | 0.00 | 0 |
| 51-103 | 06/30/2020 | 7: | PY  IDEP - Interest On Deposit | 202006 | | 0.16 | -0.16 | 0 |
| 51-103 | 06/30/2020 | 8: | CK  UTIL - RUBS Utility | 202006 | 105.69 | | 105.53 | 0 |
| 51-103 | 06/30/2020 | 8: | CK  UTIL - RUBS Utility | 202006 | 91.31 | | 196.84 | 0 |
| 51-103 | 06/30/2020 | 11: | PS  EDAP - Apply Deposit To Charges Due | 202006 | | 196.84 | 0.00 | 0 |

Report Generated on: 6/11/2024 10:46:32 AM

# EXHIBIT 2 (REDACTED)

# U-HAUL® Your moving and storage resource.

Careers | Become a Dealer | Locations | Cart | Sign In / Orders

Trucks | Trailers & Towing | U-Box® Containers | Storage | Boxes & Packing Supplies | Moving Labor | Hitches & Accessories

Print this page

## U-HAUL® Equipment Contract

**One-Way Rental (Out)**

Contract No: 93█████64
Friday, August 2, 2019 4:22 PM

Equipment:
AV 0859C

Dispatched From: 871063
Safe-Protection: (NO)

Roadside Assistance:

**Customer Name:**
Deanna Boies
5 S 662 RADCLIFF RD
Naperville, IL 60563

(3█████6
D█████1025
d█████lar.com

**Renting Location:**
U-HAUL AT FLORIDA STATE UNIVERSITY -
(871063)
2201 W TENNESSEE ST
TALLAHASSEE, FL 32304
(850) 576-1159

U-Haul App

Authorized Driver(s): Deanna Boies

Towing Vehicle: 2018 Honda CR-V 4DR All Wheel Drive Gas 2.4L 4 cyl
• I understand that I must not exceed the recommended allowed cargo weight of 1800 pounds
• I agree that only the "Towing Vehicle" listed on the contract will be used to tow U-Haul Equipment.

**Drop Off Equipment At:**
MISTER KWIKS
Call (630) 369-0067 when you arrive in NAPERVILLE, IL

**Drop Off Address:**
669 N WASHINGTON ST
NAPERVILLE, IL 60563
(630) 369-0067

Due Date/Time: 8/7/2019 4:19 PM
Days Allowed: 5

**Destination:**
NAPERVILLE, IL

Extra day rate for the AV $20.00 per day.

| Equipment | MI Out | Coverage | Rental Charge | Total Charges: |
|---|---|---|---|---|
| AV0859C TPX8172-OH | | -- -- | $131.00 | $131.00 |

REGULAR CHECK-IN - EMAIL ON FILE

| | | | | | Subtotal: | $131.00 |
|---|---|---|---|---|---|---|
| Card Type: | Account: | Type: | Ref No.: | Approved: | Rental Tax: | $9.82 |
| Visa | XXXX-XXXX-XXXX | Payment | 92███29 | 092216 | Total Rental Charges | $140.82 |
| Entry Method: Manual | Application Label: Visa | Merchant ID: 4445013276386 | | | Credit Card Payment: | $140.82 |
| | | | | | Net Paid Today: | $140.82 |

* SafeTow Declined for Equipment AV0859C.
* Failure to return rental property or equipment upon expiration of the rental period and failure to pay all amounts due, (including costs for damage to the property or equipment) are prima facia evidence of intent to defraud, punishable in accordance with section 812.155, Florida statutes.
* I agree to indemnify, defend and hold harmless U-Haul from and against all claims, damages and expenses resulting from the use of this equipment, including any fraudulent use.
* Customer understands Equipment must be returned to the drop-off location listed above, or, if none listed, Customer must call the drop-off number above.
* Customer understands Equipment is water resistant and not waterproof.
* Customer agrees they have received and are responsible for fully reading, understanding, and complying with applicable U-Haul User Instructions before and while operating Equipment.
* CUSTOMER ACKNOWLEDGES AND AGREES THAT THIS U-HAUL EQUIPMENT CONTRACT IS SUBJECT TO THE U-HAUL ARBITRATION AGREEMENT, HEREBY INCORPORATED BY REFERENCE AND AVAILABLE AT UHAUL.COM/LEGAL/ARBITRATION OR FROM THEIR LOCAL U-HAUL REPRESENTATIVE, THAT GOVERNS ANY DISPUTES BETWEEN THEM AND U-HAUL. THIS ARBITRATION AGREEMENT WILL: 1) ELIMINATE CUSTOMER'S RIGHT TO A JURY TRIAL, AND 2) SUBSTANTIALLY AFFECT CUSTOMER'S RIGHTS, INCLUDING PREVENTING CUSTOMER FROM BRINGING, JOINING, OR PARTICIPATING IN CLASS ACTION OR CONSOLIDATED PROCEEDINGS. CUSTOMER ACKNOWLEDGES THE APPLICABLE U-HAUL ARBITRATION AGREEMENT IS THAT WHICH IS IN EFFECT AS OF THE DATE OF THIS TRANSACTION.
* Customer acknowledges they have received, understand, and agree to all terms and conditions of this U-Haul Equipment Contract and the Rental Contract Addendum.
* The failure to timely return Equipment as stated herein shall be a material breach and shall constitute theft, conversion, or another crime subject to applicable law. If Company is required to recover Equipment, Company will provide Customer notice at their provided contact information. Upon service of notice, Customer shall contact Company within 72 hours to remove any Cargo. If Customer does not contact Company within that time, Customer agrees Company will dispose of all Cargo at Company's sole discretion and cost.
* "AUTHORIZED DRIVER" – Any driver listed on the U-Haul Equipment Contract as authorized by Company to operate Equipment. "UNAUTHORIZED DRIVER" – Anyone NOT listed on the U-Haul Equipment Contract as an "Authorized Driver."
* Customer acknowledges they received a text/email to their provided contact information, which provides Customer the opportunity to acknowledge Equipment's condition, cleanliness, mileage, license plate, and fuel at the time of the rental. If Customer does not respond, Customer hereby accepts Equipment as represented in the text/email. Customer agrees they are responsible for any and all damage, cleaning, mileage, and fuel charges as determined by Company upon return of Equipment.

Mckenzy E

X _____
Deanna Boies

U-Haul Signature - (Mckenzy E)

Questions or need help? Call me: _____ 59

69461001(AJ) 07/21
PointOfSale

  

**U-HAUL® Receipt**

One-Way Return (In)

Contract No: 9\_\_\_64
Monday, August 5, 2019 7:33 AM

MISTER KWIKS
12337

669 N WASHINGTON ST
NAPERVILLE, IL 60563

Customer Name:
Deanna Boies
5 S 662 RADCLIFF RD
Naperville, IL 60563

Cust Ph - EMail:
_____ar.com

Authorized Driver(s): Deanna Boies

Rental Date/Time: 8/2/2019 4:22 PM     Return Date/Time: 8/5/2019 7:33 AM     Dispatching Location: 871063

Days Allowed: 5

| Trailer Details: | Amount |
|---|---|
| Trailer: - AV0059C | |
| Total Trailer Charges | $0.00 |
| Total Equipment Charges: | Amount |
| Subtotal: | $0.00 |
| Rental Tax: | $0.00 |
| Grand Total: | $0.00 |
| Net Paid Today | $0.00 |

- Failure to return rental property or equipment upon expiration of the rental period and failure to pay all amounts due, (including costs for damage to the property or equipment) are prima facia evidence of intent to defraud, punishable in accordance with section 812.155, Florida statutes.
- I agree to indemnify, defend and hold harmless U-Haul from and against all claims, damages and expenses resulting from the use of this equipment, including any fraudulent use.
- I confirm that during the term of my rental there was not an accident involving the rented U-Haul equipment and no incidence where this equipment struck or otherwise caused damage to any person or property either while on a public road or private property. There was no injury or damage sustained by me or any other drivers or passengers of this equipment.

12337

X _____
       Deanna Boies

U-Haul Signature (12337) - (12337)

WebBest